IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDY A. QUINN, et al., ) | |
| ) | |
| vs. ) | Civil Action No. 2:25-cv-00466-CBB |
| ) | |
| VIATRIS, INC, et al., ) | |
| ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF** JIANAN JIANG

Jianan Jiang, undersigned counsel for Plaintiffs **Steamfitters Local 449 Retirement Security Fund and Susie Hsueh**, hereby moves that to be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs **Steamfitters Local 449 Retirement Security Fund and Susie Hsueh** in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Jianan Jiang filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: 07/15/2025

 */s/ Jianan Jiang*
Jianan Jiang (Bar. ID NO. 6347023)

10 S. LaSalle Street, Ste. 3505
Chicago, IL  60603
Tel: (312) 377-1181
ajiang@pomlaw.com
*Counsel for Plaintiffs*