**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRANDY A. QUINN, et al., | ) |
| vs. | ) Civil Action No. 2:25-cv-00466-CBB |
| VIATRIS, INC., et al., | ) |

**AFFIDAVIT OF  JIANAN JIANG   IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

    I, Jianan Jiang, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs **Steamfitters Local 449 Retirement Security Fund and Susie Hsueh** in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    I, Jianan Jiang, being duly sworn, do hereby depose and say as follows:

1. I am an Associate of the law firm Pomerantz LLP.

2. My business address is 10 S. LaSalle Street, Ste. 3505 Chicago, IL 60603.

3. I am a member in good standing of the bar[s] of Illinois.

4. My bar identification number(s) [is/are] 6347023.

5. A current certificate of good standing from Illinois is attached to this Affidavit as Exhibit 1.

6. [if applicable] The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court: _____: [Insert additional explanation as appropriate.]

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.
I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 07/15/2025

*/s/ Jianan Jiang*
[Affiant]