UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDY A. QUINN, et al.,<br><br>　　　　　Plaintiff,<br>　　v.<br>VIATRIS INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00466-CBB |

**[PROPOSED] ORDER FOR *PRO HAC VICE* ADMISSION
OF JIANAN JIANG**

THIS MATTER, having been brought before the Court on the Motion for Admission Pro Hac Vice of Jianan Jiang (the "Motion), it is hereby ORDERED AND ADJUDGED that:

The Motion is GRANTED and Jianan Jiang shall be admitted to appear and practice in this Court *pro hac vice* as counsel for Plaintiffs Steamfitters Local 449 Retirement Security Fund and Susie Hsueh in the above-captioned matter.

SO ORDERED this _____ day of _____, 2025

_____
The Honorable Christopher B. Brown
United States Magistrate Judge
Western District of Pennsylvania