UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDY A. QUINN, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>vs.<br><br>VIATRIS INC., et al.,<br><br>              Defendants. | Civ. Action No. 2:25-cv-00466-CBB<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |

4928-8269-1914.v1

Having considered Steamfitters Local 449 Retirement Security Fund and Susie Hsueh's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the accompanying Memorandum of Law and Declaration of Alfred G. Yates, Jr. in support thereof, and good cause appearing therefor:

1. The Motion is GRANTED.

2. The file in Case No. 2:25-cv-00466-CBB shall be the master file for the action. All securities class actions on behalf of purchasers or acquirers of Viatris Inc. securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and this Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii), Steamfitters Local 449 Retirement Security Fund and Susie Hsueh is appointed as Lead Plaintiff for the class.

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP and Pomerantz LLP is appointed as Lead Counsel for the class. Lead Counsel shall have the following responsibilities and duties on behalf of the putative class:

 (a) the briefing and argument of any and all motions;

 (b) the conduct of any and all discovery proceedings including depositions;

 (c) settlement negotiations;

 (d) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

4928-8269-1914.v1

(e) the preparation and filing of all pleadings; and

(f) the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

IT IS SO ORDERED.

DATED: 8/1/2025

                                                    s/Christopher B. Brown
                                         THE HONORABLE CHRISTOPHER B. BROWN
                                         UNITED STATES MAGISTRATE JUDGE