**Appendix A to Defendants' Motion to Dismiss**
**Challenged Statement Chart**

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| 1 ¶ 125 | Alleged Speaker: Defendant Smith<br><br>Date: 2/28/2024<br><br>Document: FY23 Form 10-K (Ex. 1 at 17) | "**Manufacturing is conducted under exacting conditions governed by extensive regulation including strict in-process and finished pharmaceutical products specifications and controls**." | Vague Statements of Optimism § II(A)(2) |
| 2 ¶ 127 | Alleged Speakers: All Defendants<br><br>Date: 5/21/2024<br><br>Document: "Building Sustainable Access at Scale[:] Viatris | "**All of Viatris' operations [and] manufacturing sites . . . globally are subject to robust quality infrastructure and strategy. This infrastructure is comprised of the extensive experience and expertise of our personnel, our comprehensive Global Quality Policies that establish uniform requirements for fundamental processes and controls within our Global Quality Management System (QMS), as well as Global Quality IT systems, which are implemented and designed to establish industry best practices, consistency and global quality assurance throughout our network.**<br><br>**All of our operations are also subject to robust quality systems, standards and processes which are designed to ensure product quality** | Vague Statements of Optimism § II(A)(2) |

[1] Beyond Plaintiffs' failure to plead an actionable statement for the reasons set forth in the identified sections of Defendants' Memorandum of Law In Support of Defendants' Motion to Dismiss the Amended Class Action Complaint, each of the statements fail for the additional independent reasons articulated in Defendants' brief. *See, e.g.*, Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint, §§ II(A)(1), III.

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| | 2023 Sustainability Report"[2] (Ex. 26 at 50) | and patient safety. **These programs are designed and implemented across our global operations and are executed in alignment with statutory and regulatory requirements, such as current Good Manufacturing Practices (cGMP) . . . for all markets that they serve."** | |
| 3 ¶ 130 | Alleged Speaker: Defendant Smith  Date: 2/28/2024  Document: FY23 Form 10-K (Ex. 1 at 16, 60) | "**New product launches are an important growth driver. Important recent launches include lenalidomide** and Breyna™ **in the U.S.**"  "**New product sales, including lenalidomide** and Breyna™ **in the U.S.,** combined with the stability of the existing product portfolio **helped to partially offset the anticipated lower net sales of certain existing products,** including Wixela Inhub®, Xulane® and cyclosporine ophthalmic emulsion in the U.S., as a result of lower volumes and lower pricing due to additional competition." | Factual Statements p. 14 n. 9 and § II(B) |
| 4 ¶ 133 (a)–(c) | Alleged Speaker: Defendant Smith  Date: 2/28/2024  Document: FY23 Form 10-K (Ex. 1 at 7, 11-13) | "[T]he Company has industry leading commercial, R&D, regulatory, manufacturing, legal and medical expertise complemented by a **strong commitment to quality** and an unparalleled geographic footprint to deliver high-quality medicines to patients in more than 165 countries and territories."  "We know what it takes to reach more patients with more products, and believe that Viatris is uniquely positioned to make a difference through our: Powerful global operating platform, which combines **what [they] believe to be best-in-class manufacturing** and supply chain capabilities." | Vague Statements of Optimism § II(A)(2) |

[2] Plaintiffs cite to the 2024 publication of Viatris' Sustainability Report, ¶ 127, but that report was not published until May 21, 2025, after the putative Class Period.  The 2023 Sustainability Report was published on May 21, 2024, which is the date cited in the Complaint. *Id.*  Accordingly, Defendants reference the 2023 Sustainability Report in this Chart.

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| | | "The Company **remains committed to maintaining the highest quality manufacturing standards at its facilities around the world and to continuous assessment and improvement in a time of evolving industry dynamics and regulatory expectations**." "**We believe all our facilities are in good operating condition, the machinery and equipment are well-maintained, the facilities are suitable for their intended purposes, and they have capacities adequate for the current operations.**" | |
| 5 ¶ 135 | Alleged Speaker: Defendant Smith Date: 2/28/2024 Document: FY23 Form 10-K (Ex. 1 at 17, 32-33) | "Further, approved drugs, as well as their manufacturers, are subject to ongoing post-marketing review and inspection, which can lead to the discovery of previously unknown attributes of the products or the manufacturing or quality control procedures used in their production, which may impact the marketing of the products or result in restrictions on their manufacture, sale or use or in their withdrawal from the market. **Any failure or delay by us . . . in obtaining and maintaining regulatory approvals could adversely affect the marketing of our products and our ability to receive product revenue . . . .** * * * The pharmaceutical industry is subject to regulation by various governmental authorities in the jurisdictions in which we operate, including the U.S., EU, China and India. For instance, we must comply with applicable laws and requirements of the FDA and other regulatory agencies, including foreign authorities, with respect to the research, development, manufacture, quality, safety, effectiveness, approval, labeling, tracking, tracing, authentication, storage, record-keeping, reporting, pharmacovigilance, sale, distribution, import, export, marketing, advertising, and promotion of pharmaceutical products. **We are committed to conducting our business, including the sale and marketing of our products, in compliance with all applicable** | Viatris' Risk Disclosures § II(A)(2) Vague Statements of Optimism § II(A)(2) |

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| | | **laws and regulations.** These laws and regulations, however, are numerous, complex and continue to evolve, and **it is possible that a governmental authority may challenge our activities, or that an employee or agent could violate these laws and regulations without our knowledge. Failure to comply with these laws, regulations or expectations could result in a range of consequences, including**, but not limited to, . . . recall or seizure of products, **total or partial suspension of production and/or distribution, [and] our inability to sell products** . . . .<br>* * *<br>The FDA and comparable foreign regulatory authorities also regulate the facilities and operational procedures that we use to manufacture our products. We must register our facilities with the FDA and similar regulators in other countries. Products must be manufactured in our facilities in accordance with cGMP or similar standards in each territory in which we manufacture. Compliance with such regulations and with our own quality standards requires substantial expenditures of time, money, and effort in multiple areas, including training of personnel, record-keeping, production, and quality control and quality assurance. The FDA and other comparable regulatory authorities, including foreign authorities, periodically inspect our manufacturing facilities for compliance with cGMP or similar standards in the applicable territory. Regulatory approval to manufacture a drug is granted on a site-specific basis. **Failure to comply with cGMP and other regulatory standards at one of our** or our partners' or suppliers' **manufacturing facilities could result in an adverse action brought by the FDA or other regulatory authorities, which has resulted and could in the future result in the receipt of an untitled or warning letter, . . . unanticipated compliance expenditures, . . . recall or seizure of products, total or partial suspension of production and/or distribution, our** | |

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| | | **inability to sell products, the return by customers of our products, . . . refusal to permit import or export, . . . and/or other adverse actions.**<br><br>**Our business could be adversely affected if any regulatory body were to . . . require a recall or other adverse product action; require one of our manufacturing facilities to cease or limit production; or suspend, vary, or withdraw related marketing authorization**. . . .<br><br>Although we have established internal quality and regulatory compliance programs and policies, there is no guarantee that these programs and policies, as currently designed, will meet regulatory agency standards in the future or will prevent instances of non-compliance with applicable laws and regulations. **Additionally, despite our compliance efforts, we or our partners have in the past and may in the future receive notices of manufacturing and quality-related observations following inspections by regulatory authorities around the world, as well as official agency correspondence regarding compliance. If we are unable to resolve these observations and address regulatory concerns in a timely fashion, our business, financial condition, results of operations, cash flows, ability to pay dividends and/or stock price could be materially adversely affected.”** | |
| 6<br>¶ 136 | Alleged Speaker: Defendant Smith<br><br>Date: 2/28/2024<br><br>Document: FY23 Form 10-K (Ex. 1 at 37-38) | “A substantial portion of our capacity, as well as our current production, is attributable to a limited number of manufacturing facilities . . . . **A significant disruption at any such facilities within our internal** or third-party **supply chain, even on a short-term basis, whether due to** the failure of a third-party supplier to fulfill the terms of their agreement with us, labor disruption, **adverse quality or compliance observation, other regulatory action**, infringement of brand or other third-party intellectual property rights, natural disaster, civil or political unrest, **export or import restrictions, or other events could impair our ability to produce and ship products to the** | Viatris’ Risk Disclosures § II(A)(2) |

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| | | **market on a timely basis and could, among other consequences, subject us to exposure to claims from customers. Any of these events could have a material adverse effect on our reputation, business, financial condition, results of operations, cash flows, ability to pay dividends and/or stock price. . . . If we** or our third-party suppliers' **face significant manufacturing issues, this could lead to shutdowns, delays or product shortages, or to our being entirely unable to supply certain products to customers for an extended period of time.** <br><br> \* \* \* <br><br> In addition, **quality deficiencies in the products which we** or our suppliers **provide, or at our** or their **manufacturing facilities, have in the past and could in the future adversely impact our manufacturing and supply capabilities, [or] cause supply interruptions** . . . . <br><br> \* \* \* <br><br> In addition, the manufacture of some of our products is a highly exacting and complex process, due in part to strict regulatory requirements. **Problems may arise during manufacturing at our** or our third-party suppliers' **facilities for a variety of reasons, including**, among others, equipment malfunction, **failure to follow specific protocols and procedures**, problems with raw materials, natural disasters, power outages, labor disputes or other civil unrest, cybersecurity or **compliance issues**, and environmental, health and safety issues, laws, regulations and permits. **If problems arise during the production of a batch of product, that batch of product may have to be discarded. This could, among other things, lead to increased costs, contractual penalties, lost revenue, damage to customer relations, time and expense spent investigating the cause, and, depending on the cause, similar losses with respect to other batches or products.**" | |

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| 7 ¶ 138 | Alleged Speakers: Defendants Smith, Mistras  Date: 4/26/2024  Document: FY23 Form 10-K/A (Ex. 30 at 3rd page of Explanatory Note) | "For more detailed information on the risks and uncertainties associated with Viatris, see the risks described in Part I, Item 1A of the Original Filing [i.e., the 2023 10-K] and our other filings with the SEC." | Viatris' Risk Disclosures § II(A)(2) |
| 8 ¶ 138 | Alleged Speakers: Defendants Smith, Mistras  Date: 5/9/2024  Document: Form 8-K[3] (Ex. 28 at 8) and Form 10-Q[4] (Ex. 31 at 47) | "For more detailed information on the risks and uncertainties associated with Viatris, see the risks described in Part I, Item 1A in the 2023 Form 10-K., and our other filings with the SEC." | Viatris' Risk Disclosures § II(A)(2) |
| 9 ¶ 139 | Alleged Speakers: Defendants Smith, Mistras  Date: 5/9/2024 | "The Company has industry leading commercial, R&D, regulatory, manufacturing, legal and medical expertise complemented by a **strong commitment to quality** and an unparalleled geographic footprint to deliver high-quality medicines to patients in more than 165 countries and territories." | Vague Statements of Optimism § II(A)(2) |

[3] Signed by Defendant Mistras. ¶ 138; Ex. 28 at 4.

[4] Signed by Defendants Smith and Mistras. ¶ 138; Ex. 31 at 66.

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| | Document: Q1'24 Form 10-Q (Ex. 31 at 47) | | |
| 10 ¶ 141 | Alleged Speaker: Defendant Mistras<br><br>Date: 7/3/2024<br><br>Document: Form 8-K (Ex. 29 at 3) | "For more detailed information on the risks and uncertainties associated with Viatris, see the risks described in Part I, Item 1A of the Company's Annual Report on Form 10-K for the year ended December 31, 2023, as amended, and our other filings with the SEC." | Viatris' Risk Disclosures § II(A)(2) |
| 11 ¶ 142 | Alleged Speakers: Defendants Smith, Mistras<br><br>Date: 8/8/2024<br><br>Document: Q2'24 Form 10-Q (Ex. 32 at 52) | "Factors that could cause or contribute to such differences include, but are not limited to: . . . any changes in or difficulties with the Company's manufacturing facilities, **including with respect to inspections, remediation and restructuring activities**, supply chain or inventory or the ability to meet anticipated demand;" | Viatris' Risk Disclosures § II(A)(2) |
| 12 ¶ 143 | Alleged Speakers: Defendants Smith, Mistras<br><br>Date: 8/8/2024<br><br>Document: Q2'24 Form 10-Q (Ex. 32 at 53) | "[T]he Company has industry leading commercial, R&D, regulatory, manufacturing, legal and medical expertise complemented by a **strong commitment to quality** and an unparalleled geographic footprint to deliver high-quality medicines to patients in more than 165 countries and territories." | Vague Statements of Optimism § II(A)(2) |

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| 13 ¶ 143 | Alleged Speakers: Defendants Smith, Mistras<br><br>Date: 8/8/2024<br><br>Document: Q2'24 Form 10-Q (Ex. 32 at 53) | "For more detailed information on the risks and uncertainties associated with Viatris, see the risks described in Part I, Item 1A in the 2023 Form 10-K, and our other filings with the SEC." | Viatris' Risk Disclosures § II(A)(2) |
| 14 ¶ 145 | Alleged Speakers: All Defendants<br><br>Date: 10/25/2024<br><br>Document: Annual Proxy Statement (Ex. 27 at 5) | "**Our global operations are supported by companywide quality systems, standards and processes which are designed to ensure product quality and patient safety**. From product development to making or sourcing raw materials to producing finished dosage forms, **every step of our development, manufacturing and monitoring processes is grounded in our commitment to good manufacturing practices and the quality and safety of our products**." | Vague Statements of Optimism § II(A)(2) |
| 15 ¶ 147 | Alleged Speakers: Defendants Smith, Mistras<br><br>Date: 11/7/2024<br><br>Document: Q3'24 Form 10-Q (Ex. 33 at 53) | [Risks that] "could cause or contribute to . . . differences" [in the Company's financial results include]: "[A]ny changes in or difficulties with the Company's manufacturing facilities, **including with respect to inspections, remediation and restructuring activities**, supply chain or inventory or the ability to meet anticipated demand." | Viatris' Risk Disclosures § II(A)(2) |
| 16 ¶ 148 | Alleged Speakers: Defendants Smith, Mistras | "The Company has industry leading commercial, R&D, regulatory, manufacturing, legal and medical expertise complemented by a **strong** | Vague Statements of Optimism § II(A)(2) |

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| | Date: 11/7/2024<br><br>Document: Q3'24 Form 10-Q (Ex. 33 at 54) | **commitment to quality** and an unparalleled geographic footprint to deliver high-quality medicines to patients in more than 165 countries and territories." | |
| 17<br>¶ 148 | Alleged Speakers: Defendants Smith, Mistras<br><br>Date: 11/7/2024<br><br>Document: Q3'24 Form 10-Q (Ex. 33 at 54) | "For more detailed information on the risks and uncertainties associated with Viatris, see the risks described in Part I, Item 1A in the 2023 Form 10-K . . . ." | Viatris' Risk Disclosures § II(A)(2) |
| 18<br>¶ 150 | Alleged Speaker: Defendant Smith<br><br>Date: 11/21/2024<br><br>Document: Jefferies London Healthcare Conference (Ex. 34 at 9) | "Glen Joseph Santangelo Jefferies LLC, Research Division[:] Well, Scott, I mean, I'm glad you brought that up. **This diversification issue, I think, remains underappreciated, right?** Given that you're running those, that branded and that generics portfolio. **No one product accounts for any meaningful share of your revenue and you're in 100-and-something countries and so no one country really represent** – well, outside the U.S. or – I mean you have – **you're very diverse from a product and geographic perspective. So you don't really, I guess, worry too much about any one specific issue or maybe that's not the right characterization.**<br><br>Scott Andrew Smith CEO & Director[:] **No, I think that's a good characterization, right? That 165 countries, 4,400 different products in different areas. It provides incredible base of stability for the company.** On the other side of that, also we need to do things from a BD [i.e., business | Opinion Statements § II(A)(2)<br><br>Vague Statements of Optimism § II(A)(2) |

10

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| | | development] perspective, which move the needle, right? And when you have $15 billion of diversified sales, there's some comfort and stability there. **And as you said, not one product in any one geography really changes the needle. So we do have incredible stability.** It's our ability then to add to that stability with new products and new revenue that's going to really create a growth profile for the future." | |
| 19 ¶ 152 | Alleged Speakers: Defendants Smith, Mistras  Date: 11/21/2024  Document: Jefferies London Healthcare Conference (Ex. 34 at 10-11) | "Glen Joseph Santangelo Jefferies LLC, Research Division[:] And Doretta, I know you're not going to give me any 2025 guidance here today, but I'm going to push a little bit, right? **And so the obvious question would be, as we segue the conversation to 2025, based on all the previous answers, it feels like a lot of the trends that we've seen year to date continue to be in place. . . . I think Corinne [Le Goff] mentioned that generic pricing is sort of stable. And so when we think about what we've seen in 2024, is that a reasonable baseline for us to start to think about 2025? Or is there anything else that you'd call out specifically that we should have on our radar screen?**  Theodora Mistras Chief Financial Officer[:] **No, I think it is. As we've mentioned, this is the sixth consecutive quarter that we've seen of operational revenue growth, and we expect to see that momentum to continue into next year. And it's really two factors that give us that confidence. Number one, it's what we've talked about, the kind of stability that we've kind of seen in the base business and then compounded by the $450 million to $550 million of new product revenue that we kind of anticipate to be able to deliver on. So the combination of those factors is what continues to give us the momentum that we expect to see as we go into next year."**  * * * | Opinion Statements § II(A)(2)  Forward Looking Statements § II(B) |

11

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| | | "Scott Andrew Smith CEO & Director[:] **I think the company is significantly undervalued at where we sit today. I think what's underappreciated is the stability of the base business and the fact that the base business has actually returned to growth.**" | |
| 20 ¶ 157 | Alleged Speaker: Viatris<br><br>Date: 12/23/2024<br><br>Document: Press Release (Ex. 9 at 1) | "The Import Alert affects 11 actively distributed products that will no longer be accepted into the U.S. until the Warning Letter is lifted. It makes exception, subject to certain conditions, for four products based on shortage concerns. **There could be the potential for additional exceptions based on further discussions with the Agency.**" | Forward Looking Statements § II(B) |
| 21 ¶ 159 | Alleged Speakers: Defendants Smith, Mistras, Le Goff<br><br>Date: 1/14/2025<br><br>Document: 43rd Annual J.P. Morgan Healthcare Conference (Ex. 18 at 7-8, 14) | "Christopher Thomas Shott, JPMorgan Chanse & Co, Research Division[:] Right. Maybe one last bigger picture one. Just – I know, you're not giving formal guidance for 2025. But just headwinds and tailwinds, what are the things we should watch for as we go for this year?<br><br>Scott Andrew Smith, CEO & Director[:] So headwinds and tailwinds. So just 1 thing, and I'll let Doretta take on the headwinds and tailwinds from a finance perspective. **One of the things that was announced was an Import Alert from our facility in Indore,** and she will address that, I think, **a little bit as a headwind for us**. And I just wanted to say before she gets into the headwinds and tailwinds. **So we take it very seriously. The Indore facility is 1 of 26 manufacturing facilities. It's an important facility within our global network. It's focused on oral solid doses. The Warning Letter and Import Alert are a result of an inspection which happened about 8 months ago. And we're in close communication with the FDA and receiving initial FDA feedback some months ago.** We—when we got that feedback, we agreed to immediate remediation at that time of the issues that they had. | Factual Statements § II(B)<br><br>Forward Looking Statements § II(B) |

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| | | **And the Import Alert involves 11 products in the US; however, 4 products of the 11 are on an exempt list, and we're in active discussions with the FDA to add more products to that exempt list.** So that was one of the things and Doretta go into it a little bit more to **provide a little bit of headwind for us as we move into 2025**. <br><br> Theodora Mistras, Chief Financial Officer[:] Yeah. Just to give some additional color regarding our headwinds and our tailwinds. There are some pushes and pulls as to consider as we think about 2025. . . . <br><br> **From a headwind perspective, as Scott mentioned, specifically with respect to Indore, currently, we're having ongoing discussions, both with the FDA as well as current customers. And so we're not in a position right now to disclose specific products, and we're continuing to assess the potential impact from Indore**. . . . <br><br> Christopher Thomas Schott, JPMorgan Chase & Co, Research Division[:] I know the specific products aren't disclosed and you're still working on it. Just any – just to quantify just how big is this facility from a revenue perspective? <br><br> Theodora Mistras, Chief Financial Officer[:] So as Scott – **it's 1 of 26 facilities. It's an oral dose manufacturing facility. It services our network across the world. So it's a global facility for us as it relates to Indore."** <br>  * * * <br> "Christopher Thomas Schott, JPMorgan Chase & Co, Research Division[:] Perfect. Maybe just 1 specific generic product. **Generic Revlimid, how big** | |

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| | | **of a tailwind has that been for you?** And do we have to think about that as a headwind at some point as we look out to 2026 and beyond?<br><br>Corinne Le Goff Chief, Commercial Officer[:] **So generic Revlimid has been like a stable component of our generic portfolio.**" | |
| 22<br>¶ 161 | Alleged Speakers: Unspecified; "Viatris Management"<br><br>Date: 1/17/2025<br><br>Document: Barclay's Report (Ex. 15 at 1) | "FDA warning letter post-inspection of VTRS' facility in Indore, India affects 11 actively distributed products that will no longer be accepted into the U.S. until the warning letter is lifted. **VTRS noted 4 exceptions made due to shortage concerns and *noted that these products are all oral solids, with no complex products impacted*. Mgmt also noted that discussions to resolve the issue have been slow since receiving the letter in December owing to the holiday season, but expect to have greater clarity in the coming weeks.** We expect VTRS to actively pursue resolution strategies like Site Switching to mitigate the impact."[5] | Factual Statements § II(B) |
| 23<br>¶ 163 | Alleged Speakers: Unspecified; "Viatris Management"<br><br>Date: 2/7/2025<br><br>Document: UBS Analyst Report (Ex. 16 at 1) | **"The warning letter blocks 11 oral products from entering the US market, with four currently on the exempt list and the potential for more to be exempted, per [Viatris] mgmt."**<br><br>**"Based on our discussion with [Viatris] mgmt, we note that levothyroxine is one of the key products that was impacted by this WL [Warning Letter]; however, similar to levothyroxine, a number of these products are/ could be sourced from multiple manufacturing sites."** | Factual Statements § II(B)<br><br>Forward Looking Statements § II(B) |

---

[5] Italics in original.

| Statement No. Compl. ¶ | Alleged Speaker, Date, Document | Challenged Statement (Allegedly false or misleading statement in bold as in the Complaint) | Statement Category[1] |
|---|---|---|---|
| 24 ¶ 165 | Alleged Speakers: All Defendants<br><br>Date: 2/7/2025<br><br>Documents: UBS Analyst Report (Ex. 16 at 1); Viatris Website (Ex. 35 at 1) | "According to the Mylan India website (link), **the Indore plant exclusively manufactures oral solid drugs, which limits our concern. This plant, one of 26 facilities, supplies products globally.**" | Factual Statements § II(B) |