IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Viatris Inc. 2025 Securities Litigation | Civil Action No. 2:25-cv-00466-CBB |

## DECLARATION OF SHERYL SHAPIRO BASSIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT

I, Sheryl Shapiro Bassin, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.       I am a member of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Viatris Inc. ("Viatris"), Scott A. Smith, Theodora Mistras, and Corinne Le Goff (collectively, "Defendants") in the above-captioned action. I am admitted *pro hac vice* to practice before this Court. I respectfully submit this Declaration based on my personal knowledge and for the purpose of providing the Court with true and correct copies of documents referenced in the Memorandum of Law in Support of Defendants' Motion to Dismiss Amended Class Action Complaint.

2.       Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Viatris' Form 10-K for the fiscal year ending December 31, 2023, filed with the U.S. Securities & Exchange Commission ("SEC") on February 28, 2024. This Form 10-K is referenced in the Amended Class Action Complaint ("Complaint") (¶¶ 124-125, 130, 133, 135-136, 138) and is publicly available from the SEC's website.[1]

3.       Attached hereto as Exhibit 2 is a true and correct copy of a U.S. Food and Drug Administration ("FDA") webpage titled *FDA Form 483 Frequently Asked Questions*.  This

---

[1] Counsel for Defendants highlighted the relevant portions of the Exhibits for the Court's convenience.

1

webpage is referenced in the Complaint (¶¶ 49 n.15, 51 n.17) and is publicly available at https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-references/fda-form-483-frequently-asked-questions.

4.    Attached hereto as Exhibit 3 is a true and correct copy of a redacted Form 483 issued by the FDA to Viatris' Indore, India facility on June 26, 2024.  This Form 483 is referenced in the Complaint (*e.g.*, ¶¶ 57-58, 60, 62, 64, 84-85, 140, 155, 206-208, 210-211) and is publicly available at https://www.fda.gov/media/184861/download.

5.    Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of an FDA presentation titled *Overview of Drug Manufacturing Inspections* dated September 6, 2023.  This presentation is publicly available at https://www.fda.gov/media/172786/download.

6.    Attached hereto as Exhibit 5 is a true and correct copy of an FDA webpage titled *Inspection Classifications*.  This webpage is publicly available at https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-basics/inspection-classifications.

7.    Attached hereto as Exhibit 6 is a true and correct copy of an FDA document titled *FMD-145 – Release of the Establishment Inspection Report (EIR)* dated July 31, 2019.  This document is publicly available at https://www.fda.gov/media/83055/download.

8.    Attached hereto as Exhibit 7 is a true and correct copy of an excerpt of an FDA document titled *Regulatory Procedures Manual, Chapter 4: Advisory Actions*.  This document is referenced in the Complaint (¶ 88 & n.35) and is publicly available at https://www.fda.gov/media/71878/download.

9.    Attached hereto as Exhibit 8 is a true and correct copy of an excerpted screenshot of an FDA webpage titled *Inspections*, after searching for FEI (Facility Establishment Identifier)

3010453141, which is Viatris' Indore, India facility.  This webpage is publicly available at https://datadashboard.fda.gov/oii/cd/inspections.htm and was accessed on November 11, 2025.

10.    Attached hereto as Exhibit 9 is a true and correct screenshot of Viatris' Press Release dated December 23, 2024.  This Press Release is referenced in the Complaint (¶¶ 10, 156-158, 210 ) and is publicly available at https://newsroom.viatris.com/2024-12-23-Viatris-Statement-Regarding-Receipt-of-Warning-Letter-and-Import-Alert-for-Indore,-India-Facility.

11.    Attached hereto as Exhibit 10 is a true and correct copy of a redacted FDA Warning Letter (320-25-28) issued to Viatris on December 19, 2024.  This Warning Letter is referenced in the Complaint (*e.g.*, ¶¶ 10-12, 37, 66-85, 123, 156-159, 161-164, 169-172, 175-177, 184-194, 196, 201, 207, 210-211, 213-219, 224) and is publicly available at https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/viatris-inc-690897-12192024.

12.    Attached hereto as Exhibit 11 is a true and correct copy of an article published by Leah Lawrence in Blood Cancers Today titled *Why Are Generic Cancer Drugs Out of Reach for Many Patients?* last updated January 3, 2024.  This article is referenced in the Complaint (¶ 97 n.45) and is publicly available at https://www.bloodcancerstoday.com/post/why-are-generic-cancer-drugs-out-of-reach-for-many-patients.

13.    Attached hereto as Exhibit 12 is a true and correct copy of Viatris' Form 8-K, filed with the SEC on February 27, 2025.  This Form 8-K is referenced in the Complaint (¶ 169) and is publicly available from the SEC's website.

14.    Attached hereto as Exhibit 13 is a true and correct copy of a transcript from Viatris' Q4 2024 Earnings Call held on February 27, 2025.  This earnings call is referenced in the Complaint (¶¶ 172-179, 216, 225).

15.    Attached hereto as Exhibit 14 is a true and correct copy of an excerpt of an FDA document titled *Investigations Operations Manual 2025, Chapter 5 - Inspections*.  This manual is publicly available at https://www.fda.gov/media/166533/download?attachment.

16.    Attached hereto as Exhibit 15 is a true and correct copy of a Barclays Equity Research publication titled *Views Post Meeting with VTRS*, dated January 17, 2025.  This publication is referenced in the Complaint (¶¶ 161-162).

17.    Attached hereto as Exhibit 16 is a true and correct copy of a UBS Global Research publication titled *Indore impact small, Trimming 2025 on FX: 4Q Preview*, dated February 7, 2025.  This publication is referenced in the Complaint (¶¶ 163-167).

18.    Attached hereto as Exhibit 17 is a true and correct copy of an excerpt of the FDA's Import Alert 66-40, with a published date of December 19, 2024.  The Import Alert is referenced in the Complaint (¶¶ 10, 12, 88 n.36, 93, 156, 159, 169-172, 184, 189-190) and is publicly available at https://www.accessdata.fda.gov/cms_ia/importalert_189.html.

19.    Attached hereto as Exhibit 18 is a true and correct copy of a transcript from Viatris' Company Conference Presentation at the 43rd Annual J.P. Morgan Healthcare Conference, held on January 14, 2025.  This conference is referenced in the Complaint (¶¶ 159-160, 176, 187, 191, 210).

20.    Attached hereto as Exhibit 19 is a true and correct copy of a presentation titled *43rd Annual J.P. Morgan Healthcare Conference*, dated January 14, 2025, and published on Viatris' Investor webpage.  This presentation is referenced in Exhibit 18 and is publicly available at https://investor.viatris.com/static-files/bab7a766-2309-4e2d-95f2-43c7a27bd073/.

21.    Attached hereto as Exhibit 20 is a true and correct copy of four individual screenshots of an FDA webpage titled *FDA Drug Shortages*, after searching for the following

drugs: Levothyroxine; Fingolimod; Atorvastatin Calcium; and Metformin Hydrochloride.  This webpage is referenced in the Complaint (¶ 101) and is publicly available at https://www.accessdata.fda.gov/scripts/drugshortages/default.cfm and was accessed on November 21, 2025.

22.     Attached hereto as Exhibit 21 is a true and correct copy of four individual screenshots of an American Society of Health-System Pharmacists ("ASHP") webpage titled *Drug Shortages List*, after searching for the following drugs: Levothyroxine Sodium Tablet; Fingolimod; Atorvastatin Calcium; and Metformin Hydrochloride.  The ASHP website is referenced in the Complaint (¶¶ 95, 102-110, 116, 222) and is publicly available at https://www.ashp.org/drug-shortages/current-shortages/drug-shortages-list?page=CurrentShortages and was accessed on November 21, 2025.

23.     Attached hereto as Exhibit 22 is a true and correct copy of a Form 4 filed on behalf of Scott A. Smith, filed with the SEC on March 5, 2024.  This Form 4 is publicly available from the SEC's website.

24.     Attached hereto as Exhibit 23 is a true and correct copy of a Form 4 filed on behalf of Theodora Mistras, filed with the SEC on March 5, 2024.  This Form 4 is publicly available from the SEC's website.

25.     Attached hereto as Exhibit 24 is a true and correct copy of a Form 4 filed on behalf of Theodora Mistras, filed with the SEC on January 3, 2025.  This Form 4 is publicly available from the SEC's website.

26.     Attached hereto as Exhibit 25 is a true and correct copy of a Piper Sandler Company Note publication titled *Model Update Post-4Q, And Takeaways From Recent*

*Management Dinner*, dated March 4, 2025.  This publication is referenced in the Complaint (¶¶ 177 n.55, 186, 210).

27.     Attached hereto as Exhibit 26 is a true and correct copy of an excerpt from the report titled *Building Sustainable Access at Scale[:] 2023 Sustainability Report*" dated May 21, 2024, published on Viatris' Global Sustainability webpage.  This report is referenced in the Complaint (¶¶ 127-128, 204-205) and is publicly available at https://www.viatris.com/-/media/project/common/viatris/csrpromo/pdfs/2023-sustainability-report.pdf.[2]

28.     Attached hereto as Exhibit 27 is a true and correct copy of excerpts of Viatris' Annual Proxy Statement on Schedule 14A, filed with the SEC on October 25, 2024.  This Annual Proxy Statement is referenced in the Complaint (¶¶ 23, 145-146) and is publicly available from the SEC's website.

29.     Attached hereto as Exhibit 28 is a true and correct copy of Viatris' Form 8-K, filed with the SEC on May 9, 2024. This Form 8-K is referenced in the Complaint (¶ 138) and is publicly available from the SEC's website.

30.     Attached hereto as Exhibit 29 is a true and correct copy of Viatris' Form 8-K, filed with the SEC on July 3, 2024. This Form 8-K is referenced in the Complaint (¶ 141) and is publicly available from the SEC's website.

31.     Attached hereto as Exhibit 30 is a true and correct copy of excerpts from Viatris' Form 10-K/A, filed with the SEC on April 26, 2024. This Form 10-K/A is referenced in the Complaint (¶ 138) and is publicly available from the SEC's website.

---

[2] The Complaint cites the "Building Sustainable Access at Scale: Viatris 2024 Sustainability Report."  *See* ¶¶ 127-128, 204-205.  However, the 2024 report is dated May 21, 2025, which is after the end of the putative Class Period.  The 2023 report, dated May 21, 2024, includes the statements referenced in the Complaint.  *Id*.

32.     Attached hereto as Exhibit 31 is a true and correct copy of excerpts from Viatris' Form 10-Q, filed with the SEC on May 9, 2024. This Form 10-Q is referenced in the Complaint (¶¶ 138-139) and is publicly available from the SEC's website.

33.     Attached hereto as Exhibit 32 is a true and correct copy of excerpts from Viatris' Form 10-Q, filed with the SEC on August 8, 2024. This Form 10-Q is referenced in the Complaint (¶¶ 142-144) and is publicly available from the SEC's website.

34.     Attached hereto as Exhibit 33 is a true and correct copy of excerpts from Viatris' Form 10-Q, filed with the SEC on November 7, 2024. This Form 10-Q is referenced in the Complaint (¶¶ 147-149) and is publicly available from the SEC's website.

35.     Attached hereto as Exhibit 34 is a true and correct copy of a transcript from Viatris' Company Conference Presentation at the Jefferies London Healthcare Conference, held on November 21, 2024.  This conference is referenced in the Complaint (¶¶ 150-154).

36.     Attached hereto as Exhibit 35 is a true and correct screenshot of Viatris' webpage titled *India Operations*.  This webpage is referenced in the Complaint (¶¶ 165, 167) and is publicly available at https://www.viatris.in/en-in/about-us/india-manufacturing-operations accessed on November 21, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this first day of December, 2025, at New York, New York.

  /s/ Sheryl Shapiro Bassin
Sheryl Shapiro Bassin, NY 4662797 (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
31 W. 52nd Street, Fifth Floor
New York, NY 10019
Telephone: (212) 999-5800
sbassin@wsgr.com

7

**EXHIBITS TABLE OF CONTENTS**

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts from Form 10-K (filed February 28, 2024) |
| 2 | FDA Webpage: *Form 483 FAQs* |
| 3 | Indore Form 483 (June 26, 2024) |
| 4 | Excerpts from FDA Presentation: *Overview of Drug Manufacturing Inspections* (September 6, 2023) |
| 5 | FDA Webpage: *Inspection Classifications* |
| 6 | FDA EIR (July 31, 2019) |
| 7 | Excerpt from FDA *Regulatory Procedures Manual, Chapter 4: Advisory Actions* |
| 8 | Excerpt from FDA Webpage - *Inspections* (Screenshot) |
| 9 | Viatris Press Release (December 23, 2024) |
| 10 | FDA Warning Letter (December 19, 2024) |
| 11 | *Why Are Generic Cancer Drugs Out of Reach for Many Patients?* (last updated January 3, 2024) |
| 12 | Form 8-K (filed February 27, 2025) |
| 13 | Q4'24 Earnings Call Transcript (February 27, 2025) |
| 14 | Excerpts from FDA *Investigations Operations Manual 2025, Chapter 5 - Inspections* |
| 15 | Barclays Equity Research publication (January 17, 2025) |
| 16 | UBS Global Research publication (February 7, 2025) |
| 17 | Excerpt from FDA Import Alert 66-40 |
| 18 | Transcript from the 43rd Annual J.P. Morgan Healthcare Conference (January 14, 2025) |
| 19 | Viatris Presentation (January 14, 2025) |
| 20 | FDA *Drug Shortages* (Screenshots) |
| 21 | ASHP *Drug Shortages List* (Screenshots) |
| 22 | Scott A. Smith's Form 4 (filed March 5, 2024) |
| 23 | Theodora Mistras' Form 4 (filed March 5, 2024) |
| 24 | Theodora Mistras' Form 4 (filed January 3, 2025) |
| 25 | Piper Sandler Company Note publication (March 4, 2025) |
| 26 | Excerpts from Viatris 2023 Sustainability Report (May 21, 2024) |
| 27 | Excerpts from Annual Proxy Statement (filed October 25, 2024) |
| 28 | Form 8-K (filed May 9, 2024) |
| 29 | Form 8-K (filed July 3, 2024) |
| 30 | Excerpts from Form 10-K/A (filed April 26, 2024) |
| 31 | Excerpts from Form 10-Q (filed May 9, 2024) |
| 32 | Excerpts from Form 10-Q (filed August 8, 2024) |
| 33 | Excerpts from Form 10-Q (filed November 7, 2024) |
| 34 | Transcript from Jefferies London Healthcare Conference (November 21, 2024) |
| 35 | Viatris Webpage: *India Operations* (Screenshot) |