# EXHIBIT 4

EXHIBIT 4

**FDA U.S. FOOD & DRUG** ADMINISTRATION

# Overview of Drug Manufacturing Inspections

Understanding FDA Inspections and Data Webinar
September 6, 2023



**Simone Pitts, Pharmaceutical National Expert**

# What a 483 is, and is not

# FDA Form 483



An FDA 483 is a form provided to a company's management at the close of an inspection documenting significant deficiencies observed as defined in Investigations Operations Manual 2023 Chapter 5, Section 5.2.3 Reports of Observations:

> ➢ **The FDA 483, Inspectional Observations is intended for use in notifying the inspected establishment's top management in writing of significant objectionable conditions, relating to products and/or processes, or other violations of the FD&C Act and related Acts which were observed during the inspection. These observations are made when in the investigator's "judgment," conditions or practices observed, indicate that any food, drug, device, or cosmetic have been adulterated or are being prepared, packed, or held under conditions whereby they may become adulterated or rendered injurious to health. The issuance of written inspectional observations is mandated by law and ORA policy.**

[https://www.fda.gov/media/166533/download](https://www.fda.gov/media/166533/download)

# FDA Form 483



- The FDA 483 only includes factual observations from the current inspection, no opinions or assumptions are allowed to be written on the 483.

- The investigator applies the current law (Food, Drug, and Cosmetic Act and related Acts) while conducting the inspection.

- Observations are listed on the FDA 483 in order of significance and details the violation that was observed.

  - 21 CFR Part 211 is the principal regulation the observation is listed under.  For example, 21 CFR 211.22(a) Lack of quality control unit.

    - Observation written by the Investigator –  Specifically, Your firm lacked a quality control unit that has the responsibility to oversee manufacturing operations.

# FDA Form 483



- Code of Federal Regulations Title 21 Part 210 and 211 are the minimum standards that are acceptable for finished drug products.

- At the conclusion of the inspection and if a Form-483 is issued, companies are strongly encouraged to respond within 15 business days with their corrective action plan and implement the plan in a timely manner.

# FDA Form 483





# What an FDA Form 483 is not



The FDA 483 is discussed with the company's management at the close of the inspection to ensure there is a full understanding of the observations listed by the investigator and a meaningful correction action can be developed and initiated.

✓ The 483 issued is **not** an all-inclusive list of every violation observed from the law or regulation, there are instances where observations are discussed with management at the close of the inspection and not listed on an FDA 483.

The issuance of the FDA 483 is **not** the Agency's final communication but an opportunity to open a dialog between FDA and the firm.

✓ It is the beginning of FDA interactions, thus should not be misinterpreted as the final quality position of the firm. The EIR, the FDA 483, evidence and documents collected during the inspection and the response is all considered before determining further action, if any will be taken to protect public health.



# How FDA Reviews Inspectional Findings

**Francis Godwin**
Director, Office of Manufacturing Quality
Office of Compliance
CDER | US FDA

Understanding FDA Inspections and Data Webinar
September 6, 2023

# Classifications NAI/VAI vs OAI



NAI/VAI
- ==Firm is considered to be in an <u>acceptable state of compliance with regards to CGMP</u>==
- NAI means no 483 was issued, VAI means a 483 was issued
- VAI also means that FDA has reviewed the content of the firm's response
- Does not generally affect approvability of pending applications under review
- Does not impact government procurement/contracts with the facility

OAI
- Firm is not considered to be in an acceptable state of compliance with regards to CGMP and may be subject to regulatory or enforcement action
- Can be OAI regardless whether a 483 was issued
- May result in non-approval of pending applications
- May impact government procurement/preclude contract with the facility



**Francis Godwin, Office of Manufacturing Quality Director**

# FDA Regulatory Actions

# The Compliance Toolbox





| | | |
|---|---|---|
| Injunction/ Consent Decrees | Seizures | Administrative Detention Orders |
| Import Alerts | Warning Letters | Regulatory Meetings |
| Untitled Letters | Response Letters | Others |

Note, While most of these tools are primarily for OAI inspections, some can also be used for NAI/VAI outcomes