# EXHIBIT 8

**EXHIBIT 8**

**FDA** | **U.S. FOOD & DRUG**
ADMINISTRATION
DATA DASHBOARD

Data Dashboard Home    Compliance Dashboards  >    FSMA Data Search  >    Resources  >

Home > Compliance Dashboards > Inspections

## Inspections

*NEW!*
- Dashboard has been integrated with the OII Unified Logon application. To obtain the credentials necessary to use the API, please submit authorization key requests using the online OII Unified Logon application.
- Published 483s data is now available on the Inspections Dashboard and Firm Profiles.

**Caveats:**
- Certain information in these datasets may not be presented or may have changed since the posting. The datasets are updated weekly and only include final actions. If you need to present more recent or more complete data for official purposes or have questions about obtaining other data, please contact the Division of Freedom of Information about what materials may be available in electronic reading rooms or inquire about other datasets that would satisfy your needs.

+ Show more

⚠ **Important Notes:**
- Not all inspections are included in the database. Inspections conducted by States, pre-approval inspections, mammography facility inspections, inspections waiting for a final enforcement action, and inspections of nonclinical labs are not included. Inspections of nonclinical labs are available at Nonclinical Laboratories Inspected under Good Laboratory Practices.
- The results show final classifications of No Action Indicated (NAI), Voluntary Action Indicated (VAI), Official Action Indicated (OAI) for each project area within an inspection.

### Inspections Details  ❓Help

Record Count: 3

Select Inspection ID(s) to view corresponding Inspections Citations.

⬇ Download Inspections Dataset

| FEI Number | Legal Name | City | State | Zip | Country/Area | Fiscal Year | Inspection ID | Posted Citations | Inspection End Date | Classification | Project Area | Product Type | Additional Details |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3010453141 | Mylan Laboratories Limited | Pithampur, District Dhar | - | - | India | 2019 | 1095599 | No | 05/24/2019 | No Action Indicated (NAI) | Drug Quality Assurance | Drugs | - |
| 3010453141 | Mylan Laboratories Limited | Pithampur, District Dhar | - | - | India | 2016 | 960871 | No | 02/05/2016 | Voluntary Action Indicated (VAI) | Drug Quality Assurance | Drugs | - |
| 3010453141 | Mylan Laboratories Limited | Pithampur, District Dhar | - | - | India | 2014 | 870220 | No | 03/14/2014 | Voluntary Action Indicated (VAI) | Drug Quality Assurance | Drugs | - |