# EXHIBIT 14

# Chapter 5 - Inspections

**Chapter 5 - Inspections** ........................................................................................................................................... 1

**5.1 – GENERAL INSPECTION INFORMATION** ..................................................................................................**12**

5.1.1 – DEFINITION / PURPOSE OF INSPECTIONS ................................................................................................... 12

5.1.2 – INSPECTIONAL APPROACH ....................................................................................................................... 12

5.1.3 - AUTHORITY TO ENTER AND INSPECT (DOMESTIC, FOREIGN) ..................................................................... 12

5.1.4 - RESPONSIBILITIES OF INVESTIGATORS ...................................................................................................... 12

    *5.1.4.1 – FDA Credentials* ........................................................................................................................... 13

    *5.1.4.2 – Forms* ........................................................................................................................................... 13

        5.1.4.2.1 - Written Notice ................................................................................................................... 13

        5.1.4.2.2 – Written Observations ....................................................................................................... 13

        5.1.4.2.3 – Receipts ........................................................................................................................... 14

        5.1.4.2.4 - Written Demands or Requests for Information .................................................................. 14

    *5.1.4.3 – Business Premises* ...................................................................................................................... 14

        5.1.4.3.1 – Premises Used for Living Quarters ................................................................................... 14

        5.1.4.3.2 – Facilities where Electronic Products are Used or Held ..................................................... 15

        5.1.4.3.3 – Multiple Occupancy Inspections ..................................................................................... 15

        5.1.4.3.4 – Multi-Site Establishments ............................................................................................... 15

    *5.1.4.4 – Products Imported Under the Provisions of Section 801(d)(3) of the FD&C Act (Import for Export)* ........................... 15

        5.1.4.4.1 – Requirements for Bioterrorism Act ................................................................................... 15

5.1.5 – CONFIDENTIAL AND TRADE SECRET INFORMATION .................................................................................. 16

5.1.6 – COMMON REASONS FOR INSPECTIONS ..................................................................................................... 17

**5.2 – PRE-INSPECTION ACTIVITIES** .............................................................................................................**17**

5.2.1 – SCOPE OF INSPECTION .............................................................................................................................. 18

5.2.2 – DOMESTIC FOLLOW-UP OF IMPORT FOR EXPORT ENTRIES ....................................................................... 19

5.2.3 - CONSUMER COMPLAINT REVIEW ............................................................................................................. 19

5.2.4 – TECHNICAL ASSISTANCE .......................................................................................................................... 19

5.2.5 – REVIEW OF COMPLIANCE ACTIONS AND RECALLS ................................................................................... 19

5.2.6 - COORDINATION WITH CENTERS/COMPLIANCE BRANCH/LABORATORIES/SLTT .......................................... 20

5.2.7– PRE-ANNOUNCEMENT ............................................................................................................................. 20

    *5.2.7.1 – Criteria for Consideration* ............................................................................................................ 20

    *5.2.7.2 - eNSpect Reporting* ....................................................................................................................... 21

5.2.8 – TRAVEL COORDINATION AND PLANNING ................................................................................................. 21

    *5.2.8.1 – Domestic* ..................................................................................................................................... 21

    *5.2.8.2 – Foreign* ........................................................................................................................................ 21

5.2.9 – TEAM INSPECTIONS .................................................................................................................................. 22

    *5.2.9.1 – Team Leader Responsibilities* ....................................................................................................... 23

**5.3 – SAFETY DURING INSPECTIONS** ...........................................................................................................**24**

5.3.1 – SAFETY (WHAT YOU SHOULD DO TO PREPARE FOR POTENTIAL DANGERS/RISKS) ..................................... 24

    *5.3.1.1 – Personal Safety* ........................................................................................................................... 24

        5.3.1.1.1 – Safety Preparation ........................................................................................................... 24

        5.3.1.1.2 – Dealing with Physical Resistance/Threats/ Assaults ......................................................... 25

    *5.3.1.2 – Personal Safety Plan* ................................................................................................................... 25

    *5.3.1.3 – Interacting with Hostile and Uncooperative Interviewees* ............................................................ 27

        5.3.1.3.1 - Safety Precautions ............................................................................................................ 28

        5.3.1.3.2 – Procedures When Threatened or Assaulted ..................................................................... 28

        5.3.1.3.3 - Notification of FBI And U.S. Attorney ................................................................................ 28

**5.4 - CONFIDENTIAL SOURCES** ...........................................................................................................29

    5.4.1 – INTERVIEWING CONFIDENTIAL SOURCES ................................................................................ 29

        *5.4.1.1 - How to Handle the First Contact*................................................................................ 29

        *5.4.1.2 - Interviewing Methods/Techniques* ......................................................................... 30

        *5.4.1.3 - Establish Motivation* ................................................................................................ 30

        *5.4.1.4 - Anonymity*............................................................................................................... 30

        *5.4.1.5 - Protect the Identity of the Source* ........................................................................... 30

        *5.4.1.6 - Access* ...................................................................................................................... 31

        *5.4.1.7 - Storage Requirements* .............................................................................................. 31

        *5.4.1.8 - Disclosure*................................................................................................................ 31

**5.5 – INSPECTIONAL ACTIVITIES**......................................................................................................31

    5.5.1 - NOTICE OF INSPECTION (FORM FDA 482) ............................................................................ 32

        *5.5.1.1 – Multiple Date Inspections* ...................................................................................... 32

        *5.5.1.2 – Inspection of Vehicles*.............................................................................................. 32

        *5.5.1.3 – Follow-Up Inspections by Court Order* ..................................................................... 33

        *5.5.1.4 – Conducting Regulatory Inspections When the Agency is Contemplating Taking, or is Taking, Criminal Action* ........... 34

    5.5.2 – INSPECTION REFUSAL.......................................................................................................... 35

        *5.5.2.1 – Refusal to Permit Entry* ........................................................................................... 35

        *5.5.2.2 – Refusals during Inspection* ...................................................................................... 35

        *5.5.2.3 – Refusals to Permit Access or Copying of Records*..................................................... 35

    5.5.3 – INSPECTION WARRANT ...................................................................................................... 36

        *5.5.3.1 – Refusals after Serving a Warrant* .............................................................................. 37

    5.5.4 – CONSUMER COMPLAINTS ................................................................................................... 37

    5.5.5 - RECALLS IDENTIFIED OR INITIATED DURING AN INSPECTION ................................................ 37

    5.5.6 – SIGNING NON-FDA DOCUMENTS......................................................................................... 37

    5.5.6 – INSPECTION WALK-THROUGH .............................................................................................. 38

    5.5.7 – GENERAL INSPECTION PROCEDURES AND TECHNIQUES......................................................... 38

        *5.5.7.1 – Candling* ................................................................................................................. 38

        *5.5.7.2 – Label Review* ........................................................................................................... 38

        *5.5.7.3 – Field Examinations (Field Exams)*.............................................................................. 39

        *5.5.7.4 – Imported Products* .................................................................................................. 39

        *5.5.7.5 – Import for Export*..................................................................................................... 39

    5.5.8 – INSPECTION OF FOREIGN FIRMS............................................................................................ 40

        *5.5.8.1 – Review of Foreign-Language Documents*................................................................... 40

    5.5.9 – INSPECTIONAL PRECAUTIONS (DOS AND DON'TS DURING INSPECTIONS)................................ 40

        *5.5.9.1 – Clothing* ................................................................................................................. 41

        *5.5.9.2 – Basic sanitary practices*............................................................................................ 41

        *5.5.9.3 – Representatives Invited by the Firm to View the Inspection* ..................................... 41

    5.5.10 – REPORTS OF OBSERVATIONS ............................................................................................. 42

        *5.5.10.1 – General Guidance*.................................................................................................. 42

        *5.5.10.2 – eNSpect Electronic Forms*....................................................................................... 43

        *5.5.10.3 - Preparation of Form FDA 483* ................................................................................. 43

        *5.5.10.4 – Individual Headings, Form FDA 483* ........................................................................ 44

        *5.5.10.5 - Signature Policy* ...................................................................................................... 45

        *5.5.10.6 - Date Issued* ........................................................................................................... 45

        *5.5.10.7 - Observations*.......................................................................................................... 45

        *5.5.10.8 - Medical Device Inspections*..................................................................................... 46

        *5.5.10.9 - Correction of FDA 483, FDA 483a, And FDA 4056 Errors* ......................................... 46

            5.5.10.9.1 - Errors Discovered Prior to Leaving the Establishment (eNSpect).............................................. 46

5.5.10.9.2 - Errors Discovered Prior to Leaving the Establishment (Non-eNSpect) ............................ 47
5.5.10.9.10 - Errors Discovered after Leaving the Establishment ....................................................... 47
5.5.11 - REPORTABLE OBSERVATIONS .................................................................................................... 48
  5.5.11.1 – Adulteration Observations ............................................................................................. 48
  5.5.11.2 - Other Observations ........................................................................................................ 48
  5.5.11.3 - Non-Reportable Observations ......................................................................................... 49
    5.5.11.3.1 – Reporting ................................................................................................................ 50
  5.5.11.4 - Annotation of the FDA 483 or FDA 4056 ......................................................................... 50
  5.5.11.5 - Government Wide Quality Assurance Program (GWQAP) ................................................. 51
  5.5.11.6 – Issuance of the FDA 483, FDA 483a, or FDA 4056 .......................................................... 52
5.5.12 – DISCUSSING ISSUES WITH FIRM MANAGEMENT ........................................................................ 52
  5.5.12.1 – Communication During the Inspection ............................................................................ 52
  5.5.12.2 – Closing Meeting Report of Observations (FDA 483) ........................................................ 53
  5.5.12.3 – Reportable Observations ............................................................................................... 53
  5.5.12.4 – Discussion Items ("Do Not Print" Observations, Other items) ........................................ 54
  5.5.12.5 – Receipt for Samples ....................................................................................................... 54
    5.5.12.5.1 – Items Requiring a Receipt ........................................................................................ 54
    5.5.12.5.1 – Items Not Requiring a Receipt .................................................................................. 54
5.5.13 – POST-INSPECTIONAL CONTACTS ............................................................................................. 55

5.6 - EVIDENCE DEVELOPMENT (TYPES OF EVIDENCE) ............................................................................ 55
5.6.1 – DEFINITION OF EVIDENCE .......................................................................................................... 55
5.6.2 - WHEN EVIDENCE OF A CRIMINAL VIOLATION IS DISCOVERED DURING A REGULATORY INSPECTION ............ 55
  5.6.2.1 - Use of Evidence Gathered During a Criminal Investigation ............................................... 56
  5.6.2.2 - Use of Evidence Voluntarily Provided to the Agency ....................................................... 56
  5.6.2.3 - Concurrent Administrative, Civil, and Criminal Actions ................................................... 56
  5.6.2.4 - Working with a Grand Jury ............................................................................................... 57
5.6.3 – INDIVIDUAL RESPONSIBILITY ...................................................................................................... 57
  5.6.3.1 – Responsible Individuals .................................................................................................. 57
  5.6.3.2 – Duty, Power, Responsibility ............................................................................................ 58
  5.6.3.3 – Inspection Techniques: How to Document Responsibility ................................................ 58
5.6.4 - SAMPLES ................................................................................................................................... 59
5.6.5 – EXHIBITS ................................................................................................................................... 60
  5.6.5.1 – Records Collected as Exhibits ......................................................................................... 60
  5.6.5.2 – Physical Material Collected as Exhibits ............................................................................ 60
5.6.6 – ELECTRONIC RECORDS ............................................................................................................. 61
  5.6.6.1 - Electronic Databases, Queries, and Records Requests ..................................................... 61
  5.6.6.2 – Receiving and Handling Electronic Records ..................................................................... 62
    5.6.6.2.1 - Original Copy ............................................................................................................. 63
    5.6.6.2.2 - Working Copy ............................................................................................................. 63
    5.6.6.2.3 - Identifying and Securing Electronic Storage Media ..................................................... 63
5.6.7 – PHOTOGRAPHS OR VIDEO RECORDINGS .................................................................................... 64
  5.6.7.1 - In-Firm Photographs ....................................................................................................... 65
  5.6.7.2 - Photo/Video Identification and Submission ..................................................................... 66
  5.6.7.3 – Digital Photographs or Video Recordings ........................................................................ 66
  5.6.7.4 – Glossary of Digital Terminology ...................................................................................... 66
    5.6.7.4.1 - Original ..................................................................................................................... 67
    5.6.7.4.2 – Original Copy ............................................................................................................ 67
    5.6.7.4.3 - Permanent Storage Media .......................................................................................... 67
    5.6.7.4.4 - Time/Date Metadata .................................................................................................. 67
    5.6.7.4.5 - Working Copy ............................................................................................................ 67

*5.6.7.5 - Preparing and Maintaining Digital Photographs/Video as Regulatory Evidence* ......................... 67

*5.6.7.6 – Inserting Photos into an eNSpect Establishment Inspection Report (EIR)* ................................. 69

*5.6.7.7 - Photograph Requests* ........................................................................................................... 69

5.6.8 – RECORDINGS ............................................................................................................................... 69

5.6.10 - GUARANTIES AND LABELING AGREEMENTS ................................................................................. 70

*5.6.10.1 - Guaranty* ............................................................................................................................. 70

*5.6.10.2 - Labeling Agreement* ............................................................................................................ 70

*5.6.10.3 - Exemption Requirements* ..................................................................................................... 70

5.6.11 - RECORDS OBTAINED ................................................................................................................... 71

*5.6.11.1 - Verification of Source Records* .............................................................................................. 71

*5.6.11.2 - Identification of Records Collected* ........................................................................................ 71

*5.6.11.3 – Listing of Records* ............................................................................................................... 71

*5.6.11.4 – Patient and/or Consumer Identification on Records* .............................................................. 72

**5.7 – REPORTING** ............................................................................................................................... **72**

5.7.1 - ESTABLISHMENT INSPECTION REPORT (EIR) ................................................................................ 73

*5.7.1.1– Narrative Report* ................................................................................................................... 73

*5.7.1.2– Summary of Findings Report* .................................................................................................. 73

*5.7.1.3– Comprehensive Report* .......................................................................................................... 76

*5.7.1.4– Individual Headings* .............................................................................................................. 77

5.7.1.4.1– Summary .......................................................................................................................... 77

5.7.1.4.2- Administrative Data ............................................................................................................ 77

5.7.1.4.3- History ............................................................................................................................... 78

5.7.1.4.4-- Interstate (I.S.) Commerce .................................................................................................. 79

5.7.1.4.5- Jurisdiction (Products Manufactured and/or Distributed) ....................................................... 79

5.7.1.4.6- Individual Responsibility and Persons Interviewed ................................................................ 80

5.7.1.4.7- Firm's Training Program ...................................................................................................... 80

5.7.1.4.8- Manufacturing/Design Operations ........................................................................................ 80

5.7.1.4.9- Manufacturing Codes .......................................................................................................... 81

5.7.1.4.10- Complaints ...................................................................................................................... 82

5.7.1.4.11- Recall Procedures ............................................................................................................. 82

5.7.1.4.12– Objectionable Conditions and Management's Response ....................................................... 82

5.7.1.4.12.1- Supporting Evidence and Relevance ............................................................................ 82

5.7.1.4.12.2- Discussion with Management ....................................................................................... 82

5.7.1.4.13- Refusals .......................................................................................................................... 83

5.7.1.4.14- General Discussion with Management ................................................................................. 83

5.7.1.4.15- Additional Information ....................................................................................................... 83

5.7.1.4.16- Samples Collected ............................................................................................................ 84

5.7.1.4.17- Voluntary Corrections ....................................................................................................... 84

5.7.1.4.18- Exhibits Collected ............................................................................................................. 84

5.7.1.4.19– Attachments .................................................................................................................... 85

5.7.1.4.20- Signature ......................................................................................................................... 85

5.7.2– ENSPECT REPORTING ................................................................................................................... 85

*5.7.2.1– eNSpect Reporting* ............................................................................................................... 85

*5.7.2.2- eNSpect Establishment Inspection Report Coversheet* ............................................................ 86

*5.7.2.3– Operation/Inspection Basis* ................................................................................................... 87

5.7.3 – EXHIBITS ..................................................................................................................................... 87

*5.7.3.1 - Electronic Records as Exhibits and Attachments* ..................................................................... 88

5.7.4 – ATTACHMENTS ............................................................................................................................ 88

5.7.5 – ENDORSEMENT ............................................................................................................................ 88

*5.7.5.1 – Reporting Verified Corrective Actions* .................................................................................... 89

*5.7.5.2 - Reporting Criteria* ................................................................................................................ 89

*5.7.5.3 - Data Elements*..................................................................................................................... 90
5.7.6 - CORRECTIONS TO ENDORSED ESTABLISHMENT INSPECTION REPORTS ............................................. 90

**5.8 – HUMAN AND ANIMAL FOODS** ..........................................................................................**91**
5.8.1 – HUMAN AND ANIMAL FOODS INSPECTIONS ............................................................................ 91
*5.8.1.1 - Inspectional Authority and Records Access Authorities*............................................... 91
*5.8.1.2 - Preparation and References* ...................................................................................... 92
*5.8.1.3 – You've Arrived at the Firm: Now What?* .................................................................... 95
*5.8.1.4 - Food Defense Inspectional Activities* ........................................................................ 96
5.8.1.4.1 – Food Defense ............................................................................................... 96
*5.8.1.5 - Food Registration*....................................................................................................... 97
5.8.2 – PERSONNEL ....................................................................................................................... 97
*5.8.2.1 – Management* ............................................................................................................ 97
*5.8.2.2 – Employees* ............................................................................................................... 98
5.8.3 – PLANTS AND GROUNDS..................................................................................................... 99
*5.8.3.1 – Plant Construction, Design and Maintenance*........................................................... 99
*5.8.3.2 – Waste Disposal*....................................................................................................... 100
*5.8.3.3 – Plant Services* ........................................................................................................ 100
5.8.4 – RAW MATERIALS ............................................................................................................. 100
*5.8.4.1 – Handling Procedure*................................................................................................ 101
*5.8.4.2 – Condition* ............................................................................................................... 101
*5.8.4.3 – Food Chemicals Codex*........................................................................................... 101
5.8.5 – EQUIPMENT AND UTENSILS............................................................................................. 101
*5.8.5.1 – Filtering Systems* ................................................................................................... 102
*5.8.5.2 – Cleaning and Sanitization of Equipment and Utensils* ........................................... 102
*5.8.5.3 – Conveyor Belt Conditions* ...................................................................................... 102
*5.8.5.4 – Utensils*.................................................................................................................. 102
*5.8.5.5 – Mercury and Glass Contamination* ........................................................................ 102
*5.8.5.6 – UV Lamps* .............................................................................................................. 102
*5.8.5.7 – Chlorine Solution Pipes*.......................................................................................... 103
*5.8.5.8 – Sanitation Practices* .............................................................................................. 103
5.8.6 – PROCESS AND CONTROLS ................................................................................................ 103
*5.8.6.1 – Ingredient Handling* .............................................................................................. 104
*5.8.6.2 – Formulas* ............................................................................................................... 104
*5.8.6.3 – Food Additives*....................................................................................................... 104
*5.8.6.4 – Color Additives* ...................................................................................................... 105
*5.8.6.5 – Quality Control*...................................................................................................... 107
5.8.6.5.1 – Inspection system ..................................................................................... 107
5.8.6.5.2 – Laboratory Tests ....................................................................................... 107
5.8.6.5.3 – Manufacturing code system ...................................................................... 107
*5.8.6.6 – Packaging, Labeling, and Packing*........................................................................... 107
5.8.6.6.1 – Quantity of contents .................................................................................. 108
5.8.6.6.2 – Labeling...................................................................................................... 108
5.8.6.6.3 – Nutritional and allergen labeling ............................................................... 108
5.8.6.6.4 – Labeling violations ..................................................................................... 108
5.8.6.6.5 – Qualified exempt produce labeling............................................................. 108
5.8.7 – SANITATION.................................................................................................................... 109
*5.8.7.1 – Sanitary Operations and Sanitary Facilities* ........................................................... 109
*5.8.7.2 – Routes of Contamination* ...................................................................................... 109
5.8.7.2.1 – Insects........................................................................................................ 110
5.8.7.2.2 – Rodents....................................................................................................... 110

5.8.7.2.3 – Pesticides and Industrial Chemicals ........................................................................................ 110
5.8.7.1.4 – Other ........................................................................................................................................... 111
*5.8.7.3 – Microbiological Concerns* ......................................................................................................... 112
5.8.7.3.1 – Processing equipment .............................................................................................................. 112
5.8.7.2.2 – Employee practices .................................................................................................................. 113
*5.8.7.4 – Storage* ...................................................................................................................................... 113
5.8.7.4.1 – Food transport vehicles ........................................................................................................... 113
5.8.7.4.2.1 – Vehicles at receivers ............................................................................................................ 114
5.6.8.4.2.2 – Vehicles at shippers ............................................................................................................. 114
5.8.8 – DISTRIBUTION ..................................................................................................................................... 114
*5.8.8.1 – Promotion and Advertising* ...................................................................................................... 114
*5.8.8.2 – Recall Procedure* ...................................................................................................................... 114
*5.8.8.3 – Complaint Files* ......................................................................................................................... 115
5.8.9 – OTHER GOVERNMENT INSPECTION .................................................................................................... 115
*5.8.9.1 – Grade A Dairy Plant Inspections* ............................................................................................. 115
5.8.10 – PESTICIDES ........................................................................................................................................ 116
5.8.11 – FOREIGN SUPPLIER VERIFICATION PROGRAM ................................................................................. 116
5.8.12 – STANDARDS OF IDENTITY FOR FOOD ............................................................................................... 116

**5.9 – COSMETICS** ............................................................................................................................................... 116

5.9.1 – COSMETICS INSPECTIONS .................................................................................................................. 116
*5.9.1.1 – Preparation and References* ..................................................................................................... 116
*5.9.1.2 – Documents and Records* ........................................................................................................... 117
*5.9.1.3 – Contaminated Cosmetics* ......................................................................................................... 117
*5.9.1.4 – Cosmetic product labels or labeling making drug claims* ....................................................... 118
*5.9.1.5 – Cosmetic Ingredients* ............................................................................................................... 118
*5.9.1.6 – Specific Types of Product Safety Concerns* ............................................................................. 118

**5.10 - DRUGS** .................................................................................................................................................... 119

5.10.1 - DRUG INSPECTIONS .......................................................................................................................... 119
*5.10.1.1 - Pre-Announcements* ............................................................................................................... 119
5.10.1.1.1 - Basic Premises ....................................................................................................................... 119
5.10.1.1.2 – Criteria for Consideration .................................................................................................... 120
5.10.1.1.3 - Procedures ............................................................................................................................. 120
5.10.2 - DRUG INSPECTIONS .......................................................................................................................... 121
*5.10.2.1 - Preparation and References* ................................................................................................... 121
*5.10.2.2 - Inspectional Approach* ............................................................................................................ 123
*5.10.2.3 - Drug Registration & Listing* .................................................................................................... 123
5.10.3 - COUNTERFEIT DRUG AUTHORITY ..................................................................................................... 124
*5.10.3.1 - Scope* ....................................................................................................................................... 125
*5.10.3.2 - Inspectional Guidance* ............................................................................................................ 125
*5.10.3.3 - Follow Up Guidance* ................................................................................................................ 125
*5.10.3.4 - Search Warrants* ..................................................................................................................... 126
5.10.4 - PROMOTION AND ADVERTISING ...................................................................................................... 126
*5.10.4.1 - Promotion and Advertising* .................................................................................................... 126
5.10.5 - LABELING .......................................................................................................................................... 126
5.10.6 – GUARANTIES AND LABELING AGREEMENTS .................................................................................... 126
5.10.7 - OTHER INSPECTIONAL ISSUES .......................................................................................................... 126
*5.10.7.1 - Intended Use* ........................................................................................................................... 126
*5.10.7.2 - Drug Approval Status* .............................................................................................................. 127
*5.10.7.3 - Drug Status Questions* ............................................................................................................ 127

*5.10.7.4 - Verification of Compliance with PDMA Requirements* ............................................................ *127*

*5.10.7.5 - Drug/Dietary Supplement Status* ........................................................................................... *127*

*5.10.7.6 - Approved Drugs* ...................................................................................................................... *127*

*5.10.7.7 - Investigational Drugs* ............................................................................................................. *127*

*5.10.7.8 - Clinical Investigators and/or Clinical Pharmacologists* ......................................................... *127*

*5.10.7.9 - Delaying, Denying, Limiting or Refusing Drug Inspections* .................................................... *127*

5.10.8 – DRUG INSPECTION REPORTS ............................................................................................................ 128

**5.11 - ANIMAL & VETERINARY** ....................................................................................................................**128**

5.11.1 - CVM WEBSITE ............................................................................................................................... 128

5.11.2 - VETERINARY DRUG ACTIVITIES ...................................................................................................... 128

5.11.3 - ANIMAL FOOD ACTIVITIES ............................................................................................................. 129

5.11.4 - BIOSECURITY PROCEDURES FOR INSPECTIONS AT POULTRY FACILITIES AND FARMS ..................... 130

5.11.5 - DRUG RESIDUES .............................................................................................................................. 130

5.11.6 - VETERINARY DEVICES ..................................................................................................................... 131

5.11.7 - ANIMAL GROOMING AIDS ............................................................................................................... 132

5.11.8 – PRODUCTS INTENDED FOR CONTROL OF FLEAS AND TICKS ............................................................ 132

**5.12 - MEDICAL DEVICE AND ELECTRONIC RADIATION PRODUCT CONTROLS (EPRC)**.............................**132**

5.12.1 - MEDICAL DEVICE INSPECTIONS ....................................................................................................... 132

*5.12.1.1 – Inspection Authority for Medical Devices* ............................................................................. *132*

*5.12.1.2 - Medical Device Single Audit Program (MDSAP)* ..................................................................... *133*

*5.12.1.3 - Pre-inspectional Activities for Medical Device Inspections* ................................................... *134*

5.12.1.3.1 - Assignment Information ..................................................................................................... 134

5.12.1.3.2 - Firm Information .............................................................................................................. 134

5.12.1.3.3 - Medical Device Reports (MDRs) ....................................................................................... 134

5.12.1.3.4 - Registration & Listing ...................................................................................................... 134

5.12.1.3.5 - Marketing Authorizations ................................................................................................ 135

5.12.1.3.6 – Unique Device Identification ........................................................................................... 135

*5.12.1.4 - Pre-announcement of Medical Device Inspections* ............................................................... *135*

5.12.1.4.1 - Criteria for Consideration ................................................................................................ 135

5.12.1.4.2 - Procedures ....................................................................................................................... 135

*5.12.1.5 - Conducting Medical Device Inspections* ................................................................................. *136*

5.12.1.5.1 - Quality System Regulation (QSR) ..................................................................................... 136

5.12.1.5.2 - Medical Device Reporting (MDR) ..................................................................................... 136

5.12.1.5.3 - Recalls, Corrections and Removals .................................................................................. 137

5.12.1.5.4 - Unique Device Identification (UDI) .................................................................................. 137

5.12.1.5.5 - Policy on Record Review .................................................................................................. 137

5.12.1.5.6 - Considerations for Establishment Types .......................................................................... 138

5.12.1.5.7 – Annotations for Form FDA 483 ........................................................................................ 138

5.12.1.5.8 - Form FDA 483 Response Instructions ............................................................................... 139

*5.12.1.6 - Banned Devices* ...................................................................................................................... *139*

5.12.2 - ELECTRONIC PRODUCT RADIATION CONTROLS (EPRC) INSPECTIONS ............................................. 139

*5.12.2.1 - Inspection Authority for EPRC products* ................................................................................ *140*

*5.12.2.2 - Pre-inspectional Activities for EPRC Inspections* ................................................................... *140*

*5.12.2.3 - Inspection of EPRC Facilities* .................................................................................................. *141*

5.12.3 - TECHNICAL ASSISTANCE ................................................................................................................. 141

5.12.4 - SAMPLE COLLECTION DURING INSPECTION ................................................................................... 141

**5.13 - BIOLOGICS**..........................................................................................................................................**142**

5.13.1 - DEFINITION ..................................................................................................................................... 142

5.13.2 - BIOLOGICS INSPECTIONS ............................................................................................................... 142

*5.13.2.1 - Authority* ................................................................................................................................ *142*
5.13.2.1.1 - Blood and Source Plasma Inspections ............................................................................... 142
5.13.2.1.2      - Human Tissue Inspections ......................................................................................... 142
*5.13.2.2 - Donor Confidentiality* .................................................................................................... *143*
*5.13.2.3 - Inspectional Objectives* .................................................................................................. *143*
*5.13.2.4 - Preparation* .................................................................................................................... *144*
*5.13.2.5 - Inspectional Approach* ................................................................................................... *144*
5.13.2.5.1 - Access of Electronic Databases and Queries ...................................................... 144
*5.13.2.6 - Regulations, Guidelines, Recommendations* ................................................................ *145*
*5.13.2.7 - Technical Assistance* ...................................................................................................... *145*
*5.13.2.8 - Biologics Establishment Inspection Reports* ................................................................. *145*
5.13.3 - REGISTRATION, LISTING AND LICENSING ............................................................................ 145
*5.13.3.1 - Registration and Listing* ................................................................................................ *145*
5.13.3.1.1 – Transfusion Services ............................................................................................. 146
5.13.3.1.2 - HCT/Ps ................................................................................................................... 146
5.13.3.1.3 - Military Blood Banks .............................................................................................. 146
*5.13.3.2 - MOUs* ............................................................................................................................. *146*
*5.13.3.3 - Biologics License* ........................................................................................................... *147*
*5.13.3.4 - Approval of Biological Devices* ..................................................................................... *147*
5.13.4 - OTHER INSPECTIONAL CONSIDERATIONS ............................................................................ 147
*5.13.4.1 - Testing Laboratories* ..................................................................................................... *147*
*5.13.4.2 - Brokers* .......................................................................................................................... *147*

**5.14 - BIORESEARCH MONITORING** .............................................................................................. **148**
5.14.1 - OBMI ESTABLISHMENT TYPE DEFINITIONS ......................................................................... 148
5.14.2 - OBMI ASSIGNMENTS ........................................................................................................ 149
*5.14.2.1 - Read-Only Access to Electronic Databases During Bioresearch Monitoring Inspection Assignments* ...................... *150*
*5.14.2.2 -Electronic Regulatory Notes For OBMI Operations* ...................................................... *150*
5.14.3 – OBMI COMPLIANCE PROGRAMS ....................................................................................... 150
5.14.4 - POSTMARKETING ADVERSE EVENT REPORTING INSPECTIONS .............................................. 151
5.14.5 - RISK EVALUATION AND MITIGATION STRATEGIES (REMS) REPORTING INSPECTIONS ............ 151
5.14.6 - OBMI ESTABLISHMENT INSPECTION REPORTS (EIRs) ......................................................... 151
5.14.7 – OBMI COMPLAINTS ......................................................................................................... 152

**5.15 - TOBACCO PRODUCTS** ......................................................................................................... **152**
5.15.1 - DEFINITIONS ..................................................................................................................... 152
5.15.2 - TOBACCO INSPECTIONS .................................................................................................... 152
5.15.3 - RETAIL COMPLIANCE CHECK INSPECTION CONTRACTS ...................................................... 153
5.15.4 - GUIDANCE, COMPLIANCE & REGULATORY INFORMATION .................................................. 153

**5.16 – COMBINATION PRODUCTS** ................................................................................................. **153**
5.16.1 – COMBINATION PRODUCT INSPECTIONS .............................................................................. 153
*5.16.1.1 – Preparation* .................................................................................................................. *154*
*5.16.1.2 – Inspectional Approach* ................................................................................................. *154*
*5.16.1.3 – Registration and Listing* .............................................................................................. *155*
*5.16.1.4 – Combination Product Establishment Inspection Report* ............................................... *155*
*5.16.1.5 – Limitations on Inspection* ............................................................................................ *155*

5-1 FORM FDA 482 NOTICE OF INSPECTION

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION | 1. DISTRICT OFFICE ADDRESS & PHONE NO.<br>1431 Harbor Bay Parkway<br>Alameda, CA  94502<br>(510)337-6700 |
|---|---|

| TO | 2. NAME AND TITLE OF INDIVIDUAL<br>Helen E. Castro, President | 3. DATE<br>07/28/13 |
|---|---|---|
| | 4. FIRM NAME<br>ABC Bread Company | 5. HOUR  7:30  a.m.<br>p.m. |
| | 6. NUMBER AND STREET<br>579 Main Street | |
| | 7. CITY AND STATE & ZIP CODE<br>Richmond, CA 94805 | 8. PHONE NO. & AREA CODE<br>(510)123-4567 |

Notice of Inspection is hereby given pursuant to Section 704(a)(1) of the Federal Food, Drug, and Cosmetics Act [21 U.S.C. 374(a)][1]  and/or Part F or G, Title III of the Public Health Service Act [42 U.S.C. 262-264][2]

As a small business that is subject to FDA regulation, you have the right to seek assistance from the U.S. Small Business Administration (SBA). This assistance includes a mechanism to address the enforcement actions of Federal agencies. SBA has a National Ombudsman's Office that receives comments from small businesses about Federal agency enforcement actions. If you wish to comment on the enforcement actions of FDA, CALL (888) 734-3247. The website address is www.sba.gov/ombudsman.

FDA has an Office of the Ombudsman that can directly assist small business with complaints or disputes about actions of the FDA. That office can be reached by calling (301) 796-8530 or by email at ombuds@oc.fda.gov.

For industry information, go to www.fda.gov/oc/industry.

| 9. SIGNATURE(S) *(Food and Drug Administration Employee(s))* | 10. TYPE OR PRINT NAME(S) AND TITLE(S) *(FDA Employee(s))* |
|---|---|
| *Sidney H. Rogers* | Sidney H. Rogers, Investigator |
| | |
| | |
| | |

[1] **Applicable portions of Section 704 and other Sections of the Federal Food, Drug, and Cosmetic Act [21 U.S.C. 374] are quoted below:**

Sec. 704(a)(1) For purposes of enforcement of this Act, officers or employees duly designated by the Secretary, upon presenting appropriate credentials and a written notice to the owner, operator, or agent in charge, are authorized (A) to enter, at reasonable times, any factory, warehouse, or establishment in which food, drugs, devices, tobacco products, or cosmetics are manufactured, processed, packed, or held, for introduction into interstate commerce or after such introduction, or to enter any vehicle being used to transport or hold such food, drugs, devices, tobacco products, or cosmetics in interstate commerce; and (B) to inspect, at reasonable times and within reasonable limits and in a reasonable manner, such factory, warehouse, establishment, or vehicle and all pertinent equipment, finished and unfinished materials, containers, and labeling therein. In the case of any person (excluding farms and restaurants) who manufactures, processes, packs, transports, distributes, holds, or imports foods, the inspection shall extend to all records and other information

described in section 414, when the standard for records inspection under paragraph (1) or (2) of section 414(a) applies, subject to the limitations established in section 414(d). In the case of any factory, warehouse, establishment, or consulting laboratory in which prescription drugs, nonprescription drugs intended for human use, restricted devices, or tobacco products are manufactured, processed, packed, or held, inspection shall extend to all things therein (including records, files, papers, processes, controls, and facilities) bearing on whether prescription drugs, nonprescription drugs intended for human use, restricted devices, or tobacco products which are adulterated or misbranded within the meaning of this Act, or which may not be manufactured, introduced into interstate commerce, or sold, or offered for sale by reason of any provision of this Act, have been or are being manufactured, processed, packed, transported, or held in any such place, or otherwise bearing on violation of this Act. No inspection authorized by the preceding sentence or by paragraph (3) shall extend to financial data, sales data other than shipment data, pricing data, personnel data (other than data as to qualifications of technical and professional personnel performing functions subject to this

*(Continued on Reverse)*

FORM FDA 482 (9/11)     PREVIOUS EDITION IS OBSOLETE               Page 1 of 3                      **NOTICE OF INSPECTION**
PSC Publishing Services (301) 443-6740   EF

Act), and research data (other than data relating to new drugs, antibiotic drugs, devices, and tobacco products and subject to reporting and inspection under regulations lawfully issued pursuant to section 505 (i) or (k), section 519, section 520(g), or chapter IX and data relating to other drugs, devices, or tobacco products, which in the case of a new drug would be subject to reporting or inspection under lawful regulations issued pursuant to section 505(j)). A separate notice shall be given for each such inspection, but a notice shall not be required for each entry made during the period covered by the inspection. Each such inspection shall be commenced and completed with reasonable promptness.

Sec. 704. (a)(2) The provisions of the third sentence of paragraph (1) shall not apply to (A) pharmacies which maintain establishments in conformance with any applicable local laws regulating the practice of pharmacy and medicine and which are regularly engaged in dispensing prescription drugs or devices, upon prescriptions of practitioners licensed to administer such drugs or devices to patients under the care of such practitioners in the course of their professional practice, and which do not, either through a subsidiary or otherwise, manufacture, prepare, propagate, compound, or process drugs or devices for sale other than in the regular course of their business of dispensing or selling drugs or devices at retail; (B) practitioners licensed by law to prescribe or administer drugs, or prescribe or use devices, as the case may be, and who manufacture, prepare, propagate, compound, or process drugs, or manufacture or process devices solely for use in the course of their professional practice; (C) persons who manufacture, prepare, propagate, compound, or process drugs, or manufacture or process devices solely for use in research, teaching, or chemical analysis and not for sale; (D) such other classes of persons as the Secretary may by regulation exempt from the application of this section upon a finding that inspection as applied to such classes of persons in accordance with this section is not necessary for the protection of the public health.

Sec. 704. (a)(3) An officer or employee making an inspection under paragraph (1) for purposes of enforcing the requirements of section 412 applicable to infant formulas shall be permitted, at all reasonable times, to have access to and to copy and verify any records (A) bearing on whether the infant formula manufactured or held in the facility inspected meets the requirements of section 412, or (B) required to be maintained under section 412.

Sec. 704(b) Upon completion of any such inspection of a factory, warehouse, consulting laboratory, or other establishment, and prior to leaving the premises, the officer or employee making the inspection shall give to the owner, operator, or agent in charge a report in writing setting forth any conditions or practices observed by him which, in his judgment, indicate that any food, drug, device, tobacco product, or cosmetic in such establishment (1) consists in whole or in part of any filthy, putrid, or decomposed substance, or (2) has been prepared, packed, or held under insanitary conditions whereby it may have become contaminated with filth, or whereby it may have been rendered injurious to health. A copy of such report shall be sent promptly to the Secretary.

Sec. 704. (c) If the officer or employee making any such inspection of a factory, warehouse, or other establishment has obtained any sample in the course of the inspection, upon completion of the inspection and prior to leaving the premises he shall give to the owner, operator, or agent in charge a receipt describing the samples obtained.

Sec. 704. (d) Whenever in the course of any such inspection of a factory or other establishment where food is manufactured, processed, or packed, the officer or employee making the inspection obtains a sample of any such food, and an analysis is made of such sample for the purpose of ascertaining whether such food consists in whole or in part of any filthy, putrid, or decomposed substance, or is otherwise unfit for food, a copy of the results of such analysis shall be furnished promptly to the owner, operator, or agent in charge.

Sec. 704(e) Every person required under section 519 or 520(g) to maintain records and every person who is in charge or custody of such records shall, upon request of an officer or employee designated by the Secretary, permit such officer or employee at all reasonable times to have access to and to copy and verify, such records.

Section 704 (f)(1) An accredited person described in paragraph (3) shall maintain records documenting the training qualifications of the person and the employees of the person, the procedures used by the person for handling confidential information, the compensation arrangements made by the person, and the procedures used by the person to identify and avoid conflicts of interest. Upon the request of an officer or employee designated by the Secretary, the person shall permit the officer or employee, at all reasonable times, to have access to, to copy, and to verify, the records.

Section 512 (l)(1) In the case of any new animal drug for which an approval of an application filed pursuant to subsection (b) is in effect, the applicant shall establish and maintain such records, and make such reports to the Secretary, of data relating to experience, including experience with uses authorized under subsection (a)(4)(A), and other data or information, received or otherwise obtained by such applicant with respect to such drug, or with respect to animal feeds bearing or containing such drug, as the Secretary may by general regulation, or by order with respect to such application, prescribe on the basis of a finding that such records and reports are necessary in order to enable the Secretary to determine, or facilitate a determination, whether there is or may be ground for invoking subsection (e) or subsection (m) (4) of this section. Such regulation or order shall provide, where the Secretary deems it to be appropriate, for the examination, upon request, by the persons to whom such regulation or order is applicable, of similar information received or otherwise obtained by the Secretary.

(2) Every person required under this subsection to maintain records, and every person in charge or custody thereof, shall, upon request of an officer or employee designated by the Secretary, permit such officer or employee at all reasonable times to have access to and copy and verify such records.

² **Applicable sections of Parts F and G of Title III Public Health Service Act [42 U.S.C. 262-264] are quoted below:**

Part F – Licensing – Biological Products and Clinical Laboratories and* * * * * *

Sec. 351(c) "Any officer, agent, or employee of the Department of Health and Human Services, authorized by the Secretary for the purpose, may during all reasonable hours enter and inspect any establishment for the propagation or manufacture and preparation

*(Continued on Page 3)*

.................................................................................................................................................. 156

5-2 - FORM FDA 482A.................................................................................................................... 159

5-3 FORM FDA 482B...................................................................................................................... 160

5-5 FORM FDA 483 ........................................................................................................................ 162

5-6 INSERTING DIGITAL PHOTOS INTO ENSPECT (RESIZE PHOTO) ............................................. 166

5-7 INSERTING DIGITAL PHOTOS INTO ENSPECT (INSERT PHOTO) .............................................. 167

5-8 INSERTING DIGITAL PHOTOS INTO ENSPECT (RESIZING USING MS WORD) .......................... 168

5-9 FACTS CREATE SAMPLE ASSIGNMENT SCREEN- .................................................................... 169

5-10 FORM FDA 482C NOTICE OF INSPECTION - REQUEST FOR RECORDS................................... 170

5-11 FOOD ADDITIVE NOMOGRAPH I ........................................................................................... 171

5-11 FOOD ADDITIVE NOMOGRAPH II .......................................................................................... 172

5-12 SUMMARY OF REGISTRATION AND LISTING HUMAN PHARMACEUTICALS........................... 173

5-13 SUBSTANTIALLY EQUIVALENT MEDICAL DEVICES ................................................................. 174

5-14 ENSPECT PROFILE - COMSTAT .............................................................................................. 176

5-15 COMPLIANCE ACHIEVEMENT REPORT .................................................................................. 185

5-16 FACTS REIMBURSABLE CHECK BOX ....................................................................................... 186

5-17 FORM FDA 4056 – PRODUCE FARM INSPECTION OBSERVATIONS ....................................... 187

5-18 – FORM FDA 483A ................................................................................................................. 198

5-19 – BIOSECURITY ..................................................................................................................... 201

5-20 - PRODUCE INSPECTION DETAILS ......................................................................................... 210

5-21 – FILM PHOTOGRAPHY ........................................................................................................ 215

5-22 – PESTICIDE INSPECTIONS/INVESTIGATIONS ....................................................................... 217

5-23 – STANDARDS OF IDENTITY FOR FOOD ............................................................................... 221

5-24 – RECONCILIATION EXAMINATIONS ..................................................................................... 223

or FDA 4056, and cover letter, in the EIR. In addition, you should call the person to whom the original FDA 483, FDA 483a, or FDA 4056 was issued to discuss the change(s). Document this discussion in your EIR.

Special Note: The issuance of an amended FDA 483, FDA 483a, or FDA 4056 in person or via mail does not change the inspectional end date.  The inspectional end date remains as the date that the original FDA 483, FDA 483a, or FDA 4056 was issued.

## 5.5.11 - Reportable Observations

You should cite factual observations of significant deviations from the FD&C Act, PHS Act, 21 CFR, and other acts where the FDA has enforcement authority, unless these citations require concurrence, or are specifically prohibited – see IOM 5.5.11.3 Non-Reportable Observations.

However, do not report opinions, conclusions, or characterize conditions as "violative." The determination of whether any condition is "violative" is an agency decision made after considering all circumstances, facts, and evidence.

Examples of reportable observations generally fall into one of two categories, either adulteration or other. See below.

### 5.5.11.1 – Adulteration Observations

For assistance, review Sections 402, 501, 505(k), 601, and 704 of the FD&C Act [21 U.S.C. 342, 351, 355(k), 361, and 374]. Adulteration observations include specific factual observations of:

- Foods, drugs, devices, or cosmetics consisting in whole, or in part, of filthy, putrid, or decomposed substances.
- Undesirable conditions or practices, bearing on filth or decomposition, which may reasonably result in the food, drug, device, or cosmetic becoming contaminated with filth.
- Insanitary conditions or practices that may reasonably render the food, drug, device, or cosmetic injurious to health.
- Careless handling of rodenticides or pesticides.
- Results of field tests (for example, organoleptic examination of fish, crack-out of nuts, etc.) that reveal adulteration.
- Observations of faulty manufacturing, processing, packaging, or holding, of food, drug, or device products as related to current good manufacturing practice regulations, including inadequate or faulty record keeping.
- Observations of faulty can closures and/or deviations from recommended processing times and temperatures.
- Deviations from the animal proteins prohibited in ruminant feeds requirements (21 CFR 589.2000).
- Results of analytical laboratory findings that reveal adulteration.

### 5.5.11.2 - Other Observations

You may include other factual observations of significant deviations from the FD&C Act [21 U.S.C. 301], 21 CFR, Government Wide Quality Assurance Program (GWQAP) requirements, and other acts as directed by compliance programs and other agency directives. In some cases, you may cite labeling deviations as directed below. (This list of potential "other observations" is not all- inclusive.)

- Observations indicating non-conformity with commitments made in a New Drug Application, New Animal Drug Application, or in an antibiotic certification or certification exemption form. (See Section 505 FD&C Act, [21 U.S.C. 355].)
- Observations, forming the basis for product non-acceptance under the GWQAP. (See IOM 5.2.3.5.)

- Deviations from blood and blood products labeling requirements, as specified in 21 CFR 606.121 and 21 CFR 640.
- Animal protein products, and feeds containing such products, that are not in compliance with the labeling requirements of paragraphs (c) through (f) of 21 CFR 589.2000. (See Section 403(a)(1) or 403(f) of the FD&C Act [21 U.S.C. 343(a)(1) or 343(f)].)
- Deviations from the applicable labeling regulations for human cells, tissues, and cellular and tissue-based products (HCT/Ps), as specified in 21 CFR 1271 and CP 7341.002.
- Observations indicating drug misuse, failure to maintain proper drug use records, and/or poor animal husbandry practices during drug residue investigations. (See the applicable compliance program(s) for guidance.)
- Observations indicating non-conformity with the post marketing adverse drug experience reporting requirements, as specified in 21 CFR 310.305, 314.80, 314.98, 314.540, or 600.80 or other post marketing requirements, as specified in 21 CFR 314.81 or 600.14. (See Sections 505 and 760 of the FD&C Act [21 U.S.C. 355(k) and 379aa].)
- Observations indicating non-conformity with the Medical Device Reporting requirements as specified in 21 CFR 803 (See Section 519(a) of the FD&C Act [21 U.S.C. 360i]).
- Observations of non-conformity to the Medical Devices Reports of Corrections and Removals requirements as specified in 21 CFR 806 (See Section 519(f) of the FD&C Act [21 U.S.C. 360i(f)]) should be verified with the program's division recall coordinator.
- Observations of non-conformity to the Medical Device Tracking requirements, as specified in 21 CFR 821 (See Section 519(e) of the FD&C Act [21 U.S.C. 360i(e)]).
- Observations of non-conformity to the Unique Device Identification (UDI) requirements of 21 CFR 801 Subpart B and 21 CFR 830.
- In general, observations indicating noncompliance with medical device pre-market notification requirements and pre-market approval requirements under FD&C Act sections 510(k) and 515 [21 U.S.C. 360 (k) and 360e] respectively, should be included with the prior concurrence of CDRH and/or CBER.
- Reporting observations noted at a contract facility to the contracting facility is allowed under 21 CFR 200.10. But before doing so, consult with your supervisor to determine if appropriate.
- Observations indicating non-compliance with LACF/Acidified food registration and failure to file scheduled processes. Before doing this, verify lack of such, as covered in CP 7303.803A.
- Deviations from the applicable labeling requirements for outsourcing facilities, as specified in Section 503(B)(a)(10) of the FD&C Act [21 U.S.C. 353b].
- Observations at animal food facilities that are not subject to animal food regulations (for example, not required to register as a food facility) indicating food safety noncompliance with the FD&C Act adulteration or misbranding provisions in FD&C Act section 402 and 403 [21 U.S.C. 342 and 21 U.S.C. 343]. (See Compliance Program 7371.000: Comprehensive Animal Food Inspection for more details.)

## 5.5.11.3 - Non-Reportable Observations

As implied, non-reportable observations should not be reported on the FDA 483. These objectionable conditions fall into three basic categories:

1. Observations of significant deviations from specific laws and/or regulations, as identified in items 1-9 below.
2. Observations of deviations from specific laws and/or regulations that in your judgment are of "questionable significance" and "deemed not to merit inclusion on the FDA 483, FDA 483a, or FDA 4056," but do warrant discussion with management.