# EXHIBIT 16

**UBS**

EXHIBIT 16

**Global Research**
7 February 2025

# Viatris Inc

## Indore impact small, Trimming 2025 on FX: 4Q preview

### Story progressing well, except for small hiccups like Indore & FX headwind

We continue to see VTRS stock as fairly valued; mgmt has continued to show strong execution consistently, driving low-SD operational revenue growth. We believe Viatris stock could outperform in 2026 as some of the pipeline read-outs near. However, in 2025 we remain on the sidelines as there are a few headwinds such as Indore plant impact & FX headwind, but an aggressive share buyback could present upside potential. Recall FX headwinds are particularly pronounced for companies like Viatris as the USD strengthens, since ~70% of the VTRS' business operates ex-US. To reflect the impact of FX headwinds, we lower our 2025E Revenue/ EBITDA to $14.1bn/$4.4bn (prior $14.2bn/$4.6bn), which is in-line with cons. Our revised PT of $11 (prior $12) is based on an unchanged 4.25x P/E multiple on our slightly lower 2025E EPS of $2.64 (vs prior $2.77).

### Indore plant: Impact seems small. VTRS could shift supply

As per Viatris, the Indore facility warning letter (link) is expected to impact 2025 financials, though it had no effect on 2024 results.

- According to the Mylan India website (link), the Indore plant exclusively manufactures oral solid drugs, which limits our concern. This plant, one of 26 facilities, supplies products globally.

- We believe that the associated Form 483 (link) and warning letter (link) suggest that the cited issues should be resolvable, but may take time. Getting the WL indicates that the company was not able to convince the FDA that their correction plan was adequate. We note that resolving the Warning Letter could take a minimum of 2yrs as the FDA would have to re-inspect the facility.

- The warning letter blocks 11 oral products from entering the US market, with four currently on the exempt list and the potential for more to be exempted, per mgmt.

- Based on our discussion with mgmt, we note that levothyroxine is one of the key products that was impacted by this WL; however, similar to levothyroxine, a number of these products are/ could be sourced from multiple manufacturing sites. We note that IQVIA data indicates that levothyroxine last 5-week TRx run-rate is down -63% y/y and -27% m/m (Figure 1). Although it is difficult to say if it is because of Indore plant impact, but we note that total last 5-week US generics TRx run-rate is down -16% y/y and -1% m/m; but recall US generics only represents ~11% of Viatris total revenue (per last disclosure). By our math, levothyroxine

---

**Equities**

United States
Pharmaceuticals

| | |
|---|---|
| **12-month rating** | **Neutral \*** |

| | |
|---|---|
| **12m price target** | **US$11.00** |
| | *Prior : US$12.00* |
| **Price (06 Feb 2025)** | **US$10.90** |

**RIC:** VTRS.O    **BBG:** VTRS US

**Trading data and key metrics**

| | |
|---|---|
| **52-wk range** | US$13.53-10.05 |
| **Market cap.** | US$13.1b |
| **Shares o/s** | 1,200m (COM) |
| **Free float** | 100% |
| **Avg. daily volume ('000)** | 9,387 |
| **Avg. daily value (m)** | US$115 |
| **Common s/h equity (12/24E)** | US$20.2b |
| **P/BV (12/24E)** | 0.7x |
| **Net debt to EBITDA (12/24E)** | 2.7x |

**EPS (UBS, diluted) (US$)**

| | 12/24E | | | |
|---|---|---|---|---|
| | **From** | **To** | **% ch** | **Cons.** |
| **Q1** | 0.67 | 0.67 | 0 | 0.67 |
| **Q2** | 0.69 | 0.69 | 0 | 0.69 |
| **Q3** | 0.75 | 0.75 | 0 | 0.75 |
| **Q4E** | 0.54 | 0.54 | 0 | 0.57 |
| **12/24E** | 2.65 | 2.65 | 0 | 2.68 |
| **12/25E** | 2.77 | 2.64 | -5 | 2.60 |
| **12/26E** | 2.80 | 2.74 | -2 | 2.68 |

**Ashwani Verma**
Analyst
ash.verma@ubs.com
+1-212-713 4059

**Di Zhao**
Associate Analyst
di.zhao@ubs.com
+1-212-713 5953

**So Youn Shim**
Associate Analyst
so-youn.shim@ubs.com
+1-212-713 4331

---

| Highlights (US$m) | 12/21 | 12/22 | 12/23 | 12/24E | 12/25E | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|
| Revenues | 17,886 | 16,264 | 15,427 | 14,808 | 14,052 | 14,206 | 14,351 | 14,475 |
| EBIT (UBS) | 6,046 | 5,514 | 4,819 | 4,324 | 4,201 | 4,333 | 4,498 | 4,573 |
| Net earnings (UBS) | 4,468 | 4,116 | 3,632 | 3,180 | 3,190 | 3,334 | 3,535 | 3,648 |
| EPS (UBS, diluted) (US$) | 3.70 | 3.38 | 3.02 | 2.65 | 2.64 | 2.74 | 2.89 | 2.97 |
| DPS (net) (US$) | 0.33 | 0.48 | 0.50 | 0.52 | 0.54 | 0.55 | 0.56 | 0.56 |
| Net (debt) / cash | (20,509) | (16,755) | (15,196) | (12,768) | (10,723) | (8,311) | (6,558) | (4,103) |

| Profitability/valuation | 12/21 | 12/22 | 12/23 | 12/24E | 12/25E | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|
| EBIT (UBS) margin % | 33.8 | 33.9 | 31.2 | 29.2 | 29.9 | 30.5 | 31.3 | 31.6 |
| ROIC (EBIT) % | 14.0 | 14.0 | 13.1 | 12.6 | 13.1 | 14.4 | 15.8 | 16.7 |
| EV/EBITDA (UBS core) x | 5.9 | 5.6 | 5.5 | 5.7 | 5.6 | 5.0 | 4.8 | 4.7 |
| P/E (UBS, diluted) x | 3.9 | 3.3 | 3.4 | 4.1 | 4.1 | 4.0 | 3.8 | 3.7 |
| Equity FCF (UBS) yield % | 15.7 | 19.0 | 19.7 | 25.4 | 23.6 | 19.8 | 21.8 | (1.5) |
| Dividend yield (net) % | 2.3 | 4.3 | 5.0 | 4.8 | 5.0 | 5.1 | 5.1 | 5.2 |

Source: Company accounts, LSEG Eikon, UBS estimates. Metrics marked as (UBS) have had analyst adjustments applied. Valuations: based on an average share price that year, (E): based on a share price of US$ 10.90 on 06-Feb-2025

---

This report has been prepared by UBS Securities LLC. \* Exception to core rating bands; See page . **ANALYST CERTIFICATION AND REQUIRED DISCLOSURES, INCLUDING INFORMATION ON THE QUANTITATIVE RESEARCH REVIEW PUBLISHED BY UBS, BEGIN ON PAGE 8.** UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

represents ~$180-215m in 2024 revenue (assuming ~50-60% GTN discount on $360m IQVIA gross sales).

**Focus on buyback in 2025, which aligns with investor feedback**

Viatris management has reiterated a balanced 50/50 split between BD and return to shareholders (dividends/share repo) over the next 3-5 years. For 2025, the focus may tilt toward share buybacks, given their view that the stock is currently undervalued. On deleveraging, the company is targeting a debt ratio in the range of 2.8x – 3.2x but does not plan to further lower debt beyond this range.

- We note that we received significant investor pushback on our prior analysis of capital allocation: while we argued for a more heavy-BD focus, most investors we talked to believe that VTRS' 50/25/25 split between BD/dividend/share buyback is the optimal balance.

---

Viatris Inc

**Figure 1: Assessing impact of Indore warning letter on 2025 Outlook - Levothyroxine key impacted product**



Source: IQVIA data

*The statements, findings, conclusions, views, and opinions contained and expressed in this Script/Launch tracker note are based in part on data obtained under the license from the following information service(s): IQVIA, PriceRx, VisibleAlpha. All Rights Reserved*

*The statements, findings, conclusions, views, and opinions contained and expressed herein are not necessarily those of IQVIA Inc. or any of its affiliated or subsidiary entities. Any analysis is independently arrived at by UBS, on the basis of the data and other information.*

# Viatris Inc (VTRS.O)

| Income Statement (US$m) | 12/21 | 12/22 | 12/23 | 12/24E | %ch | 12/25E | %ch | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 17,886 | 16,264 | 15,427 | 14,808 | -4.0 | 14,052 | -5.1 | 14,206 | 14,351 | 14,475 |
| Gross profit | 10,499 | 9,583 | 9,124 | 8,588 | -5.9 | 8,150 | -5.1 | 8,311 | 8,445 | 8,539 |
| EBITDA (UBS) | 6,426 | 5,778 | 5,125 | 4,728 | -7.7 | 4,408 | -6.8 | 4,536 | 4,699 | 4,774 |
| Depreciation & amortisation | (380) | (264) | (306) | (404) | -32.0 | (207) | 48.7 | (203) | (201) | (201) |
| EBIT (UBS) | 6,046 | 5,514 | 4,819 | 4,324 | -10.3 | 4,201 | -2.8 | 4,333 | 4,498 | 4,573 |
| Associates & investment income | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Other non-operating income | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Net interest | (630) | (622) | (513) | (539) | -5.0 | (404) | 24.9 | (363) | (290) | (230) |
| Exceptionals (incl goodwill) | (5,929) | (2,078) | (4,102) | (3,163) | 22.9 | (2,985) | 5.6 | (2,789) | (2,575) | (4,343) |
| Pre-tax profit | (513) | 2,814 | 203 | 622 | 206.1 | 812 | 30.5 | 1,180 | 1,634 | 0 |
| Tax | (738) | (734) | (148) | (100) | 32.8 | (130) | -30.5 | (189) | (261) | (319) |
| Profit after tax | (1,251) | 2,080 | 55 | 523 | NM | 682 | 30.5 | 991 | 1,372 | (319) |
| Preference dividends | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Minorities | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Extraordinary items | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Net earnings (local GAAP) | (1,251) | 2,080 | 55 | 523 | NM | 682 | 30.5 | 991 | 1,372 | (319) |
| Net earnings (UBS) | 4,468 | 4,116 | 3,632 | 3,180 | -12.5 | 3,190 | 0.3 | 3,334 | 3,535 | 3,648 |
| Tax rate (%) | 0.0 | 26.1 | 72.9 | 16.0 | -78.1 | 16.0 | 0.0 | 16.0 | 16.0 | NM |

| Per Share (US$) | 12/21 | 12/22 | 12/23 | 12/24E | %ch | 12/25E | %ch | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|---|---|
| EPS (UBS, diluted) | 3.70 | 3.38 | 3.02 | 2.65 | -12.1 | 2.64 | -0.6 | 2.74 | 2.89 | 2.97 |
| EPS (local GAAP, diluted) | (1.03) | 1.71 | 0.05 | 0.44 | NM | 0.56 | 29.4 | 0.82 | 1.12 | (0.26) |
| EPS (UBS, basic) | 3.70 | 3.40 | 3.03 | 2.67 | -11.9 | 2.64 | -1.1 | 2.74 | 2.89 | 2.97 |
| DPS (net) (US$) | 0.33 | 0.48 | 0.50 | 0.52 | 4.0 | 0.54 | 3.0 | 0.55 | 0.56 | 0.56 |
| Cash EPS (UBS, diluted) [1] | 4.01 | 3.60 | 3.27 | 2.99 | -8.7 | 2.81 | -6.0 | 2.91 | 3.06 | 3.14 |
| Book value per share | 16.94 | 17.37 | 17.05 | 16.74 | -1.9 | 16.75 | 0.1 | 17.00 | 17.56 | 18.35 |
| Average shares (diluted) | 1,209 | 1,217 | 1,204 | 1,200 | -0.4 | 1,210 | 0.9 | 1,216 | 1,222 | 1,227 |

| Balance Sheet (US$m) | 12/21 | 12/22 | 12/23 | 12/24E | %ch | 12/25E | %ch | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash and equivalents | 701 | 1,260 | 992 | 739 | -25.5 | 530 | -28.3 | 1,317 | 1,055 | 3,010 |
| Other current assets | 10,202 | 9,376 | 11,984 | 9,042 | -24.6 | 8,684 | -4.0 | 8,719 | 8,760 | 8,807 |
| Total current assets | 10,903 | 10,635 | 12,976 | 9,781 | -24.6 | 9,214 | -5.8 | 10,036 | 9,816 | 11,817 |
| Net tangible fixed assets | 3,189 | 3,025 | 2,760 | 3,035 | 10.0 | 3,403 | 12.1 | 3,774 | 4,151 | 4,531 |
| Net intangible fixed assets | 26,134 | 22,607 | 19,181 | 16,630 | -13.3 | 13,925 | -16.3 | 11,441 | 9,197 | 7,209 |
| Investments / other assets | 14,617 | 13,755 | 12,769 | 12,769 | 0.0 | 12,769 | 0.0 | 12,769 | 12,769 | 12,769 |
| Total assets | 54,843 | 50,022 | 47,686 | 42,214 | -11.5 | 39,311 | -6.9 | 38,021 | 35,932 | 36,326 |
| Trade payables & other ST liabilities | 8,391 | 6,746 | 7,777 | 5,032 | -35.3 | 4,659 | -7.4 | 4,097 | 3,670 | 3,490 |
| Short term debt | 1,493 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Total current liabilities | 9,884 | 6,746 | 7,777 | 5,032 | -35.3 | 4,659 | -7.4 | 4,097 | 3,670 | 3,490 |
| Long term debt | 19,717 | 18,015 | 16,188 | 13,507 | -16.6 | 11,253 | -16.7 | 9,628 | 7,613 | 7,113 |
| Other long term liabilities | 4,749 | 4,189 | 3,253 | 3,471 | 6.7 | 3,082 | -11.2 | 3,572 | 3,146 | 3,145 |
| Preferred shares | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Total liabilities (incl pref shares) | 34,350 | 28,950 | 27,218 | 22,010 | -19.1 | 18,994 | -13.7 | 17,297 | 14,429 | 13,748 |
| Common s/h equity | 20,493 | 21,072 | 20,467 | 20,204 | -1.3 | 20,317 | 0.6 | 20,724 | 21,503 | 22,577 |
| Minority interests | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Total liabilities & equity | 54,843 | 50,022 | 47,685 | 42,214 | -11.5 | 39,311 | -6.9 | 38,021 | 35,932 | 36,326 |

| Cash Flow (US$m) | 12/21 | 12/22 | 12/23 | 12/24E | %ch | 12/25E | %ch | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|---|---|
| Net income (before pref divs) | (1,251) | 2,080 | 55 | 523 | NM | 682 | 30.5 | 991 | 1,372 | (319) |
| Depreciation & amortisation | 380 | 264 | 306 | 404 | 32.0 | 207 | -48.7 | 203 | 201 | 201 |
| Net change in working capital | (1,805) | (923) | (711) | 197 | - | (16) | - | (597) | (468) | (227) |
| Other operating | 5,693 | 1,532 | 3,150 | 2,272 | -27.9 | 2,306 | 1.5 | 2,124 | 1,916 | 345 |
| Operating cash flow | 3,017 | 2,953 | 2,800 | 3,396 | 21.3 | 3,179 | -6.4 | 2,721 | 3,021 | 0 |
| Tangible capital expenditure | (457) | (406) | (377) | (77) | 79.5 | (91) | -18.1 | (129) | (163) | (194) |
| Intangible capital expenditure | 0 | 0 | 0 | 0 | - | 0 | - | 0 | 0 | 0 |
| Net (acquisitions) & disposals | 277 | 0 | (668) | 0 | - | 0 | - | 0 | 0 | 0 |
| Other investing | 62 | 1,927 | 281 | 0 | - | 0 | - | 0 | 0 | 0 |
| Investing cash flow | (118) | 1,521 | (764) | (77) | 89.9 | (91) | -18.1 | (129) | (163) | (194) |
| Equity dividends paid | (399) | (582) | (576) | (625) | -8.6 | (653) | -4.5 | (670) | (680) | (689) |
| Share issues / (buybacks) | 0 | 0 | (250) | (250) | 0.0 | 0 | - | 0 | 0 | 0 |
| Other financing | (507) | (14) | (226) | 0 | - | 0 | - | 0 | 0 | 0 |
| Change in debt & pref shares | (2,106) | (3,282) | (1,250) | (2,682) | -114.6 | (2,644) | 1.4 | (1,135) | (2,441) | (500) |
| Financing cash flow | (3,012) | (3,878) | (2,302) | (3,558) | -54.5 | (3,297) | 7.3 | (1,805) | (3,120) | (1,190) |
| Cash flow inc/(dec) in cash | (113) | 595 | (266) | (239) | 10.3 | (209) | 12.3 | 787 | (262) | (1,384) |
| FX / non cash items | (35) | (36) | (2) | (14) | NM | 0 | - | 0 | 0 | 3,339 |
| Balance sheet inc/(dec) in cash | (148) | 559 | (268) | (253) | 5.7 | (209) | 17.2 | 787 | (262) | 1,955 |

Source: Company accounts, UBS estimates. (UBS) metrics use reported figures which have been adjusted by UBS analysts. [1] Cash EPS (UBS, diluted) is calculated using UBS net income adding back depreciation and amortization.

# Viatris Inc (VTRS.O)

| Valuation (x) | 12/21 | 12/22 | 12/23 | 12/24E | 12/25E | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|
| P/E (local GAAP, diluted) | NM | 6.5 | NM | 25.0 | 19.3 | 13.4 | 9.7 | NM |
| P/E (UBS, diluted) | 3.9 | 3.3 | 3.4 | 4.1 | 4.1 | 4.0 | 3.8 | 3.7 |
| P/CEPS | 3.6 | 3.1 | 3.1 | 3.6 | 3.9 | 3.7 | 3.6 | 3.5 |
| Equity FCF (UBS) yield % | 15.7 | 19.0 | 19.7 | 25.4 | 23.6 | 19.8 | 21.8 | (1.5) |
| Dividend yield (net) % | 2.3 | 4.3 | 5.0 | 4.8 | 5.0 | 5.1 | 5.1 | 5.2 |
| P/BV | 0.9 | 0.6 | 0.6 | 0.7 | 0.7 | 0.6 | 0.6 | 0.6 |
| EV/revenues (core) | 2.1 | 2.0 | 1.8 | 1.8 | 1.8 | 1.6 | 1.6 | 1.6 |
| EV/EBITDA (UBS core) | 5.9 | 5.6 | 5.5 | 5.7 | 5.6 | 5.0 | 4.8 | 4.7 |
| EV/EBIT (core) | 6.3 | 5.8 | 5.9 | 6.3 | 5.9 | 5.2 | 5.0 | 4.9 |
| EV/OpFCF (core) | 6.3 | 6.0 | 5.9 | 5.8 | 5.8 | 5.1 | 5.0 | 4.9 |
| EV/op. invested capital | 0.9 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |

| Enterprise value (US$m) | 12/21 | 12/22 | 12/23 | 12/24E | 12/25E | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|
| Market cap. | 16,298 | 13,435 | 12,270 | 13,084 | 13,084 | 13,084 | 13,084 | 13,084 |
| Net debt (cash) | 21,595 | 18,632 | 15,976 | 13,982 | 11,745 | 9,517 | 9,517 | 9,517 |
| Buy out of minorities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pension provisions/other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total enterprise value** | **37,892** | **32,067** | **28,245** | **27,066** | **24,830** | **22,601** | **22,601** | **22,601** |
| Non core assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Core enterprise value** | **37,892** | **32,067** | **28,245** | **27,066** | **24,830** | **22,601** | **22,601** | **22,601** |

| Growth (%) | 12/21 | 12/22 | 12/23 | 12/24E | 12/25E | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|
| Revenue | 49.7 | (9.1) | (5.1) | (4.0) | (5.1) | 1.1 | 1.0 | 0.9 |
| EBITDA (UBS) | 75.9 | (10.1) | (11.3) | (7.7) | (6.8) | 2.9 | 3.6 | 1.6 |
| EBIT (UBS) | 79.1 | (8.8) | (12.6) | (10.3) | (2.8) | 3.1 | 3.8 | 1.7 |
| EPS (UBS, diluted) | (6.3) | (8.5) | (10.8) | (12.1) | (0.6) | 4.0 | 5.5 | 2.7 |
| Net DPS | - | 45.6 | 5.0 | 4.0 | 3.0 | 2.0 | 1.0 | 1.0 |

| Margins & Profitability (%) | 12/21 | 12/22 | 12/23 | 12/24E | 12/25E | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|
| Gross profit margin | 58.7 | 58.9 | 59.1 | 58.0 | 58.0 | 58.5 | 58.8 | 59.0 |
| EBITDA margin | 35.9 | 35.5 | 33.2 | 31.9 | 31.4 | 31.9 | 32.7 | 33.0 |
| EBIT (UBS) margin | 33.8 | 33.9 | 31.2 | 29.2 | 29.9 | 30.5 | 31.3 | 31.6 |
| Net earnings (UBS) margin | 25.0 | 25.3 | 23.5 | 21.5 | 22.7 | 23.5 | 24.6 | 25.2 |
| ROIC (EBIT) | 14.0 | 14.0 | 13.1 | 12.6 | 13.1 | 14.4 | 15.8 | 16.7 |
| ROIC post tax | 11.5 | 11.8 | 11.1 | 10.6 | 11.0 | 12.1 | 13.2 | 14.0 |
| ROE (UBS) | 20.6 | 19.8 | 17.5 | 15.6 | 15.7 | 16.2 | 16.7 | 16.6 |

| Capital structure & Coverage (x) | 12/21 | 12/22 | 12/23 | 12/24E | 12/25E | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|
| Net debt / EBITDA | 3.2 | 2.9 | 3.0 | 2.7 | 2.4 | 1.8 | 1.4 | 0.9 |
| Net debt / total equity % | 100.1 | 79.5 | 74.2 | 63.2 | 52.8 | 40.1 | 30.5 | 18.2 |
| Net debt / (net debt + total equity) % | 50.0 | 44.3 | 42.6 | 38.7 | 34.5 | 28.6 | 23.4 | 15.4 |
| Net debt/EV % | 57.0 | 58.1 | 56.6 | 51.7 | 47.3 | 42.1 | 32.9 | 23.6 |
| Capex / depreciation % | - | - | - | - | - | - | - | - |
| Capex / revenue % | 2.6 | 2.5 | 2.4 | 0.5 | 0.7 | 0.9 | 1.1 | 1.3 |
| EBIT / net interest | 9.6 | 8.9 | 9.4 | 8.0 | 10.4 | 11.9 | 15.5 | 19.9 |
| Dividend cover (UBS) | 11.2 | 7.1 | 6.0 | 5.1 | 4.9 | 5.0 | 5.2 | 5.3 |
| Div. payout ratio (UBS) % | 8.9 | 14.1 | 16.7 | 19.7 | 20.5 | 20.1 | 19.2 | 18.9 |

| Revenues by division (US$m) | 12/21 | 12/22 | 12/23 | 12/24E | 12/25E | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|
| Others | 17,886 | 16,264 | 15,427 | 14,808 | 14,052 | 14,206 | 14,351 | 14,475 |
| **Total** | **17,886** | **16,264** | **15,427** | **14,808** | **14,052** | **14,206** | **14,351** | **14,475** |

| EBIT (UBS) by division (US$m) | 12/21 | 12/22 | 12/23 | 12/24E | 12/25E | 12/26E | 12/27E | 12/28E |
|---|---|---|---|---|---|---|---|---|
| Others | 6,046 | 5,514 | 4,819 | 4,324 | 4,201 | 4,333 | 4,498 | 4,573 |
| **Total** | **6,046** | **5,514** | **4,819** | **4,324** | **4,201** | **4,333** | **4,498** | **4,573** |

Source: Company accounts, UBS estimates. (UBS) metrics use reported figures which have been adjusted by UBS analysts.

**Forecast returns**

| Forecast price appreciation | 0.9% |
|---|---|
| Forecast dividend yield | 5.0% |
| Forecast stock return | 5.9% |
| Market return assumption | 9.2% |
| Forecast excess return | -3.3% |

**Company Description**

Viatris is a global generic pharmaceutical company that was formed in 2020 with the merger of legacy Mylan and Pfizer's mature products Upjohn division. Its four key geographies: Developed Markets, Emerging Markets, JANZ (Japan, Australia and New Zealand), and Greater China, accounted for 58%, 18%, 11% and 13% of 2021 revenue, respectively. In early 2022, Viatris announced a spin-off transaction to divest its biosimilar business, and it plans to divest other 'non-core' segments by end-2023.

**Valuation Method and Risk Statement**

Our price target is based on 4.25x P/EPS multiple on our 2025 EPS estimate.

Upside risks include:
1) Significant outperformance of business segments compared to our assumptions
2) Strong dividend growth in the near/medium-term.

Downside risks include:
1) Pipeline failure for internal and/or recently acquired assets
2) Inability to achieve cost savings in the long-run