# EXHIBIT 18

**S&P Global**
Market Intelligence

EXHIBIT
18

# Viatris Inc. NasdaqGS:VTRS

# Company Conference Presentation

## Tuesday, January 14, 2025 4:15 PM GMT

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Case 2:25-cv-00466-MJH    Document 62-18    Filed 12/01/25    Page 3 of 18

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ....................................................................... | 3 |
| Presentation | ....................................................................... | 4 |
| Question and Answer | ....................................................................... | 6 |

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Corinne M. Le Goff**
*Chief Commercial Officer*

**Philippe Martin**
*Chief R&D Officer*

**Scott Andrew Smith**
*CEO & Director*

**Theodora Mistras**
*Chief Financial Officer*

**ANALYSTS**

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research
Division*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

# Presentation

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Good morning, everybody. I'm Chris Schott at JPMorgan, and it's my pleasure to be hosting a fireside chat today with Viatris. From the company, we're going to have a quick presentation from CEO, Scott Smith, and then we're going to have a broader Q&A session with the rest the management team. So with that, over to you, Scott.

**Scott Andrew Smith**
*CEO & Director*

Thank you very much, Chris, and welcome, everybody, and good morning to everybody here and on the webcast. I'm going to be making a couple of comments before we get into the Q&A, which will be the bulk of the presentation. But I just wanted to first show a forward-looking statement and just let everybody know that we will not be commenting on full year 2024 or providing guidance in 2025 during this presentation.

Slide, please. Just for those who aren't familiar with Viatris, just a little snapshot of the company. We are a very strong global, diverse company operating around the world, in the last 12 months, $15 billion in revenue, $4.8 billion in adjusted EBITDA. And $2.4 billion in free cash flow, tremendous financial strength in the company. Not only do we have a strong global Generics business, but we are also home to some of the most iconic brands in the pharma world, the Lipitor, Lyrica, Celebrex, Norvasc, Viagra, many, many very important global brands that we own and we're the home of, which is a very important aspect of our company.

From a geographic perspective, we operate in 165 countries. We have 32,000 employees, we have 26 manufacturing facilities, and we currently commercialize 1,400 approved molecules in 4,400 different SKUs. And I think the most important thing about the company, from my perspective, is every year, we serve approximately 1 billion patients worldwide approximately 1 billion patients take Viatris medication, which gives us, I think, a phenomenal platform for which to affect human health care in a very positive way.

So we're going to talk a little bit about '25 here, but before I want to go through '24, it was an outstanding year for us, full of tremendous accomplishments. And if you don't mind, I'll read the accomplishments because there was a lot of them, and I don't want to miss any of them, Chris.

We returned the base business to growth in '24. We increased our new product revenue to approximately $600 million. We completed our divestitures, we simplified and streamlined the company. We returned close to $1 billion to shareholders in share buybacks and dividends. We paid down our debt to the desired leverage target. We expanded our innovative portfolio and added 3 new products, cenerimod, selatogrel, sotagliflozin. And I think very importantly, we expanded our leadership team and added some new skill sets to the team and you'll see some of those people here at representing Viatris at JPMorgan for the first time.

So very, very excited about where the company is right now as we move into '25, very excited about the company, the foundation, the team we put together and exciting times ahead.

So when I take a look and think about moving it to '25 and beyond, for me, it's a capital allocation story. We are generating sector-leading cash flows, and we intend to use them to build the pipeline and return capital to shareholders, very importantly.

On the BD front, we want to be very disciplined. We want to be focused on in-market or near-market assets that can help us grow our revenues in the short term. And the shareholder return front, we'll continue to deliver on the dividend and we will accelerate share repurchases. I expect share repurchases will be a priority for us in 2025, given where the share price sits today.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I'm very, very proud -- before we go to questions and answers, I'm very, very proud of what's been accomplished, particularly over the last 12, 18 months, the work that's been done to put the company in this position and very, very excited about the future and the future being not just '25, but in the years beyond that. I think the company has been putting great shape to be able to use our sector-leading cash flows to really accelerate value for the company through building a pipeline and returning to shareholders. So with that, that's a little bit of a basic -- so Chris, I'll turn it over to your questions.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Maybe first question, Scott, just you're about two years in the seat as Viatris' CEO. Just as you think about the business that you joined versus the business today, I guess what have been the biggest takeaways positive and negative for the [indiscernible] of the company?

**Scott Andrew Smith**
*CEO & Director*

So I have to say -- so just my -- almost 2 years in the CEO role, my impressions. The first impression is I spent a lot of time in airplane seats traveling around the world. It is a big company and there's people all over the world. It's amazing just how big and diverse this company is. And one of the key initiatives that I had was to try and get around see people really understand the culture, really be there geographically as a leader for the group. And the thing that really impresses me, first and foremost, was the strong dedicated, committed workforce that's out there. There's been a lot of mergers and integrations and divestitures and things and what's been left for that is a core of really tremendous, very skilled, very dedicated employees. So that really hit me.

The other thing that hits me is just the scale and diversity of the company. It's incredible how big we are. 26 manufacturing facilities, for example, operating in 165 countries. Just a really, really big, diverse company with tremendous scale.

The thing that I didn't know about Viatris until I joined was this idea that we service 1 billion patients approximately every year. And that's not just a statistic or a number. It's what, I don't know, 15% of the world's population that will take the Viatris drugs this year, which is just an amazing thing. And it really speaks not only to our capability to be able to manufacture, deliver, commercialize to 1 billion patients. But I think it speaks to our future opportunities and the base that we put together as we bring products in, as we bring new technology and we have a base that's able to deliver to 1 billion patients globally every year.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Great. Divestitures, I know we're a big focus over the last couple of years, but that's now largely out of the way, what's the team's biggest areas of focus right now?

**Scott Andrew Smith**
*CEO & Director*

So moving forward, a lot of work on the divestitures, obviously. And I think it was very, very important for us to do that. We have paid down or will have paid down by the end of the '24 billion, $10 billion in debt, which is just amazing. And then so not doing that anymore, we move into a new era for the company. I think we're really focused on our 3 strategic pillars. And those are continuing to build and support the base business right? It's very, very important that we don't move away from the base business as we're evolving the company. We need to continue to invest in that base business. We need to build the pipeline. And we need to move from this 1% to 2% growth profile to 5%, 6%, 7% growth profile over the next 3 to 5 years.

And so bringing new innovative patent-protected molecules into the pipeline is very important for us, more predictable, sticky revenue streams, those such things. So very important for us to continue to build the pipeline. We want to do it in a disciplined and smart way, though, and returning capital to shareholders through dividends and share repurchases.

And again, you have to be opportunistic with these things. But I think in these early years with the share price where it is, particularly this year, I think we want to lean into share repurchases and return to

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

shareholders a little more while building the pipeline and maybe in a few years, maybe it moves more towards business development. But in the short term, I think we're prioritizing share repurchases.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Right. Maybe one last bigger picture one. Just -- I know, you're not giving formal guidance for 2025. But just headwinds and tailwinds, what are the things we should watch for as we go for this year?

**Scott Andrew Smith**
*CEO & Director*

So headwinds and tailwinds. So just 1 thing, and I'll let Doretta take on the headwinds and tailwinds from a finance perspective. One of the things that was announced was an Import Alert from our facility in Indore, and she will address that, I think, a little bit as a headwind for us. And I just wanted to say before she gets into the headwinds and tailwinds. So we take it very seriously. The Indore facility is 1 of 26 manufacturing facilities. It's an important facility within our global network. It's focused on oral solid doses. The Warning Letter and Import Alert are a result of an inspection which happened about 8 months ago. And we're in close communication with the FDA and receiving initial FDA feedback some months ago. We -- when we got that feedback, we agreed to immediate remediation at that time of the issues that they had.

And the Import Alert involves 11 products in the U.S., however, 4 products of the 11 are on an exempt list, and we're in active discussions with the FDA to add more products to that exempt list. So that was one of the things and Doretta go into it a little bit more to provide a little bit of headwind for us as we move into 2025.

**Theodora Mistras**
*Chief Financial Officer*

Yes. Just to give some additional color regarding our headwinds and our tailwinds. There are some pushes and pulls as to consider as we think about 2025. From a tailwind perspective, we currently expect strong performance from Europe and China, contributions from our Complex Generics portfolio as well as our broad portfolio of new product launches are expected to contribute somewhere between $450 million and $550 million of new product revenue next year.

From a headwind perspective, as Scott mentioned, specifically with respect to Indore, currently, we're having ongoing discussions, both with the FDA as well as current customers. And so we're not in a position right now to disclose specific products, and we're continuing to assess the potential impact from Indore and lastly, just from a headwind perspective, we're continuing to monitor just given the strength of the U.S. dollar FX across our key currencies. About 70% of our business is outside of the U.S. And just to give some perspective, if you were to apply '24 rates to -- the spot rates to kind of the average rate over '24, that would have had a 2% to 3% impact to our '24, just to give some connection.

And so we plan, ultimately, intention is when we kind of consistent with historical precedent to provide our outlook when we give Q4 results and guidance end of February, early March.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

I know the specific products aren't disclosed and you're still working on it. Just any -- just to quantify just how big is this facility from a revenue perspective?

**Theodora Mistras**
*Chief Financial Officer*

So as Scott -- it's 1 of 26 facilities. It's an oral dose manufacturing facility. It services our network across the world. So it's a global facility for us as it relates to Indore.

**Christopher Thomas Schott**

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*JPMorgan Chase & Co, Research Division*

Okay. Great. Maybe pivoting over to capital allocation. I know you've talked about share repo or capital allocation skewing more towards repo and '25, which I know has been a topic of conversation we've had over last a little bit here. Can you just maybe first talk about the capacity you have for capital return in 2025? And how heavily weighted should we think about that capital returns as we think about share repo versus BD as an example?

**Scott Andrew Smith**
*CEO & Director*

Yes. So I think in terms of what the capacity is we've talked in the past that once we get through -- once we get through taking down the debt, once we get through onetime costs and things, we were talking at $2.3 billion in free cash flow on a yearly basis. And again, we're not guiding to what '25 looks like, but that's what we've talked about publicly around that area, excluding onetime costs. And so now that we're not paying down debt, that capital is available to us to be able to deploy business development and for share repurchases and paying the dividend, right? It's very, very important for us.

So having that capital to be used more productively as we move into '25 and beyond is a really important principle for the company and something I think that's very attractive for us moving forward here, a lot of that chopping wood and hard work and block and tackling done. Now we can be more future-facing and more productive with our capital.

In terms of the 50-50, it's funny. This is one of the questions that I that I get asked most often that there's a number out there 50-50. And when I think of the 50-50, I think about -- over a 3- to 5-year period from now, if we say 5 years, you could be talking about something like $10 billion, 12 billion in free cash flow, and we're going to try and do relatively equal amounts of return to shareholders and business development. In any 1 year, you need to be opportunistic, I think, if the share price is low, you lean into share repurchases. If the share price gets a little more frothy and there's good opportunities to build the pipeline that you maybe lean into business development.

So not every year is going to be exactly 50-50. We need to be opportunistic to operate the business in a strong, productive way. But I think over a period of time, we want to deploy that capital relatively evenly between those 2 things.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

But in terms of '25, your focus seems like it's skewing more towards share repurchase.

**Scott Andrew Smith**
*CEO & Director*

I think so based on where the share price is and based on a lot of work that we've done on BD and understanding the opportunities and based on where the company is I think that 25% should be skewed more towards share repurchase, I believe, yes...

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

I guess the question is on deleveraging end of 3Q, I think you said you were down to about 3x by year-end. How should we think about where leverage goes from here? So I was thinking about potential BD would you everything to bring that leverage back up? Conversely, is there a view that 2x is the right number? I'm just trying to get a sense like where directionally you think the right place for Viatris is?

**Scott Andrew Smith**
*CEO & Director*

So I think what we stated in the past and I'm fully supportive of is getting to 3x -- approximately operating between 2.8x and 3.2x somewhere in there. We don't plan to relever, hit 3x at relever we don't

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

plan to heavily pay down debt more than 3x at this point in time. I think 3 and operating between that 2.8x, 3.2x is the right place for us to be. It puts us in a good position.

In terms of doing something transformational, something bigger, something that would really change the company. From my perspective, that's not part of the base plan. The base plan is looking at business development, which is incremental that we can leverage the existing infrastructure that we have that is either in-market or near-market. That's our real focus. That being said, right, if there's transformational deals, which can be very helpful to us, which can be accretive, which bring good value to the company, to shareholders, we would certainly look at that. But at this point in time, that's not part of our core plan for sure.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

And as you think about the type of deals, I think you mentioned, it seems like near term, contributing to growth is a priority. Is that fair to say?

**Scott Andrew Smith**
*CEO & Director*

Absolutely. We've got a couple of products which should read out either in '26 or '27 in terms of selatogrel and cenerimod, which could be major drivers of revenue in the future. We can also -- we see some things in the pipeline from a Complex Generic perspective and others that could really drive future growth. And I think what we want to do is start to bring that forward, really start to accelerate growth in the short term, try and turn the near term into revenue growth higher than the sort of 1% to 2% that we've seen from the base business so far.

So my focus -- and again, you look at everything -- and if there was a tremendous opportunity to bring in that fit our capital allocation plan, that was a little bit longer term, we would think about it, but my focus is on in-market or near-market things to drive revenue.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Great. And then maybe just talk a little bit about therapeutic verticals in terms of areas of focus. I think you've talked about eye, derm, GI being areas. Are those still really the categories to think about? Or should we think without broadening out over time?

**Scott Andrew Smith**
*CEO & Director*

So those are 3 good categories for us, right? I mean I think there's good opportunities within them. We've made some investments in ophthalmology. We look at GI and derm opportunities as well. We've taken a couple of derm opportunities very far down the road in terms of assessment of things. I will say, however, I think we should be a little more opportunistic than just looking at those, right? To me, the important thing is, can we find cornerstone assets that we can build on that can generate revenue -- sticky long-term revenue that fit that we can leverage this great organization we have. To me, that's the most important thing. The cornerstone asset is more important than therapeutic focus my perspective.

And as we talked about a couple of times, we have 1,400 approved molecules in the company, which means we're probably in every therapeutic area known to man, right? So we do have infrastructure somewhere in some of it. So although we do have a focus on those 3 areas, I'm open-minded to be opportunistic beyond that.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Great. And then just talk about the landscape for BD right now? How competitive is it? Are you seeing interesting assets out there? Just give some flavor of the...

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Scott Andrew Smith**
*CEO & Director*

Yes. I mean I think if I think about I've spent time in big pharma and big biotech and small biotech. And here, if I think about the last 10 years, I think sort of the last 2 years of that 10-year period, have been maybe -- I've seen more assets available and good assets available than in the prior years. I think it's a very asset-rich environment right now. You see a little bit of a capital starved world from the biotech perspective, particularly '21, '22, '23. There's a lot of companies out there with interesting assets that have been able to advance them through clinical development, get them near-market approved or filed and can see the way to potentially commercializing in the U.S. maybe, maybe with a partner, maybe alone, but certainly don't have the capacity and the capital to be able to commercialize on a global basis.

So it seems like there's a lot of interesting assets out there that fit what we do, right? And I think where we're a little bit different than, say, a big pharma company or a small biotech. We've got the infrastructure. We've got the infrastructure of big pharma. And yet -- I'm very interested in doing BD deals that could be $500 million, $1 billion at peak where there's not a lot of competition for those, and we can put together 3, 4 or 5 of those, I think that would be very, very helpful for us.

And so we're looking at a little bit different size and a little bit different type of asset. We're more than willing to work with partners in a constructive way, which works for them and works for us together. And so I think we've got great opportunities to be able to build the pipeline over time. I don't feel pressure to do any kind of deal now. The company is in good shape. We want to be disciplined. We want to be smart in how we do it. We want to find good assets that we can leverage and bring in and build the pipeline, but we also are taking our eye off the ball of capital allocation, share repurchases, dividend and other things.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Great. Maybe just pivoting to the fundamental business. Just in terms of I guess, new launches for 2025. What's on the horizon there? What should we be focused on?

**Philippe Martin**
*Chief R&D Officer*

So let me start just by saying that 2024, as Scott mentioned, was a great year for Viatris R&D in terms of new product revenue...

**Scott Andrew Smith**
*CEO & Director*

Before you start, can I ask you to introduce yourself -- some people -- People may not know who you are...

**Philippe Martin**
*Chief R&D Officer*

Philippe Martin, I'm the Chief R&D Officer for Viatris. So yes, so 2024 was very strong. We were able to exceed our target range in terms of new product revenue, but also in terms of the number of submissions we were able to do over the -- in 2024.

For 2025, we have very good line of sight on the portfolio. We certainly believe that will be within that $450 million to $550 million in terms of new product revenue, and that will be also, again, this year, be able to file over 100 submissions. In terms of what we're particularly excited from a launch standpoint, we have a number of complex generics that we believe we'll be able to launch this year. These are liraglutide, iron sucrose, octreotide and glucagon that I think we're particularly excited about launching in 2025.

**Scott Andrew Smith**
*CEO & Director*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Just to comment on that. I mean, every year since the inception of the company, we've been able to deliver that $450 million to $550 million in new product revenue. I think it was at one of the highest rates in '24 I think we were guiding to around $600 million in new product revenue. And so regardless of what the individual product set is in any 1 year, we've got the machinery and the ability to continue to find $450 million, $550 million in new revenue every year.

And so that's where we get, and we're losing because of the age of the portfolio and some price erosion, losing $300 million a year kind of thing, which gives us that sustainable 1% to 2% growth profile in the base business over a period of time.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

And question up on those generic launches, just line of sight in terms of your confidence that those are kind of achievable this year?

**Philippe Martin**
*Chief R&D Officer*

Yes, we're very confident. We believe we're at the end of the negotiation -- the conversation with the agency. And so we feel that we'll be able to launch all of them this year.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Yes. Great. Other one is just on Idorsia and some of the assets there. Can you just get an update in terms of latest thinking in terms of maybe timelines around the Phase III readouts and just how you're thinking about the commercial opportunities for those products?

**Philippe Martin**
*Chief R&D Officer*

Yes. Before we go to Idorsia, maybe I just want to highlight the fact that we have a number of Phase III readouts as part of our innovative portfolio, that will be coming in the first half of the year. We're talking about our eye care franchise where we have 3 products that will read out Phase III in the first half, meloxicam in acute pain. We have 1 -- we have 2 Phase III trials, 1 read out very late last year. We have the data in-house. The second trial will be getting the data in the first half as well, and we'll be communicating about that at that point in time, but we are very excited about that asset. And then Xulane Low Dose using our transdermal technology for contraception that we'll get the data in the first half as well.

So those, I think, are important assets, but switching to selatogrel. Selatogrel, the clinical trials are ongoing. As you know, our SOS-AMI Phase III study, which has fast track designation and the trial is really going well. There's a lot of momentum being behind it. I think what we are seeing is that people are very excited about the study around the world, not just in the U.S. And that, I think, speaks to the very high level of unmet need that we have for the emergency treatment of acute MI.

So we believe we'll have enrollment done by 2026. It could be faster. We've initiated and we believe we'll have about over 900 sites enrolling in 2025. So as we get closer to 2026, I think we'll give you an update on those timelines. But as of now, we're sticking to what we've communicated in the past.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

And talk a little bit about the market development of that once we have the data. How do you think about that -- the size of the opportunity and how quickly it can evolve?

**Philippe Martin**
*Chief R&D Officer*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Right. So I think it's -- you have a very high unmet need, which is in the time between the time the patient has a recurring MI and the time the patient gets to the hospital. We have the golden hour, which -- if the patient can be treated at that point in time, which is currently not the case, you can save muscle and you can save patients from further damage from long stay in the hospital and so on and so forth.

So I think there's really nothing right now that addresses that period of time and no competition, nothing of that nature. So we believe that it's a pretty straight forward case that we can make for selatogrel at this point. I don't know if Corinne, you want to add anything commercially to it?

**Corinne M. Le Goff**
*Chief Commercial Officer*

No, yes. I'm Corinne Le Goff, Chief Commercial Officer. Yes. So I mean, selatogrel is very exciting because as Philippe mentioned, this is an area where in this period of time for the patient, which is so crucial to avoid complications and -- costly complication to the health care systems, there is absolutely nothing. So we are pretty bullish about it, about the potential of this product going forward. And we think first mechanism of action is a proven one, but we'll feel like a number of patients will be able to benefit from it.

**Scott Andrew Smith**
*CEO & Director*

And I couldn't be more excited personally about that particular program, not only the high number of patients that could benefit tremendous unmet medical need, real change in the paradigm of treating patients with acute MI really fits what we do our ethos as a company. And I don't think there's any company in the world that's better positioned to be able to commercialize and deliver injectable life-saving medication to patients as we've done for many, many years.

So I think this will be -- if the studies become positive. I hope this could be a tremendous asset in our portfolio and be a real driver, not only of revenue growth, but strategically and what we do in our position in the world.

**Philippe Martin**
*Chief R&D Officer*

So if I could add 1 last thing. I think there were questions about how is the trial -- are the assumptions that we used to build that trial really happening now that we have thousands of patients in the trial. I think what we've learned is that patients are able to self-inject, they're able to self-inject at the right time, which is critical within 30 hours -- 30 minutes or so of the MI symptoms. And that what we've also learned because we've had 9 -- safety committee that the drug is very well tolerated at this point in time, right? So I think the trial is really developing in a way we thought it would, and our assumptions are panning out at this point.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Great. One of the, I guess, on the maybe more generic side or kind of brand generic side, GLP-1s, I think there's been a kind of discussion of what role a company like Viatris could play in that market. So can you just talk about -- as we think about some of these products starting to come off patent over time, like how are you thinking about that opportunity? How are you investing around that?

**Philippe Martin**
*Chief R&D Officer*

Yes. So we think it is a very important opportunity for us going forward. I think we are in the final stages of finalizing our strategy, and we'll be sharing it more broadly once that's done, but I can -- I can summarize where we are today. I think we're going forward with a generic approach to it. But we're also looking at 505(b)(2) strategy in terms of like once monthly tirzepatide or once monthly semaglutide. And then we'll also be looking at whether there's a play for us in a more innovative standpoint, but that is the last piece we need to put together.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

In terms of our ability to compete, we've made significant investment already in our own infrastructure. And we've also been able to leverage all the network that we have in terms of manufacturing. So we think we have the capacity to be able to supply the market -- the generic market that we're looking for. And we think it's going to be a significant opportunity for us in the near future.

**Scott Andrew Smith**
*CEO & Director*

As a company, I think we are uniquely positioned to be able to participate in this market long term. With our injectable competence and the expertise we have there, the distribution networks, our global commercialization networks, I think we're uniquely positioned to be able to be a long-term player in the GLP-1 and obesity marketplaces here.

And what we want to do is we want to be able to present to people comprehensive global strategy, which products, which indications, which geographies. It's a complex area, there's a lot of protections out there, but there's also a ton of opportunities long term in the space. And so we want to deliver a comprehensive global plan on how to handle GLP-1s. And I also think of all the companies out there we're uniquely positioned to be able to be very strong players long term in this market.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Can I just ask about the device component of that? That seems to be one of the particular bottleneck. Just your confidence about -- is there an opportunity just to go with needle vial in some of these spaces? Or do you think you need an auto-injector?

**Philippe Martin**
*Chief R&D Officer*

Well, we're going after every device. We have a very strong device team that over the years, developed with EpiPen. And so we currently are deciding -- have decided that we'll develop each and every device that is available. And then as we get closer to launch, depending on what's left on the market because it's -- it's a quickly evolving environment. So we will need to adapt at that point. But right now, we're giving -- the point is to give ourselves as much -- as many options as possible and then we'll react to the market once it's time to do that, right?

**Scott Andrew Smith**
*CEO & Director*

Yes. And I think that's one of the things that actually puts us in a unique position here is our capabilities and our experience in devices and being able to marry the 2 -- marry the ability to manufacture to source, distribute to work on self-injected, auto-injectors of all different kinds. I think that's where we have all the components to be long-term major players here.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Great. Maybe just a bigger picture question on the generic market as a whole. I would love to just get your views on how you're thinking about that market, stability of the market, maybe particularly U.S.? Any observations you'd share there, I guess?

**Corinne M. Le Goff**
*Chief Commercial Officer*

So maybe I can start here. What we are seeing in terms of pricing environment in the U.S. is relative stability. We've been seeing this over the last few quarters and a couple of years. And at least across our portfolio of products. And we believe that, first, our focus on new product launches, as Philippe mentioned, continuity of supply, but also the portfolio mix, right, because we have shifted towards more complex generics, and this environment kind of shield us to more competitive pricing pressure with the more simple generics oral molecules.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So we believe that in '25 for this year will experience the same kind of stability that we have been experiencing. That's our assumption. Of course, you cannot predict any kind of volatility that would be due to any government actions or other macroeconomic environment related to the retail pharmacy sector, for instance. But we are quite confident about the stability of the drug prices in the U.S.

**Theodora Mistras**
*Chief Financial Officer*

Yes. And just to Corinne point, if you look at the evolution of our portfolio and the investments that we've made in Complex Generics, kind of core U.S. generics for us, it's about 10% to 12% of our overall portfolio. So it's not a kind of -- we've diversified our business, both outside of the U.S. and within Generics by moving up the value chain.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Perfect. Maybe just 1 specific generic product. Generic Revlimid, how big of a tailwind has that been for you? And do we have to think about that as a headwind at some point as we look out to 2026 and beyond?

**Corinne M. Le Goff**
*Chief Commercial Officer*

So generic Revlimid has been like a stable component of our generic portfolio. That being said, the growth that we're experiencing in our direct portfolio comes from our complex generics like Breyna or Wixela. And we anticipate that, as you know, the generic market will become fully generic by -- in 2026, right? So that's our forecast.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Yes. Okay. I guess with China, just latest thoughts on what you're seeing in the market therein. There's obviously been some economic weakness. I'm just wondering, is that having impact on any parts of your business? And just how do you think about the growth outlook for that segment of the portfolio.

**Corinne M. Le Goff**
*Chief Commercial Officer*

So we are very pleased with our performance in '24 for our Greater China region. What we are seeing is that the increase of elderly population that is now demanding high-quality health care, and we are very well positioned to serve this category of patients, specifically because we have a portfolio of what we call our iconic brands that have strong equity, notably in cardiovascular, so addressing chronic cardiovascular conditions. So products like Lipitor, Norvasc and we see good demand for these products.

So strong portfolio, but also I want to mention that we have a significant commercial presence in China, a very senior and savvy leadership team over there. We spent like -- we've traveled together as a management team there recently, quite impressed with what we saw. And our investments in the region our commercial infrastructure gives us the possibility to really have the reach that we need, right, to get to the volumes and to address the broader population across the region.

**Scott Andrew Smith**
*CEO & Director*

And just to reinforce, I mean, I think Corinne said it very, very well. But I've spent a lot of time in China over the last 18 months, and we as a team have been there. Very, very pleased with the strong team we have in China particularly on the commercial side. We're building a pipeline to be able to utilize that commercial infrastructure in China. It's an important geography for us. China is an interesting market. I first started working in China in the mid-1990s, built a plant and had a sales force in China. So I've been involved with it for a long period of time.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And there's always periods of volatility you see in China, right, from a policy perspective, which gets sort of unequally applied by provinces and things. So it can be -- can be a difficult environment to operate in with full clarity, but I think and I see our group being very strong, there's long-term growth potential there for us. We're building a pipeline, even though you get some policy volatility, I think what you see is you see an aging population in China with disposable income that wants high-quality health care. I think there's nothing but upside for the Chinese market from a demographic perspective. Policy can be a bit unpredictable. But certainly, I think long term, it can be a very, very strong opportunity. And again, I think we're uniquely positioned to be able to participate in that marketplace given the size and effectiveness of our organization there.

**Corinne M. Le Goff**
*Chief Commercial Officer*

And also, if I may add, in terms of how we manage the volatility of the policy environment, we've been doing this now for a few years. But important note is that 95% of our portfolio has been through VBP already.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Excellent. Maybe just a couple of financial questions over the last few minutes here. Just maybe first -- first of all, 2024, just any comments you'd make in terms of how years wrapping up anything you'd highlight to investors to think about?

**Theodora Mistras**
*Chief Financial Officer*

And it's still January. So we're still in the process of wrapping up the fourth quarter. But I would say, overall, we're very proud of what we've accomplished over the course of 2024. But as of Q3, Q3 represented the sixth straight quarter of operational revenue growth. We closed our divestitures. As Scott mentioned, we paid close to $4 billion of debt down this year. And we added 3 patent-protected innovative pipeline assets to our portfolio.

We did mention on our Q3 call some normal kind of trends to expect in the fourth quarter, specifically around just some normal seasonality associated with mix and phasing specifically around developed markets in China and a kind of anticipated step down in margins, just given mix and product impacting gross margins as well as just the cadence of our SG&A spend, but that is consistent with what we've talked about on our Q3 call.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Okay. Great. And then just any initial color on expectations for EBITDA as we go into this year. I know there's obviously been some divestitures you have to annualize, but just any other moving pieces we should kind of think about for EBITDA?

**Theodora Mistras**
*Chief Financial Officer*

Yes. And we've -- to your point, just given the cadence of divestitures that we closed over the course of '24, we're in the process of taking out the annualized impact of that, and we will provide that kind of baseline as we think about guidance in 2025. It's premature at this point to talk about specifically '25, just given some of the puts and takes we've talked about in the ongoing discussions, but we do anticipate providing that color when we provide earnings in late February and early March.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And just anything with that guidance now that we're past the divestitures, what should we think about for Viatris in terms of the way you're going to approach guidance. Like will we be getting longer-term targets, will just be a 1-year outlook. How do you think about guidance framework for the company going forward?

**Theodora Mistras**
*Chief Financial Officer*

Yes. We're currently evaluating the approach, we're anticipating giving 2025 guidance, and we're thinking through things around the potential to give longer-term guidance as well.

**Scott Andrew Smith**
*CEO & Director*

Yes. It's something that we actively discuss as a group. And I think at some point, there has been a lot of moving parts, divestiture, other things, and we want to make sure we've got that base right and then we want to be able to project off that going forward. And certainly, we discussed the idea of long-term guidance, and we could do that as early as February or March in that meeting where if we don't feel exactly the right, then we can push that off a little bit. But certainly, in the relatively short term, I believe we're going to want to start to talk more about the 3- to 5-year outlook for the company. We've got growth assets coming in, launching potentially in '27. We've got money to build the pipeline over time and build some revenue. So I think we want to be able to project and give a good view of what the long-term 3- to 5-year health of the company is going forward.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Excellent. Well, I think we're just out of time. Thank you so much for the comments today, and thanks for joining.

**Scott Andrew Smith**
*CEO & Director*
Thank you, Chris, and thank you, everybody, for your attention.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**VIATRIS INC. COMPANY CONFERENCE PRESENTATION |  JAN 14, 2025**

Copyright © 2025 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2025 S&P Global Market Intelligence.