# EXHIBIT 20

EXHIBIT
20



An official website of the United States government Here's how you know ⌄

**FDA** **U.S. FOOD & DRUG**
ADMINISTRATION

🔍 Search    ☰ Menu

← Home  /  Drug Databases  /  Drug Shortages

# FDA Drug Shortages

f Share    Tweet    in Linkedin    ✉ Email    🖨 Print

## Current and Resolved Drug Shortages and Discontinuations Reported to FDA

Report a Drug Shortage | FAQ | Background Info | Get Email Alerts | Download Current Drug Shortages | Contact Us

Search by Generic Name or Active Ingredient: [Enter at least three characters]    [Submit]

**Start Over**

| **Results for: levothyroxine** |
|---|
| • Levothyroxine Sodium Tablet (*Discontinuation*) |

| FDA Archive | Visitor Information | FOIA |
|---|---|---|
| About FDA | Website Policies / Privacy | HHS.gov |
| Accessibility | No FEAR Act | USA.gov |
| | Vulnerability Disclosure Policy | |

Contact FDA  f  🐦  ▶  📶         **FDA**         📞 1-888-INFO-FDA (1-888-463-6332)

-2-



An official website of the United States government Here's how you know ⌄

**FDA** U.S. FOOD & DRUG
ADMINISTRATION
🔍 Search    ☰ Menu

← Home  /  Drug Databases  /  Drug Shortages

# FDA Drug Shortages

[ f Share ]  [ 🐦 Tweet ]  [ in Linkedin ]  [ ✉ Email ]  [ 🖨 Print ]

## Current and Resolved Drug Shortages and Discontinuations Reported to FDA

Report a Drug Shortage | FAQ | Background Info | Get Email Alerts | Download Current Drug Shortages | Contact Us

**Search by Generic Name or Active Ingredient:** [ Enter at least three characters ] [ Submit ]

**Start Over**

| Results for: fingolimod |
| --- |
| There are no results for your seach. |

**Tips:**
- If you are not sure of the spelling, try the **A-Z Index**.
- If you searched a brand name, try the generic name or active ingredient.
- Your drug may not be in this Drug Shortages database.

| FDA Archive | Visitor Information | FOIA |
| --- | --- | --- |
| About FDA | Website Policies / Privacy | HHS.gov |
| Accessibility | No FEAR Act | USA.gov |
| | Vulnerability Disclosure Policy | |

[ Contact FDA ]  f  🐦  ▶  🔊          **FDA**          📞 1-888-INFO-FDA (1-888-463-6332)

-2-



-4-





← Home  /  Drug Databases  /  Drug Shortages

# FDA Drug Shortages

f Share      Tweet      in Linkedin      ✉ Email      🖨 Print

## Current and Resolved Drug Shortages and Discontinuations Reported to FDA

Report a Drug Shortage | FAQ | Background Info | Get Email Alerts | Download Current Drug Shortages | Contact Us

Search by Generic Name or Active Ingredient: [Enter at least three characters]  [Submit]

**Start Over**

| Results for: metformin hydrochloride |
|---|
| There are no results for your seach.<br><br>**Tips:**<br>• If you are not sure of the spelling, try the **A-Z Index**.<br>• If you searched a brand name, try the generic name or active ingredient.<br>• Your drug may not be in this Drug Shortages database. |



| | | |
|---|---|---|
| FDA Archive | Visitor Information | FOIA |
| About FDA | Website Policies / Privacy | HHS.gov |
| Accessibility | No FEAR Act | USA.gov |
| | Vulnerability Disclosure Policy | |

Contact FDA   f  🐦  ▶  🔗          FDA          📞 1-888-INFO-FDA (1-888-463-6332)