# EXHIBIT 21

EXHIBIT
21



-2-



-3-



-4-

