# EXHIBIT 22

**EXHIBIT 22**

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Smith Scott Andrew | Viatris Inc [ VTRS ] | X  Director        10% Owner |
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Officer (give title below)    Other (specify below) |
| 1000 MYLAN BOULEVARD | 03/03/2024 | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| CANONSBURG      PA      15317 | | X  Form filed by One Reporting Person |
| (City)      (State)      (Zip) | | ☐  Form filed by More than One Reporting Person |

3. Rule 10b5-1(c) Transaction Indication

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/03/2024 | | M | | 135,829 | A | $0.00 | 135,829 | D | |
| Common Stock | 03/03/2024 | | F | | 53,449[1] | D | $12.59 | 82,380 | D | |
| Common Stock | 03/03/2024 | | M | | 4,898[2] | A | $0.00 | 87,278 | D | |
| Common Stock | 03/03/2024 | | F | | 1,928[3] | D | $12.59 | 85,350 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | $0.00 | 03/03/2024 | | M | | | 135,829 | [4] | [4] | Common Stock | 135,829 | $0.00 | 271,656 | D | |
| Dividend Equivalent Units | $0.00 | 03/03/2024 | | M | | | 4,897.2647[5] | [6] | [6] | Common Stock | 4,897.2647 | $0.00 | 9,794[5] | D | |
| Restricted Stock Units | $0.00 | 03/04/2024 | | A | | 277,509 | | [7] | [7] | Common Stock | 277,509 | $0.00 | 277,509 | D | |

**Explanation of Responses:**

1. Represents withholding of shares of common stock for the tax liability associated with the vesting and settlement of a portion of the restricted stock units (RSUs) granted on April 1, 2023.
2. Fractional shares have been rounded up in connection with the settlement described in footnote 6 pursuant to the terms of the RSU award agreement under the Viatris Inc. 2020 Stock Incentive Plan.
3. Represents withholding of shares of common stock for the tax liability associated with the vesting and settlement of a portion of the dividend equivalent units (DEUs) that accrued with respect to the RSUs previously granted on April 1, 2023.
4. Each RSU represents the right to receive one share of common stock of Viatris Inc. (Viatris). 135,829 of the RSUs granted on April 1, 2023 vested on March 3, 2024, and 135,828 will vest on each of March 3, 2025 and March 3, 2026.
5. Amount represents DEUs that accrued with respect to such RSUs in transactions exempt from Section 16 under Rule 16a-11.
6. Represents DEUs that accrued with respect to the RSUs previously granted on April 1, 2023 and vest on the same schedule as the underlying RSUs.

7. Each RSU represents the right to receive one share of common stock of Viatris. The RSUs vest in three equal annual installments beginning on March 4, 2025.

<u>/s/ Kevin Macikowski, by power of attorney</u>   <u>03/05/2024</u>

** Signature of Reporting Person      Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**