# EXHIBIT 25

**EXHIBIT 25**

# PIPER | SANDLER

COMPANY NOTE
March 4, 2025

## Viatris, Inc. (VTRS) — Neutral

### Model Update Post-4Q, And Takeaways From Recent Management Dinner

### CONCLUSION

We recently hosted a dinner with Viatris senior leadership and investors, and came away with a better understanding of the company's challenges out of its manufacturing facility in Indore, India. Taking a step back, though it would be tempting to assert that VTRS shares are now trading at an attractive risk/reward profile at an EV/2025E EBITDA of ~6x and in the context of what in our view are resolvable manufacturing issues, it would be equally tempting to assert that the lack of visibility into a clear growth catalyst (e.g., an innovative brand asset(s) bearing fruit; a clear growth inflection for the U.S. generics business) could translate into the shares trading sideways for the foreseeable future. That backdrop informs our continued cautious stance on VTRS. We reiterate our Neutral rating and lower our PT to $10 from $14 (tweaking our valuation methodology here; see below for details).

- **A review of the details of the Indore warning letter.** Recall the warning letter and import alert impacts 11 products distributed in the U.S. (refer to our 2/27/25 note for more details). Management noted there were 6 items on the Form 483 following FDA inspection, and further characterized 4 of these as straightforward in terms of ease of resolution (e.g., cleaning of ducts). VTRS characterized the remaining 2 items as more challenging; these were related to packaging for blister packs and the cadence of testing of certain materials being produced not being up to standard operating procedure. In terms of timing of FDA re-inspection, it is not yet clear if this will be a 4Q25 or 1Q26 event.

- **An additional word on the Revlimid generic.** Given the importance of the product to the U.S. generics business, it would be fair to question why management did not disclose that the Revlimid generic would be impacted when it received the warning letter last December. The simple answer here was that there was some degree of uncertainty regarding whether the generic would be part of any product exceptions to the import alert granted by the FDA. Looking ahead, management is exploring a potential alternate supply source, but it was candid about not getting its hopes up here (to be fair here, with the flood of additional Revlimid generics in 2026, VTRS' product was essentially going away after this year to begin with, rendering any impact from Indore that spills into 2026 as far less consequential relative to 2025).

- **Keeping an eye on an additional facility in India that was inspected by the FDA last year.** Recall that there were 3 VTRS facilities inspected in 2024: the Indore facility; a facility in Carole Park, Australia (clean inspection); and another in Nashik, India on which management is awaiting feedback. Management noted that the Nashik facility is significantly less consequential to the overall business relative to the Indore facility. More specifically, VTRS cited revenue contribution of less than $150M out of Nashik, all consisting of lower-margin oral solid generics.

### RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Risks include better than expected performance from established brands.

### COMPANY DESCRIPTION

Viatris is focused primarily on established brands and generics.

---

**PRICE: US$9.33**
**TARGET: US$10.00**
6x EV/2026E EBITDA of $4,358M (assuming cash of $735M, debt of $14,047M, and ~1,203M shares outstanding), discounted by 12% for 1 year

**David Amsellem**
Sr. Research Analyst, Piper Sandler & Co.
212 284-9455, david.amsellem@psc.com

**Alex von Riesemann**
Research Analyst, Piper Sandler & Co.
212 284-9513, alex.vonriesemann@psc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Neutral |
| Price Tgt | US$14.00 | US$10.00 |
| FY25E Rev (mil) | US$14,355.9 | US$13,889.9 |
| FY26E Rev (mil) | — | US$14,173.9 |
| FY25E EPS | US$2.54 | US$2.20 |
| FY26E EPS | — | US$2.43 |

| | |
|---|---|
| 52-Week High / Low | US$13.55 / US$8.77 |
| Shares Out (mil) | 1,203.0 |
| Market Cap. (mil) | US$11,224.0 |
| Avg Daily Vol (000) | 10,335 |
| Div Yield | 0.00% |
| Fiscal Year End | Dec |

**Price Performance - 1 Year**



*Source: Bloomberg*

---

| YEAR | REVENUE (US$ m) | | | | | | EARNINGS PER SHARE (US$) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY | FY P/E |
| 2024A | 3,663.3 | 3,796.6 | 3,751.2 | 3,528.1 | 14,739.2 | 0.8x | 0.67 | 0.69 | 0.75 | 0.54 | 2.65 | 3.5x |
| 2025E | 3,540.5 | 3,545.2 | 3,506.5 | 3,297.5 | 13,889.9 | 0.8x | 0.56 | 0.55 | 0.56 | 0.53 | 2.20 | 4.2x |
| 2026E | 3,572.8 | 3,615.0 | 3,594.0 | 3,391.8 | 14,173.9 | 0.8x | 0.60 | 0.61 | 0.63 | 0.58 | 2.43 | 3.8x |

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 8 - 9 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

**PIPER | SANDLER**

Exhibit 1

## 4Q24: Actuals versus PSC and Consensus Estimates

| $ in millions, except per share | Actual | PSC Estimates |
|---|---|---|
| *Revenue* | | |
| **Developed Markets Segment** | **$2,146.1** | **$2,188.8** |
| Brands | $1,101.2 | $1,131.1 |
| Generics | $1,044.9 | $1,057.7 |
| **Emerging Markets Segment** | **$513.0** | **$538.1** |
| Brands | $372.4 | $393.8 |
| Generics | $140.6 | $144.3 |
| **JANZ Segment** | **$334.5** | **$338.9** |
| Brands | $172.4 | $185.1 |
| Generics | $162.1 | $153.8 |
| **Greater China Segment** | **$521.8** | **$566.5** |
| Brands | $519.9 | $564.4 |
| Generics | $1.9 | $2.1 |
| Other Revenue | $12.4 | $10.0 |
| **Total Revenue** | **$3,528.1** | **$3,642.3** |
| *Consensus* [1] | | *$3,600.0* |
| *Expenses* | | |
| COGS | $1,541.2 | $1,584.4 |
| R&D | $200.0 | $211.3 |
| SG&A | $886.3 | $855.9 |
| **Operating Income** | **$870.6** | **$990.7** |
| Other Income (Expense), Net | ($90.1) | ($125.0) |
| Income Tax Provision | ($124.9) | ($138.5) |
| **Adjusted Net Income** | **$655.6** | **$727.2** |
| **Adjusted EPS** | **$0.54** | **$0.60** |
| *Consensus* [1] | | *$0.57* |
| Shares Outstanding, Diluted | 1,203 | 1,218 |

(1) Consensus estimates as of 2/26/25
Source: Company Reports, FactSet, and PSC Research

Exhibit 2

## 2025 Guidance vs. PSC Estimates

| ($M, except per share) | VTRS 2025 Guidance | PSC 2025 Estimates |
|---|---|---|
| **Revenues** | **$13,500 - $14,000** | **$13,890** |
| *Consensus* [1] | | *$13,928* |
| Adjusted Gross Margin | 56.0% - 57.0% | *56.0%* |
| Adjusted SG&A as % of Total Revenue | 23.0% - 24.0% | *23.2%* |
| Adjusted R&D as % of Total Revenue | 6.0% - 6.6% | *6.2%* |
| **Adjusted EBITDA** | **$3,900- $4,200** | **$4,043** |
| Adjusted Tax Rate | 17.0% - 18.0% | *17.0%* |
| Shares Outstanding | ~1,210 | 1,210 |
| **Adjusted EPS** | **$2.12 - $2.26** | **$2.20** |

(1) Consensus estimates as of 3/3/25
Source: Company Reports, FactSet, and PSC Research

**PIPER | SANDLER**

COMPANY NOTE
March 4, 2025

Exhibit 3

**Summary of Current versus Prior Estimates for VTRS**

| $ in millions, except per share | 2025E | | 2026E | | 2027E | |
|---|---|---|---|---|---|---|
| | Current | Prior | Current | Prior | Current | Prior |
| *Revenue* | | | | | | |
| **Developed Markets Segment** | **$8,333** | **$8,603** | **$8,517** | **$8,655** | **$8,660** | |
| Brands | $4,708 | $4,738 | $4,755 | $4,785 | $4,803 | |
| Generics | $3,625 | $3,865 | $3,762 | $3,870 | $3,858 | |
| **Emerging Markets Segment** | **$2,012** | **$2,098** | **$2,108** | **$2,133** | **$2,143** | |
| Brands | $1,511 | $1,537 | $1,557 | $1,561 | $1,581 | |
| Generics | $501 | $561 | $551 | $572 | $562 | |
| **JANZ Segment** | **$1,330** | **$1,386** | **$1,334** | **$1,369** | **$1,318** | |
| Brands | $744 | $760 | $737 | $737 | $714 | |
| Generics | $586 | $626 | $598 | $632 | $604 | |
| **Greater China Segment** | **$2,174** | **$2,229** | **$2,174** | **$2,228** | **$2,174** | |
| Brands | $2,163 | $2,218 | $2,161 | $2,215 | $2,159 | |
| Generics | $11 | $11 | $13 | $13 | $15 | |
| Other Revenue | $40 | $40 | $40 | $40 | $40 | |
| **Total Revenue** | **$13,890** | **$14,356** | **$14,174** | **$14,425** | **$14,336** | |
| *Consensus* [1] | *$13,928* | | *$14,099* | | - | |
| | | | | | | |
| *Expenses* | | | | | | |
| COGS | $6,110 | $6,027 | $6,123 | $6,030 | $6,136 | |
| *Gross Margin %* | *56%* | *58%* | *57%* | *58%* | *57%* | |
| R&D | $861 | $809 | $872 | $808 | $831 | |
| SG&A | $3,225 | $3,363 | $3,171 | $3,390 | $3,226 | |
| Operating Income | $3,693 | $4,157 | $4,008 | $4,198 | $4,143 | |
| **Adjusted EBITDA** | **$4,043** | **$4,432** | **$4,358** | **$4,498** | **$4,493** | |
| *EBITDA Margin %* | *29%* | *31%* | *31%* | *31%* | *31%* | |
| Interest Expense | ($545) | ($545) | ($535) | ($535) | ($535) | |
| Income Tax Provision | ($545) | ($588) | ($601) | ($596) | ($624) | |
| **Adjusted Net Income** | **$2,663** | **$3,085** | **$2,932** | **$3,127** | **$3,044** | |
| **Adjusted EPS** | **$2.20** | **$2.54** | **$2.43** | **$2.60** | **$2.54** | |
| *Consensus* [1] | *$2.37* | | *$2.49* | | - | |
| Shares Outstanding, Diluted | 1,210 | 1,213 | 1,209 | 1,203 | 1,199 | |

Note: Our model does not yet reflect the impact of divestitures (closing by 1H24)
Note: Changes in 2025/2026 estimates reflect the impact of the Indore facility in India
(1) Consensus estimates as of 3/3/25
Source: Company Reports, FactSet, and PSC Research

**PIPER | SANDLER**

## Refreshing Our Valuation Methodology And Lowering Our PT Following 4Q

Our PT of $10 (down from $14 previously) is based on an EV/EBITDA multiple of 6x (down from 7x previously) our 2026E EBITDA estimate of $4,358M (down from $4,498M previously), discounted by 12% for 1 year. Following the 4Q24 call, we are updating the EBITDA assumption year off which we base our price target to 2026 from 2025, bearing in mind that 2025 should see an EBITDA trough given the impact of the FDA warning letter and import alert regarding the VTRS manufacturing facility in Indore, India. Put differently, though we may see some degree of residual impact from the issues at the Indore facility in 2026, the year should reflect a more normalized environment for VTRS (i.e., a more appropriate year off of which to base our PT). The lower multiple used here relative to our previous methodology is a nod the lack of visibility into a clear growth catalyst (as we allude to above). In the absence of that, we do not envision a path to sustainable multiple recovery/expansion. In terms of notable model changes, our estimates do reflect some degree of SG&A savings (per management commentary from its 4Q update), as well as higher R&D spend (owing in part on spend associated with the pivotal studies evaluating cenerimod and selatogrel).

**Viatris - Quarterly and Annual Income Statement**

|  |  |  |  | 2024A |  |  |  |  | 2025E |  |  |  |  | 2026E |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Fiscal Year Ends December 31* <br> *($ In millions, except for EPS)* | **2022A** | **2023A** | **1QA** | **2QA** | **3QA** | **4QA** | **2024A** | **1QE** | **2QE** | **3QE** | **4QE** | **2025E** | **1QE** | **2QE** | **3QE** | **4QE** | **2026E** | **2027E** |
| **Revenues** | | | | | | | | | | | | | | | | | | |
| Developed Markets Segment[1] | $9,768.4 | $9,251.9 | $2,165.0 | $2,319.6 | $2,298.7 | $2,146.1 | $8,929.4 | $2,111.2 | $2,137.7 | $2,107.5 | $1,976.5 | $8,332.9 | $2,118.3 | $2,182.6 | $2,170.0 | $2,046.1 | $8,517.1 | $8,660.2 |
| Brands | 5,160.2 | 5,238.5 | 1,179.2 | 1,233.5 | 1,217.7 | 1,101.2 | 4,731.6 | 1,173.3 | 1,227.4 | 1,211.6 | 1,095.7 | 4,708.0 | 1,185.0 | 1,239.6 | 1,223.7 | 1,106.7 | 4,755.0 | 4,802.6 |
| Generics[2] | 4,608.2 | 4,013.4 | 985.8 | 1,086.0 | 1,081.0 | 1,044.9 | 4,197.7 | 937.9 | 910.3 | 895.9 | 880.8 | 3,624.9 | 933.3 | 943.0 | 946.3 | 939.5 | 3,762.0 | 3,857.6 |
| U.S. | 2,585.9 | 1,970.9 | 472.1 | 527.6 | 551.1 | 496.4 | 2,047.2 | 411.3 | 394.3 | 390.2 | 385.2 | 1,581.0 | 396.2 | 416.6 | 430.5 | 434.0 | 1,677.3 | 1,731.2 |
| Europe | 2,022.4 | 2,042.5 | 513.7 | 558.4 | 529.9 | 548.5 | 2,150.5 | 526.6 | 516.0 | 505.7 | 495.6 | 2,043.9 | 537.1 | 526.3 | 515.8 | 505.5 | 2,084.8 | 2,126.5 |
| **Emerging Markets Segment** | $2,615.4 | $2,551.6 | $625.8 | $578.5 | $533.2 | $513.0 | $2,250.5 | $510.6 | $505.0 | $507.9 | $489.0 | $2,012.4 | $534.7 | $528.7 | $532.0 | $512.5 | $2,107.9 | $2,142.7 |
| Brands | 1,616.5 | 1,627.8 | 403.8 | 395.4 | 395.8 | 372.4 | 1,567.3 | 385.6 | 382.0 | 381.9 | 362.0 | 1,511.4 | 397.2 | 393.4 | 393.4 | 372.8 | 1,556.8 | 1,580.5 |
| Generics[2] | 998.9 | 923.8 | 222.0 | 183.2 | 137.4 | 140.6 | 683.2 | 125.0 | 123.0 | 126.0 | 127.0 | 501.0 | 137.5 | 135.3 | 138.6 | 139.7 | 551.1 | 562.1 |
| **JANZ Segment[3]** | $1,632.6 | $1,424.4 | $318.3 | $349.1 | $344.3 | $334.5 | $1,346.2 | $355.6 | $348.2 | $324.2 | $302.0 | $1,330.0 | $356.7 | $349.2 | $325.2 | $303.2 | $1,334.3 | $1,318.2 |
| Brands | 923.1 | 782.4 | 184.3 | 197.9 | 188.9 | 172.4 | 743.4 | 200.0 | 198.8 | 182.3 | 162.9 | 744.0 | 198.0 | 196.9 | 180.4 | 161.3 | 736.5 | 714.4 |
| Generics[2] | 709.5 | 642.0 | 134.0 | 151.3 | 155.4 | 162.1 | 602.8 | 155.6 | 149.4 | 141.9 | 139.1 | 586.0 | 158.7 | 152.4 | 144.8 | 141.9 | 597.7 | 603.7 |
| **Greater China Segment** | $2,201.1 | $2,160.4 | $544.3 | $538.6 | $561.8 | $521.8 | $2,166.5 | $553.2 | $544.4 | $556.8 | $520.0 | $2,174.3 | $553.2 | $544.4 | $556.8 | $520.0 | $2,174.4 | $2,174.2 |
| Brands | 2,191.0 | 2,151.8 | 542.3 | 536.0 | 559.8 | 519.9 | 2,158.0 | 550.4 | 541.4 | 554.2 | 517.3 | 2,163.3 | 549.8 | 540.8 | 553.7 | 516.8 | 2,161.1 | 2,159.0 |
| Generics[2] | 10.1 | 8.6 | 2.0 | 2.6 | 2.0 | 1.9 | 8.5 | 2.8 | 3.0 | 2.6 | 2.7 | 11.1 | 3.4 | 3.6 | 3.1 | 3.2 | 13.3 | 15.2 |
| **Other Revenue** | $45.1 | $38.5 | $10.0 | $10.7 | $13.2 | $12.4 | $46.3 | $10.0 | $10.0 | $10.0 | $10.0 | $40.0 | $10.0 | $10.0 | $10.0 | $10.0 | $40.0 | $40.0 |
| **Total Revenue** | $16,262.7 | $15,426.9 | $3,663.3 | $3,796.6 | $3,751.2 | $3,528.1 | $14,739.2 | $3,540.5 | $3,545.2 | $3,506.5 | $3,297.5 | $13,889.9 | $3,572.8 | $3,615.0 | $3,594.0 | $3,391.8 | $14,173.9 | $14,335.6 |
| Cost of Sales (COGS) | 6,681.0 | 6,302.1 | 1,508.6 | 1,592.7 | 1,558.3 | 1,541.2 | 6,200.8 | 1,568.5 | 1,577.6 | 1,546.3 | 1,417.9 | 6,110.3 | 1,554.2 | 1,565.3 | 1,545.4 | 1,458.5 | 6,123.4 | 6,135.6 |
| **Gross Profit** | $9,581.7 | $9,124.8 | $2,154.7 | $2,203.9 | $2,192.9 | $1,986.9 | $8,538.4 | $1,972.1 | $1,967.6 | $1,960.1 | $1,879.6 | $7,779.6 | $2,018.7 | $2,049.7 | $2,048.6 | $1,933.3 | $8,050.6 | $8,200.0 |
| Research & Development (R&D) | 638.0 | 752.5 | 189.1 | 197.8 | 194.2 | 200.0 | 781.1 | 219.5 | 218.9 | 217.4 | 204.4 | 861.2 | 219.7 | 222.3 | 221.0 | 208.6 | 871.7 | 831.5 |
| Selling, General & Administrative (SG&A) | 3,432.0 | 3,542.3 | 859.6 | 899.8 | 858.6 | 886.3 | 3,504.3 | 814.3 | 833.1 | 799.5 | 778.2 | 3,225.1 | 803.9 | 813.4 | 790.7 | 763.2 | 3,171.1 | 3,225.5 |
| **Total Operating Expenses** | $4,106.4 | $4,400.3 | $1,054.7 | $1,089.8 | $1,052.8 | $1,116.3 | $4,313.6 | $1,033.8 | $1,052.9 | $1,016.9 | $982.6 | $4,086.3 | $1,023.6 | $1,035.7 | $1,011.7 | $971.7 | $4,042.8 | $4,057.0 |
| **Operating Income** | $5,475.3 | $4,724.5 | $1,100.0 | $1,114.1 | $1,140.1 | $870.6 | $4,224.8 | $938.2 | $914.7 | $943.2 | $896.9 | $3,693.3 | $995.0 | $1,014.0 | $1,036.9 | $961.6 | $4,007.8 | $4,143.0 |
| Other Income (Expense), Net | (622.0) | (513.0) | (132.5) | (130.2) | (71.6) | (90.1) | (424.4) | (125.0) | (120.0) | (120.0) | (120.0) | (485.0) | (118.8) | (118.8) | (118.8) | (118.8) | (475.0) | (475.0) |
| **Income (Loss) Before Taxes** | $4,853.3 | $4,211.5 | $967.5 | $983.9 | $1,068.5 | $780.5 | $3,800.4 | $813.2 | $794.7 | $823.2 | $776.9 | $3,208.3 | $876.3 | $895.3 | $918.1 | $842.8 | $3,532.8 | $3,668.0 |
| Income Tax Provision | (776.3) | (673.1) | (154.8) | (157.4) | (171.0) | (124.9) | (608.1) | (138.3) | (135.1) | (140.0) | (132.1) | (545.4) | (149.0) | (152.2) | (156.1) | (143.3) | (600.5) | (623.6) |
| **Adjusted Net Income (Loss)** | $4,077.0 | $3,538.4 | $812.7 | $826.5 | $897.5 | $655.6 | $3,192.4 | $675.0 | $659.6 | $683.3 | $644.8 | $2,663.0 | $727.3 | $743.1 | $762.0 | $699.5 | $2,932.3 | $3,044.4 |
| **Non-GAAP EPS, Basic** | $3.36 | $2.95 | $0.68 | $0.69 | $0.75 | $0.55 | $2.68 | $0.56 | $0.55 | $0.57 | $0.54 | $2.22 | $0.61 | $0.62 | $0.64 | $0.59 | $2.45 | $2.57 |
| **Non-GAAP EPS, Diluted** | $3.35 | $2.94 | $0.67 | $0.69 | $0.75 | $0.54 | $2.65 | $0.56 | $0.55 | $0.56 | $0.53 | $2.20 | $0.60 | $0.61 | $0.63 | $0.58 | $2.43 | $2.54 |
| Shares Outstanding, Basic | 1,212.1 | 1,200.3 | 1,195.2 | 1,191.1 | 1,193.5 | 1,193.6 | 1,193.3 | 1,195.6 | 1,197.6 | 1,199.6 | 1,201.6 | 1,198.6 | 1,199.6 | 1,197.6 | 1,195.6 | 1,193.6 | 1,196.6 | 1,186.6 |
| Shares Outstanding, Diluted | 1,217.4 | 1,204.2 | 1,209.5 | 1,191.1 | 1,200.4 | 1,203.1 | 1,202.7 | 1,205.9 | 1,208.6 | 1,211.1 | 1,213.6 | 1,209.8 | 1,211.6 | 1,209.6 | 1,207.6 | 1,205.6 | 1,208.6 | 1,198.6 |
| **Expenses (as % of revenue):** | | | | | | | | | | | | | | | | | | |
| COGS | 41.1% | 40.9% | 41.2% | 42.0% | 41.5% | 43.7% | 42.1% | 44.3% | 44.5% | 44.1% | 43.0% | 44.0% | 43.5% | 43.3% | 43.0% | 43.0% | 43.2% | 42.8% |
| R&D | 3.9% | 4.9% | 5.2% | 5.2% | 5.2% | 5.7% | 5.3% | 6.2% | 6.2% | 6.2% | 6.2% | 6.2% | 6.2% | 6.2% | 6.2% | 6.2% | 6.1% | 5.8% |
| SG&A | 21.1% | 23.0% | 23.5% | 23.7% | 22.9% | 25.1% | 23.8% | 23.0% | 23.5% | 22.8% | 23.6% | 23.2% | 22.5% | 22.5% | 22.0% | 22.5% | 22.4% | 22.5% |
| **Margins:** | | | | | | | | | | | | | | | | | | |
| Gross Margin | 58.9% | 59.1% | 58.8% | 58.0% | 58.5% | 56.3% | 57.9% | 55.7% | 55.5% | 55.9% | 57.0% | 56.0% | 56.5% | 56.7% | 57.0% | 57.0% | 56.8% | 57.2% |
| Operating Margin | 33.7% | 30.6% | 30.0% | 29.3% | 30.4% | 24.7% | 28.7% | 26.5% | 25.8% | 26.9% | 27.2% | 26.6% | 27.9% | 28.1% | 28.9% | 28.4% | 28.3% | 28.9% |
| Net Income | 25.1% | 22.9% | 22.2% | 21.8% | 23.9% | 18.6% | 21.7% | 19.1% | 18.6% | 19.5% | 19.6% | 19.2% | 20.4% | 20.6% | 21.2% | 20.6% | 20.7% | 21.2% |
| Income Tax | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 17.0% | 17.0% | 17.0% | 17.0% | 17.0% | 17.0% | 17.0% | 17.0% | 17.0% | 17.0% | 17.0% |
| **Y-O-Y Growth rates:** | | | | | | | | | | | | | | | | | | |
| **Developed Markets Segment** | (6.3%) | (5.3%) | (0.3%) | (1.5%) | (4.6%) | (7.5%) | (3.5%) | (2.5%) | (7.8%) | (8.3%) | (7.9%) | (6.7%) | 0.3% | 2.1% | 3.0% | 3.5% | 2.2% | 1.7% |
| Brands | (10.4%) | 1.5% | (4.3%) | (5.1%) | (12.5%) | (16.3%) | (9.7%) | (0.5%) | (0.5%) | (0.5%) | (0.5%) | (0.5%) | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| Generics | (1.3%) | (12.9%) | 5.0% | 3.1% | 6.3% | 3.7% | 4.6% | (4.9%) | (16.2%) | (17.1%) | (15.7%) | (13.6%) | (0.5%) | 3.6% | 5.6% | 6.7% | 3.8% | 2.5% |
| **Emerging Markets Segment** | (16.8%) | (2.4%) | (2.5%) | (10.7%) | (17.0%) | (17.1%) | (11.8%) | (18.4%) | (12.7%) | (4.7%) | (4.7%) | (10.6%) | 4.7% | 4.7% | 4.7% | 4.8% | 4.7% | 1.6% |
| Brands | (3.6%) | 0.7% | (7.4%) | (2.8%) | (3.5%) | (0.7%) | (3.7%) | (4.5%) | (3.4%) | (3.5%) | (2.8%) | (3.6%) | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% | 1.5% |
| Generics | (31.9%) | (7.5%) | 7.9% | (24.2%) | (40.9%) | (42.4%) | (26.1%) | (43.7%) | (32.8%) | (8.3%) | (9.7%) | (26.7%) | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 2.0% |
| **JANZ Segment** | (19.5%) | (12.8%) | (7.0%) | (7.0%) | 2.9% | (10.2%) | (5.5%) | 11.7% | (0.3%) | (5.8%) | (9.7%) | (1.2%) | 0.3% | 0.3% | 0.3% | 0.4% | 0.3% | (1.2%) |
| Brands | (22.9%) | (15.2%) | (3.0%) | (4.6%) | 1.5% | (13.4%) | (5.0%) | 8.5% | 0.5% | (3.5%) | (5.5%) | 0.1% | (1.0%) | (1.0%) | (1.0%) | (1.0%) | (1.0%) | (3.0%) |
| Generics | (14.5%) | (9.5%) | (11.9%) | (10.0%) | 4.6% | (6.5%) | (6.1%) | 16.1% | (1.3%) | (8.7%) | (14.2%) | (2.8%) | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 1.0% |
| **Greater China Segment** | (0.5%) | (1.8%) | (3.6%) | 1.2% | 2.5% | 1.3% | 0.3% | 1.6% | 1.1% | (0.9%) | (0.4%) | 0.4% | 0.0% | 0.0% | (0.0%) | 0.0% | 0.0% | (0.0%) |
| Brands | (0.8%) | (1.8%) | (3.5%) | 1.0% | 2.5% | 1.3% | 0.3% | 1.5% | 1.0% | (1.0%) | (0.5%) | 0.2% | (0.1%) | (0.1%) | (0.1%) | (0.1%) | (0.1%) | (0.1%) |
| Generics | | (14.5%) | (18.0%) | 62.5% | (16.7%) | (13.6%) | (1.6%) | 40.0% | 15.4% | 30.0% | 39.5% | 30.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 15.0% |
| **Expenses** | | | | | | | | | | | | | | | | | | |
| R&D | 0.1% | 17.9% | 13.2% | 2.0% | (2.2%) | 3.6% | 3.8% | 16.1% | 11.1% | 11.9% | 2.2% | 10.2% | 0.1% | 1.1% | 1.7% | 2.0% | 1.2% | (4.6%) |
| SG&A | (10.1%) | 3.2% | 3.6% | (0.2%) | (2.1%) | (5.1%) | (1.1%) | (5.3%) | (7.4%) | (6.9%) | (12.2%) | (8.0%) | (1.3%) | (2.4%) | (1.1%) | (1.9%) | (1.7%) | 1.7% |
| Operating Income | (9.4%) | (13.7%) | (12.3%) | (9.1%) | (9.3%) | (11.8%) | (10.6%) | (14.7%) | (17.9%) | (17.3%) | 3.0% | (12.6%) | 6.1% | 10.9% | 9.9% | 7.2% | 8.5% | 3.4% |
| EPS | (9.3%) | (12.3%) | (13.2%) | (7.8%) | (5.2%) | (12.4%) | (9.6%) | (16.7%) | (21.3%) | (24.5%) | (2.5%) | (17.1%) | 7.2% | 12.6% | 11.8% | 9.2% | 10.2% | 4.7% |

Note: Quarterly historicals may be PSC estimates. Our model does not yet reflect the impact of divestitures (closing by 1H24)
(1) Includes North America and Europe
(2) VTRS began reporting Generics and Complex Generics as a combined line item beginning 4Q23
(3) Includes Japan, Australia, and New Zealand
(4) Represents upfront and milestone-related R&D expenses related to collaboration and licensing arrangements made prior to regulatory approval of a development product, which VTRS (and our model) began reporting separately in 4Q22
**Last Updated: March 4, 2025**
**Viatris: David Amsellem; david.amsellem@psc.com; 212.284.9455**
Current disclosure information for this company can be found at: http://www.pipersandler.com/researchdisclosures

**Viatris - Annual Cash Flow Statement**

($ in millions)

| | 2020A | 2021A | 2022A | 2023A | 2024A | 2025E | 2026E |
|---|---|---|---|---|---|---|---|
| **Beginning Cash & Equivalents** | $491.1 | $850.0 | $706.1 | $1,262.5 | $993.6 | $736.1 | $1,542.1 |
| **Operating Activities** | | | | | | | |
| Net Income (Loss)[1] | ($669.9) | ($1,269.1) | $2,078.6 | $54.7 | ($634.2) | $2,663.0 | $2,932.3 |
| Depreciation & Amortization[1] | $2,216.1 | $4,506.5 | $3,027.6 | $2,740.5 | $2,893.2 | $350.0 | $350.0 |
| Other | $302.7 | $1,473.1 | ($1,347.4) | $535.0 | $216.4 | $0.0 | $0.0 |
| Stock-based Compensation | $79.2 | $111.2 | $116.4 | $180.7 | $146.1 | $120.0 | $120.0 |
| Net Change in Assets and Liabilities | ($696.3) | ($1,804.8) | ($922.6) | ($711.3) | ($318.6) | ($660.3) | ($555.5) |
| **Cash From Operations** | **$1,231.8** | **$3,016.9** | **$2,952.6** | **$2,799.6** | **$2,302.9** | **$2,472.7** | **$2,846.8** |
| **Investing Activities** | | | | | | | |
| Capital Expenditures | ($243.0) | ($457.2) | ($406.0) | ($377.0) | ($326.0) | ($450.0) | ($450.0) |
| Short-Term Investments | ($57.8) | ($0.4) | ($0.3) | $0.0 | $0.0 | $0.0 | $0.0 |
| Divestitures / (Acquisition) | ($2.4) | $321.5 | $1,950.0 | ($303.6) | $2,157.1 | $0.0 | $0.0 |
| Other/Investments | $2.1 | $18.3 | ($23.2) | ($83.5) | ($30.4) | $0.0 | $0.0 |
| **Cash From Investing Activities** | **($301.1)** | **($117.8)** | **$1,520.5** | **($764.1)** | **$1,800.7** | **($450.0)** | **($450.0)** |
| **Financing Activities** | | | | | | | |
| Debt Issuance | $983.3 | $1,710.1 | $1,875.6 | $0.3 | $0.0 | $0.0 | $2,000.0 |
| Debt Repayments | ($2,484.2) | ($4,201.3) | ($3,662.5) | ($1,250.2) | ($3,713.7) | ($640.0) | ($2,534.0) |
| Share Repurchases | $0.0 | $0.0 | $0.0 | ($250.0) | ($250.0) | ($250.0) | ($250.0) |
| Dividend Payments | $0.0 | ($399.0) | ($581.6) | ($575.6) | ($574.8) | ($326.6) | ($369.4) |
| Stock and Option Issuances | $0.6 | $0.0 | $3.3 | $3.1 | $2.5 | $0.0 | $0.0 |
| Other, Net | $894.6 | ($121.8) | ($1,512.7) | ($229.5) | $205.6 | $0.0 | $0.0 |
| **Cash From Financing Activities** | **($605.7)** | **($3,012.0)** | **($3,877.9)** | **($2,301.9)** | **($4,330.4)** | **($1,216.6)** | **($1,153.4)** |
| Currency Translation Differences | $33.8 | ($30.9) | ($38.9) | ($2.4) | ($30.7) | $0.0 | $0.0 |
| Net Change In Cash | $358.8 | ($143.8) | $556.3 | ($268.8) | ($257.5) | $806.0 | $1,243.4 |
| **Year End Cash Balance** | **$850.0** | **$706.1** | **$1,262.5** | **$993.6** | **$736.1** | **$1,542.1** | **$2,785.4** |

(1) Projected D&A and Net Income (Loss) are non-GAAP

**Viatris: David Amsellem; david.amsellem@psc.com; 212.284.9455**

**Viatris - Annual Balance Sheet**

($ in millions)

| | 2020A | 2021A | 2022A | 2023A | 2024A | 2025E | 2026E |
|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | |
| Cash & Equivalents | $844.4 | $701.2 | $1,259.9 | $991.9 | $734.8 | $1,542.1 | $2,785.4 |
| Accounts Receivable, net | $4,843.8 | $4,266.4 | $3,814.5 | $3,700.4 | $3,221.3 | $3,797.7 | $4,051.0 |
| Inventories | $5,471.9 | $3,977.7 | $3,519.5 | $3,469.7 | $3,854.1 | $4,277.2 | $4,592.5 |
| Other Current Assets | $1,707.4 | $1,957.6 | $2,041.5 | $4,814.1 | $1,710.5 | $1,727.6 | $1,744.9 |
| **Total Current Assets** | **$12,867.5** | **$10,902.9** | **$10,635.4** | **$12,976.1** | **$9,520.7** | **$11,344.6** | **$13,173.8** |
| Property, Plant & Equipment, Net | $3,459.9 | $3,188.6 | $3,024.5 | $2,759.6 | $2,666.1 | $2,766.1 | $2,866.1 |
| Goodwill | $12,347.0 | $12,113.7 | $10,425.8 | $9,867.1 | $9,133.3 | $8,220.0 | $7,398.0 |
| Intangible Assets/Other | $29,683.2 | $26,134.2 | $22,607.1 | $19,181.1 | $17,070.9 | $17,070.9 | $17,070.9 |
| Other Assets | $3,195.4 | $2,503.4 | $3,329.4 | $2,901.6 | $3,109.9 | $3,203.2 | $3,299.3 |
| **Total Assets** | **$61,553.0** | **$54,842.8** | **$50,022.2** | **$47,685.5** | **$41,500.9** | **$42,604.8** | **$43,808.1** |
| **Liabilities & Equity** | | | | | | | |
| Current Liabilities | $10,562.9 | $9,884.4 | $6,746.2 | $7,777.4 | $5,771.1 | $6,110.3 | $6,123.4 |
| Debt | $22,429.2 | $19,717.1 | $18,015.2 | $16,188.1 | $14,047.2 | $13,407.2 | $12,873.2 |
| Other Liabilities | $5,606.8 | $4,748.6 | $4,188.5 | $3,252.6 | $3,047.1 | $3,047.1 | $3,047.1 |
| Equity | $22,954.1 | $20,492.7 | $21,072.3 | $20,467.4 | $18,635.5 | $20,040.2 | $21,764.4 |
| **Total Liabilities & Equity** | **$61,553.0** | **$54,842.8** | **$50,022.2** | **$47,685.5** | **$41,500.9** | **$42,604.8** | **$43,808.1** |

**Viatris: David Amsellem; david.amsellem@psc.com; 212.284.9455**

**PIPER | SANDLER**

## IMPORTANT RESEARCH DISCLOSURES



Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| | Distribution of Ratings/IB Services | | | |
| | Piper Sandler | | | |
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
|---|---|---|---|---|
| BUY [OW] | 553 | 59.33 | 116 | 20.98 |
| HOLD [N] | 354 | 37.98 | 33 | 9.32 |
| SELL [UW] | 25 | 2.68 | 2 | 8.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification

The analyst David Amsellem, primarily responsible for the preparation of this research report, attests to the following:

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 4 March 2025 17:02EST.

**PIPER | SANDLER**

---

## Research Disclosures

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorised and regulated by the Financial Conduct Authority, and is located at 6th Floor, 2 Gresham Street, London EC2V 7AD. This report is distributed in the European Union by Piper Sandler Europe SAS, a French *"société par actions simplifiée"* incorporated in France under the number RCS Paris 932 083 769 whose registered office is 10, place Vendôme, 75001, Paris, France. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. Piper Sandler will buy and sell securities of the subject company on a principal basis, regardless of whether it is a registered market maker in those securities. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.
**Notice to customers:** This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. **Canada:** Piper Sandler & Co. is not registered as a dealer in Canada and relies on the "international dealer exemption" set forth in National Instrument 31-103 – Registration Requirements, Exemptions and Ongoing Registrant Obligations of the Canadian Securities Administrators. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. **United Kingdom:** This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e., persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. **European Union:** This material is intended only for institutional investors (professional clients and eligible counterparties within the meaning of the Markets in Financial Instruments Directive (Directive 2014/65/EU of the European Parliament and of the Council of 15 May 2014)). Piper Sandler Europe SAS is not licensed as an investment services provider. It carries out the activity of a financial analyst not associated with an investment services provider as described in Articles 327-1 et seq. of the General Regulation of the *Autorité des marchés financiers* ("RG AMF"). Piper Sandler Europe SAS complies, in particular, with Articles 327-2 to 327-6 of the RG AMF as well as the relevant provisions of the Regulation (EU) No 596/2014 (the Market Abuse Regulation or "MAR") and the Commission Delegated Regulation n°2016/958 applicable to the production or dissemination of "investment recommendations" (as defined under MAR). Piper Sandler Europe SAS does not provide investment services. **United States:** This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available. This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2025 Piper Sandler. All rights reserved.

---