# EXHIBIT 26

EXHIBIT
26



# Building Sustainable Access at Scale

**VIATRIS™**

**2023** Sustainability Report

Case 2:25-cv-00466-MJH    Document 62-26    Filed 12/01/25    Page 3 of 7



Lindiwe Mkhize is the nurse in charge of a community health center in Soweto, South Africa, that she will eventually own. Partially funded by Viatris, the facility is – appropriately enough – called the Mpathy Clinic (pronounced "empathy"), and is part of a planned model to establish a network of sustainable, low-fee private health care while also creating entrepreneurship opportunities for the nurses who run them.

"It's really a dream come true, even for my family, taking them out of the poverty that we come from," Lindiwe said.

# Table of Contents

## Introduction

About this Report ............................................................... 3

2023 Highlights .................................................................. 4

Letter from Our CEO............................................................. 5

Advancing Sustainability at Viatris ................................ 6

Our Strategy and Model for Sustainable Access to Medicine.. 9

## Working to Make a Difference

Access and Global Health............................................... 14

Our People ......................................................................... 26

Environment ...................................................................... 35

Community......................................................................... 41

## Management Disclosure and Performance Data

Introduction ...................................................................... 47

Access and Global Health............................................... 49

Our People ........................................................................ 61

Environment, Health and Safety ................................. 64

Global Sustainability Oversight and Compliance ..................... 69

## Appendix

Products on the WHO Prequalification List .............................. 77

Global Manufacturing Network..................................................... 78

GRI Content Index .......................................................................... 79

SASB Table........................................................................................ 85

TCFD Table ........................................................................................ 88

Case 2:25-cv-00466-MJH   Document 62-26   Filed 12/01/25   Page 4 of 7

# About this Report

This is the annual sustainability report for Viatris, which was formed in November 2020. This report presents work and progress across key topics in 2023.

Sustainability is fundamental to Viatris' mission. We work to continuously advance responsible and sustainable practices and operations.

Through this publication, we describe our approach to actions and initiatives across multiple areas of focus supporting our efforts to be a model for sustainable access to medicine and to make a difference in the communities we serve. In addition to describing work and progress during the calendar year 2023, the report also includes some updates from early 2024. The report contains three main sections:

1. Introduction to Viatris
2. Areas in which we strive to make a difference
3. Management disclosure and performance data

We are committed to annual reporting on important sustainability matters and are working to further enhance our disclosure. This report references the Global Reporting Initiative (GRI) Standards and the Sustainability Accounting Standards Board (SASB) standards for

Biotechnology & Pharmaceuticals and provides disclosure in accordance with the Task Force on Climate-related Financial Disclosures (TCFD). Viatris is a signatory to the United Nations Global Compact (UNGC) and is committed to the Compact's 10 principles related to human rights, labor, environment and anti-corruption.



Certain subsidiaries are also subject to statutory sustainability reporting in the European Union (EU), following the EU Non-Financial Reporting Directive (EU NFRD). This report, together with Viatris' statutory filings, is intended to fulfill our applicable reporting requirements. The information contained in this report reflects work and progress from Jan. 1, 2023, to Dec. 31, 2023, unless otherwise noted. Reporting on other matters specific to financial performance of Viatris Inc. and our subsidiaries can be found in our periodic reports and filings with the U.S. Securities and Exchange Commission (SEC), including our most recent Annual Report on Form 10-K filed with the SEC on Feb. 28, 2024, as amended by the Form 10-K/A filed on April 26, 2024.

Not all of the products mentioned in this report have been approved for use in all countries where Viatris has a commercial presence. The information contained in this report is not for use in product detailing or promotion.

Viatris supports the U.N. Sustainable Development Goals (SDGs). The 17 SDGs launched in 2015 serve as a roadmap for countries, communities and companies on universally important areas for a more sustainable and inclusive development. As of 2023, marking the halfway point to the target year of 2030 for achieving the SDGs, there remains substantial work to be done, including in advancing global health. The COVID-19 pandemic has had a significant impact on many of the goals, and in some areas, previous gains have been reversed. Further, the growing impact of climate change on the environment and human health means we all need to do our part to reduce the negative impact and help make positive progress.

We intend to apply and leverage our unique capabilities, manage inherent risks and be a reliable partner. We are well positioned to support progress toward SDG 3 — To Ensure Healthy Lives and Promote Well-Being for All at All Ages. We have the scientific, manufacturing and distribution capabilities, deep expertise and a wide-ranging commercial platform that extends to more than 165 countries and territories.

The goals are interconnected, and as a global healthcare company, how we conduct ourselves and interact with our partners impacts SDG 3 and other goals. We work to advance sustainable operations and leverage our collective expertise to empower people to live healthier at every stage of life, recognizing that our actions affect the stakeholders and communities we serve.

SDGs Especially Relevant to Viatris



# About Viatris

At Viatris, access is fundamental to our mission to empower people worldwide to live healthier at every stage of life. It begins with our ability to sustainably deliver high-quality medicines to people, regardless of geography or circumstance. We are a company uniquely positioned to bridge the traditional divide between generics and brands, combining the best of both to more holistically address healthcare needs globally. Because health matters everywhere.

With an exceptionally extensive and diverse portfolio, we have the ability to touch all of life's moments, from birth to end of life, acute conditions to chronic diseases. We see across multiple therapeutic areas to the person at the center of their own unique health journey.

We strive to meet individual needs, whether with a generic medicine, a trusted brand, an improved version of an existing medicine, or a truly novel therapeutic solution. Our pipeline investments leverage our scientific expertise to address some of the world's most enduring health challenges.

Case 2:25-cv-00466-MJH    Document 62-26    Filed 12/01/25    Page 5 of 7

## Access and Global Health

| Our Portfolio and Reach | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| Total number of doses sold | >80 billion | >80 billion | >80 billion | >80 billion |
| Number of molecules | >1,400 | >1,400 | >1,400 | ~1,400 |
| Number of countries and territories reached | >165 | >165 | >165 | >165 |
| Major therapeutic areas | >10 | >10 | >10 | >10 |
| Coverage percentage of the top 10 causes of death globally[1] | 100% | 100% | 100% | 100% |
| Total investments in R&D | $555.1M | $751.1M | $698.6M | $910.7M |
| Products in development by region[2] | | | | |
| Developed Markets | 180 | 210 | 200 | 200 |
| Emerging Markets | 90 | 70 | 100 | 95 |
| Greater China | 40 | 30 | 25 | 25 |
| JANZ | 45 | 65 | 70 | 70 |
| Products pending approval by region[3] | | | | |
| Developed Markets | 430 | 530 | 470 | 595 |
| Emerging Markets | 1,200 | 1,050 | 820 | 615 |
| Greater China | 5 | 15 | 15 | 35 |
| JANZ | 45 | 10 | 25 | 8 |

| Our Portfolio and Reach | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| Customer service levels by region | | | | |
| Developed Markets | 93% | 93% | 90% | 90% |
| Emerging Markets | 98% | 96% | 96% | 94% |
| Greater China | 100% | 100% | 99% | 98% |
| JANZ | 98% | 98% | 99% | 98% |
| Number of medicines on the WHO's list of prequalified products (including cross-listed approvals)[4] | 60 | 58 | 62 | 59 |
| HIV/AIDS | 36 | 34 | 35 | 35 |
| Reproductive health | 9 | 9 | 10 | 10 |
| TB | 6 | 6 | 7 | 7 |
| Hepatitis | 4 | 4 | 4 | 4 |
| Malaria | 2 | 2 | 2 | 2 |
| Biotherapeutics — Oncology | 2 | 2 | 3 | 0[5] |
| Influenza | 1 | 1 | 1 | 1 |
| Number of patents maintained to date[6] | 5,228 | 3,400 | >3,100 | 3,300 |
| Licenses via the Medicines Patent Pool[7] | 5 | 6 | 7 | 9 |
| Number of countries on the Access to Medicine Foundation list of Access Countries to which Viatris supplies products | 97/106 | 99/108 | 97/108 | 99/113 |

Sources

[1] WHO: The top 10 causes of death

[2] Numbers have been rounded and refer to a unique molecule + dosage form by segment

[3] Numbers have been rounded (molecule + form + country)

[4] As of January 3, 2024

[5] Products transferred as part of the Biocon transaction which closed Nov. 29, 2022

[6] Including active and pending patents

[7] Medicines Patent Pool

Case 2:25-cv-00466-MJH Document 62-26 Filed 12/01/25 Page 6 of 7

**As part of expanding access to medicine across geographies, in 2023, we:**

Received >500 global product approvals

Completed 10 drug master filings

Made >600 regulatory filings, which includes ~250 individual market submissions for Emerging and expansion markets

Completed >145 Submissions in >100 different countries including 80 products in Emerging Markets

## Ensuring Quality and Patient Safety in Processes and Products

Protecting patients and consumer health by ensuring the quality and safety of our products is at the heart of how we operate across our network. Every step of our development, manufacturing and monitoring processes – from developing products to sourcing raw materials to producing and distributing finished dosage forms – is grounded in this commitment.

**Quality Management**

All of Viatris' operations, manufacturing sites and our contract manufacturing organizations (CMOs) globally are subject to robust quality infrastructure and strategy. This infrastructure is comprised of the extensive experience and expertise of our personnel, our comprehensive Global Quality Policies that establish uniform requirements for

All Viatris operations are covered by and expected to comply with statutory and regulatory requirements, such as current Good Manufacturing Practices (cGMP), Good Pharmacovigilance Practices (GPvP), Good Distribution Practices (GDP) and Good Clinical Practices (GCP) for all markets that they serve.

fundamental processes and controls within our Global Quality Management System (QMS), as well as Global Quality IT systems, which are implemented and designed to establish industry best practices, consistency and global quality assurance throughout our network.

All of our operations are also subject to robust quality systems, standards and processes which are designed to ensure product quality and patient safety. These programs are designed and implemented across our global operations and are executed in alignment with statutory and regulatory requirements, such as current Good Manufacturing Practices (cGMP), Good Pharmacovigilance Practices (GPvP), Good Distribution Practices (GDP) and Good Clinical Practices (GCP) for all markets that they serve. Each of our sites within our global network maintain the relevant licenses and GMP certifications required by their respective market and approved product authorizations.

We apply relevant external quality guidelines into our Global Quality Policies and Management Systems, including: Eudralex, Falsified Medicines Directive, ICH Quality Guidelines, WHO GMP, U.S. Food and Drug Administration Safety and Innovation Act and the EU Excipient Risk Assessment for ascertaining the GMPs for all the excipients of medicinal products for human use. We have developed and maintain a Regulatory Intelligence, Quality Action System and Knowledge Management Dissemination Program to inform, evaluate and implement regulatory updates, industry trends and internal knowledge across the Viatris network.

Core elements in Viatris' Quality Management System standard operating procedures include the following:

- Managerial oversight and responsibility
- Ongoing and continuous training
- Frequent internal site and external supplier, contractor and service provider audits
- Testing practices and compendial compliance

In addition to the aforementioned quality standards for the development, manufacture and distribution of pharmaceutical products, several sites across our network have obtained external certification of their quality management systems, including but not limited to:

- ISO 9001 for general quality management
- ISO 13485 for quality management of medical devices
- Distribution of Medical Devices 6125 for medical device marketing
- Quality Assurance International (QAI)
- ISO 22716 for Good Manufacturing Practices for Cosmetics

- Product risk assessment
- Regular compliance monitoring and communication
- Incident investigation and corrective and preventive action
- Standardized document control and change management
- Compilation, trending and review of key quality metrics

Key programs within our Quality Management organization driven by senior leadership currently include, but are not limited to, the following:

- Governance over our global data integrity program, including a broad scope: computerized systems, record management, documentation governance, training, policy, auditing, etc. to ensure data reliability throughout the data lifecycle.
- A comprehensive cleaning program which to ensure we produce quality products that are free from contamination, and a robust cleaning validation program established to support the implementation of robust cleaning methodology.
- Each manufacturing site has a comprehensive automation/digitalization roadmap outlining future enhancements to support quality best practices and ensure our sites stay current in the use of technology. These roadmaps include elements such as Electronic Batch Records, Electronic Lab note books, Data analytics and AI.
- Our Product Health Evaluation program proactively facilitates life-cycle management of the manufacturing and testing processes

Introduction | Access and Global Health | Our People | Environment | Community | Management Disclosure and Data | Appendix | GRI, SASB and TCFD ◀ ⌂ ▶

Case 2:25-cv-00466-MJH Document 62-26 Filed 12/01/25 Page 7 of 7

through a structured problem solving approach. Product Health is defined as an indication of a pharmaceutical product's ability to be consistently produced to optimal performance within the registered specifications, with minimal deviations or customer complaints, which ensures supply continuity.

## Quality Governance and Organization

The Chief Quality Officer reports to the CEO, and the following functions are within the overall Global Quality structure:

- Global Operations Audit
- Global Learning and Development and Regulatory Intelligence
- Global Quality Compliance
- Global OSD and API Quality
- Global Injectables Quality
- Global Dermatologics Quality
- Global Complex Products Quality
- Global Eyecare Division Quality
- Global Clinical and Bioanalytical Quality
- Global Quality Systems/QA IT Technical Quality
- Global Quality Investigations, Surveillance and Regulatory Communication
- Global External Supply Quality and Supply Chain Quality
- Global Supplier Qualification
- Global Quality Integration

We continuously evolve our quality organization to ensure alignment with our business operations and to enhance compliance with applicable standards. Existing global quality resources are embedded within operational verticals to align closely with business units and drive consistency across sites. In the past year, we further enhanced the Global Quality Leadership interactions across and within verticals and continued to augment global IT systems. These enhancements promote closer connectivity among operational leaders and are designed to effectively safeguard product quality, supply continuity and patient access.

As we progressed on the announced divestitures, in parallel with the continued consolidation and integration of Viatris' internal network, areas of particular focus in 2023 included supplier quality oversight, ensuring that quality standards and services were transitioned as part of continued integration, to ensure the continuation of supply and active efforts to instill the concept of continuous improvement. Also, as part of progressing integration activities, our Global Quality Policies were evaluated and enhanced to capture the best practices of both legacy companies and to reflect current guidance, requirements and health authorities' expectations. Examples include Investigations, Data Integrity, Human Error Prevention, Training and Process Validation. As part of this work, we included reviews of the requirements of applicable quality guidance documents such as the FDA, EMA and ICH to ensure that Viatris' quality systems have appropriate controls in place to prevent, identify and/or manage risk with respect to product quality.

All personnel whose duties are associated with the manufacturing, packaging, processing, holding or testing of products, or whose duties require them to enter manufacturing areas or laboratories, as well as any other personnel whose activities could affect the quality of the product, are mandated to complete procedural and cGMP training. Personnel working in areas where contamination is a hazard, such as clean areas, sterile areas or areas where highly active, toxic, infectious or sensitizing materials are handled, are required to take additional specific training. Training in cGMP is conducted by qualified individuals to ensure that all applicable employees remain familiar with the specific cGMP requirements applicable to them.

## Training for Continuous Improvement

Our Global Learning and Development program provides comprehensive and effective training designed to ensure the access to and delivery of knowledge to global operations personnel in coordination with vertical and site-based training programs. This program coordinates and standardizes training requirements, content, techniques and training delivery methods to continually strengthen our corporate learning culture.

We maintain a regulatory intelligence program that provides personnel access to current global regulations, publications and industry trends.

Our Global Learning Development program ensures that role-specific and periodic cGMP training programs are compliant with regulatory requirements both regionally and globally. In addition, cGMP training is conducted at minimum on an annual basis at each site and more frequently in accordance with regulatory requirements at the

site and/or global level. Training programs are developed and maintained at a site/vertical level in adherence to local regulations and dosage form requirements but maintain alignment with Global Training requirements delineated as part of our Viatris Global Policies.

In addition to training on the theory and practice of cGMP, we utilize a curriculum-based approach to ensure all analysts, operators and other personnel are fully trained based upon their defined job descriptions and assigned duties. The curricula are uniquely designed for specific job descriptions.

## Quality Monitoring and Assurance in Our Operations

Our Global Operations Audit program relies primarily on oversight by a specially trained team of internal global experts, augmented and supported by independent third parties. The global proactive internal audit program is a key component of our strategy, oversight and surveillance of the quality performance across our network and CMOs. It serves to ensure compliance with the GQM/GQP and global cGMP regulations.

- Dedicated audit leads are assigned to quality operations within each vertical to participate in internal audits within that vertical. Site and vertical leadership collaborate to ensure continued, robust processes and to periodically evaluate existing processes and risk mitigation mechanisms. Internal audits are performed on a one- to three-year cycle based upon facility type, historical regulatory inspection performance, and potential risk for each production/API site, packaging site, distribution site and laboratory site.
- Internal sites are required to formally respond to all observations within 15 business days to the Global Operations Audit team and take appropriate corrective and preventative actions in response to any observations, with set timelines for implementation.

The Quality Surveillance Program at Viatris is an independent assessment intended to analyze product/process events with common causes and to identify potential trend signals.