# EXHIBIT 27

EXHIBIT
27

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No.    )**

Filed by the Registrant  ☒

Filed by a party other than the Registrant  ☐

Check the appropriate box:

☐    Preliminary Proxy Statement

☐    **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒    Definitive Proxy Statement

☐    Definitive Additional Materials

☐    Soliciting Material under §240.14a-12

# VIATRIS INC.
**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check all boxes that apply):

☒    No fee required

☐    Fee paid previously with preliminary materials

☐    Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

Table of Contents



# 2024 Proxy Statement

## Annual Meeting of Shareholders



Table of Contents

Message from
# the Chair of the Board, Melina Higgins

## Dear Fellow Shareholders,

It is a great pleasure to address you for the first time as Chair of the Board. On behalf of the entire Board of Directors, I want to thank you for your investment and confidence in Viatris. It is a privilege to serve in this role and to work closely with my fellow Board members and the management team to ensure our continued success.

2023 marked the beginning of a new chapter in Viatris' journey. Since the company's launch in 2020, we have successfully executed on our original initiatives and achieved our stated goals and targets. Our efforts culminated in the completion of our planned divestitures in July. As intended, we used the proceeds from those divestitures to prepay our 2025 and half of our 2026 debt maturities, putting us firmly on track to achieve our long-term gross leverage target.[1] This positions us well to continue executing our long-term strategy while maximizing shareholder value.

Considering that many corporate management transitions can be challenging, I am proud of how we successfully navigated several seamless leadership changes. At the management level, on April 1, 2023, Scott A. Smith became Viatris' new CEO, bringing with him more than 35 years of experience in building, growing, and managing large, complex organizations, as well as a proven track record of developing and executing regulatory, clinical, and business development strategies. Since then, the Board has worked with Scott to ensure the smooth transition of a newly established leadership team that brings the diverse skills and experiences needed to drive our future.

At the Board level, we remain committed to strong corporate governance. We continue to focus on refreshing our Board with highly qualified independent directors from diverse backgrounds to help further guide and advance our strategy. Since December 2022, we have successfully transitioned four retiring directors, welcomed four new directors, and refocused our Science and Technology Committee on our growth strategy. In May 2023, we announced that, at the end of the year, Robert J. Coury - the architect and major driving force behind the creation of Viatris - would not stand for re-election to the Board, but rather would transition to a new role as Chairman Emeritus and Senior Strategic Advisor. I was honored to be elected as our Board's new independent Chair in December 2023.

[1]  The company has not quantified future amounts to develop this target, which does not reflect company guidance, but has stated its goal to manage notional gross debt and adjusted EBITDA over time in order to generally maintain or reach the target. See Appendix B : "Non-GAAP Financial Measures" for more information.

Table of Contents

With this strong foundation in place, the company is well-positioned to focus on the next phase of its strategy. Viatris is not only stronger and more streamlined, but more importantly, our future direction is much clearer and more focused: a capital allocation story. We believe that how we prioritize capital allocation going forward will be the single most critical factor in driving, optimizing, and maximizing shareholder value. Returning value to shareholders through dividends and share repurchases will remain a central element of our capital allocation priorities.

This is a new chapter for Viatris, but it is also a continuation of what we have worked so hard to build - a company rooted in responsible governance, poised for growth, and committed to creating lasting value for all our shareholders.

In closing, we are extremely pleased with the progress made in 2023 and with where we stand today. We appreciate your continued trust and support.

Sincerely,

Melina Higgins

Chair of the Board



**Table of Contents**

Message from
# Scott A. Smith, Chief Executive Officer

## Dear Viatris Shareholders,

Since becoming CEO of Viatris on April 1, 2023, I have had the opportunity to meet many talented people across our company and have gained a deep appreciation for everyone's passion, dedication and commitment to Viatris' success and the impact we can make together for patients. I could not be more excited about our future.

### An Inflection Point for our Company

We are at an important inflection point for our company. Four years ago, Viatris embarked on a journey to build a new kind of healthcare company. By combining Mylan N.V. - a strong global generics company - and the Upjohn business - a division of Pfizer Inc. with 20 of the most iconic off-patent brands - the goal was to build a unique global pharmaceutical company with the scale to bring patients access to high-quality medicines worldwide.

The Viatris team has done an outstanding job executing the plan that was laid out when the two companies were brought together. Now that we have successfully simplified and streamlined our business, returned our base business to growth and strengthened our balance sheet, we are ready to look to the future. Our vision is to accelerate growth and shareholder returns by building on the strength of our base business with an expanding portfolio of innovative, best-in-class, patent-protected assets that have the potential for meaningful revenue growth and patient impact.

### Strong Financial Results Provide Strong Foundation for Future Growth

Importantly, we accomplished our near-term goals while continuing to deliver strong financial results. In 2023, we reported total revenues of $15.4 billion, U.S. GAAP net earnings of $54.7 million, adjusted EBITDA of $5.1 billion, U.S. GAAP net cash provided by operating activities of $2.8 billion and free cash flow of $2.4 billion. Our generation of strong cash flow allows us to return capital to shareholders through share repurchases and dividends while also fueling our base business and providing the capital to make strategic investments in future growth.

Table of Contents

A Bold Vision for the Future

We believe all the great work done over the last several years has put the company in the position to deliver on our future vision. In August 2024, we laid out three strategic pillars on which we will focus to ensure our success:

- Our **Diversified and Growing Base Business**. As we've said, our extensive global footprint already reaches approximately 1 billion patients every year.[1] Our continued success in this part of our business comes from our large and diversified portfolio of generics and off-patent brands that extends across markets and therapeutic areas. Here we have a clear legacy of deep product knowledge and extensive commercialization and development expertise.

- Our **Financial Strength & Significant Cash Flow**. Our strong balance sheet and sector-leading cash flow generation differentiate us from our peers. We expect to continue to deliver on our financial commitments, including debt reduction and returning capital to shareholders through dividends and share repurchases. With the divestiture proceeds now in hand, we believe we have a clear line of sight to meet our long-term gross leverage target[2] by the end of 2024.

- Our **Expanding Innovative Portfolio**. This area represents an increasing focus on efforts to identify, vet and secure innovative, best-in-class, patent-protected assets. We are looking for assets that target significant unmet medical need in areas in which the company can be successful. By expanding our innovative portfolio, we have the potential to drive accelerated and durable revenue growth.

---

[1]  The number of patients served is an estimate calculated using internal sales data (global volume of doses sold in 2023 in all markets as aligned with IQVIA standard units), divided by estimated per patient usage, which is based on treatment dose, treatment duration, and treatment adherence as estimated by Viatris Medical Affairs based on approved label indication and instructions for use, current international guideline recommendations, and common usage in clinical practice. Patients using multiple Viatris medicines may be counted as multiple patients. Certain adjustments were applied in consideration of now completed divestitures and to account for acceptable alternatives to the patient usage factors noted above and rounded to the nearest hundred million. Estimates may be subject to reassessment.

[2]  The company has not quantified future amounts to develop this target, which does not reflect company guidance, but has stated its goal to manage notional gross debt and adjusted EBITDA over time in order to generally maintain or reach the target. See Appendix B - "Non-GAAP Financial Measures" for more information.

Table of Contents

Expanding our Innovative Portfolio

In February 2024, we entered into a global research and development collaboration for the exclusive global development and commercialization rights to two Phase 3 assets - selatogrel and cenerimod.

This global collaboration includes the option to expand the collaboration with additional pipeline assets in the future and highlights our ability to identify, vet, and secure high-growth assets in areas of unmet medical need. And to do it in a way that reinforces our disciplined approach to capital allocation.

Selatogrel, a potentially life-saving medicine, aims to become the first and only self-administered treatment for Acute Myocardial Infarction, or heart attack, by filling the medical gap between the onset of symptoms and hospitalization when early intervention is critical. It builds on our existing global cardiovascular franchise and our deep knowledge and experience in self-administered medication for acute life-threatening conditions. At our R&D Event in March 2024, we reviewed selatogrel's global Phase 3 multi-center trial.

Cenerimod is a novel immunology asset that has the potential to be a first-in-class oral therapy for the treatment of systemic lupus erythematosus, the most common form of lupus. Through lifecycle management, cenerimod has the potential for broad application across multiple autoimmune diseases and could become a cornerstone asset in our immunology platform. At our R&D Event, we reviewed key learnings from the comprehensive Phase 2 program that has already been conducted and two ongoing Phase 3 multicenter, randomized, double-blind, placebo-controlled, parallel-group studies for cenerimod.

We expect the additional leadership and scientific expertise we have brought in along with our impressive core competencies in key areas such as global manufacturing, medical affairs, regulatory, legal and commercialization will drive the success of these assets and our expanding innovative portfolio. We have already made significant progress in accelerating the development of both selatogrel and cenerimod.

These two assets add to our already existing innovative pipeline, which includes an enriched tear film gene therapy technology we acquired as part of the Oyster Point acquisition in January 2023. This technology has the potential to treat a multitude of ophthalmic diseases.

Our ability to invest in collaborations that expand our innovative pipeline is a result of our strong execution across our diversified and growing base business, our financial strength and our ability to generate significant cash flow.

Table of Contents

Overall, I am incredibly proud of what we have accomplished together. We have built a strong foundation, have a bold vision for our future and possess the key ingredients necessary to continue achieving our goals. Our continued success can be attributed to our approximately 32,000 colleagues around the world who come to work every day to deliver on our mission to empower people worldwide to live healthier at every stage of life. It is their passion, dedication and talent that have gotten us to this point, and we believe it is that same passion, dedication and talent that will enable us to be successful in the next part of our journey. Our future is bright, as we expect to continue to accelerate our growth, increase the impact we have on patients and deliver for shareholders.

Thank you for your continued investment in Viatris and for your continued support of our mission.

Sincerely,

Scott A. Smith

Chief Executive Officer



Table of Contents

# Notice of 2024 Annual Meeting of Shareholders

**Date and Time:**
Friday, December 6, 2024
11:00 a.m. Eastern Time

**Location:**
DoubleTree Crystal City
300 Army Navy Drive
Arlington, VA 22202

Dear Viatris Shareholders:

You are cordially invited to attend the 2024 Annual Meeting of Shareholders (the "2024 Annual Meeting") of Viatris Inc. ("Viatris" or the "Company"). The meeting will be held on Friday, December 6, 2024 at 11:00 a.m. Eastern Time at the DoubleTree Crystal City, 300 Army Navy Drive, Arlington, VA 22202. At the meeting, holders of Viatris' issued and outstanding common stock as of the close of business (5:00 p.m. Eastern Time) on October 11, 2024 (the "Record Date") will be asked to consider and act upon the following items of business, which are more fully described in this Proxy Statement.

**If you wish to attend the 2024 Annual Meeting (which is currently scheduled to be held in person), please so inform Viatris in writing by sending notice to the attention of Viatris' Corporate Secretary at 1000 Mylan Blvd., Canonsburg, PA 15317 or by e-mail to corporatesecretary@viatris.com, in each case prior to 5:00 p.m. Eastern Time on December 5, 2024. See "Important Meeting Information" in this Notice and "How can I attend the 2024 Annual Meeting?" on page A-2 for more information.**

## Items of Business

| | | Page |
|---|---|---|
| 1. | Election of 12 director nominees each to hold office until the 2025 annual meeting. | 15 |
| 2. | Approval of, on a non-binding advisory basis, the 2023 compensation of the named executive officers of the Company. | 47 |
| 3. | Ratification of the selection of Deloitte & Touche LLP as the Company's independent registered public accounting firm for the fiscal year ending December 31, 2024. | 84 |
| 4. | Approval of an amendment to the Viatris Inc. 2020 Stock Incentive Plan. | 87 |
| 5. | Transaction of any other business that properly comes before the meeting and any adjournments or postponements of the meeting. | |

Only shareholders of record as of the Record Date are entitled to receive notice of, participate in and to vote at the 2024 Annual Meeting and any postponements or adjournments thereof. On or about October 25, 2024, we mailed to Viatris shareholders as of the Record Date a Notice of Internet Availability of Proxy Materials ("Internet Notice"), which includes instructions on how to access our 2024 Proxy Statement and 2023 Annual Report on the Internet, and how to cast your vote. See "Why did I receive a notice in the mail regarding the Internet availability of proxy materials instead of a full set of proxy materials?" on page A-1 for more information. If you received your proxy materials for the 2024 Annual Meeting by mail, the Proxy Statement, the 2023 Annual Report and proxy card were enclosed.

**Please know that your vote is very important, and you are encouraged to vote promptly. Please carefully review the proxy materials for the 2024 Annual Meeting and follow the instructions below to cast your vote on all of the voting matters. Whether or not you expect to attend the 2024 Annual Meeting, we urge you to read the proxy statement and vote your shares as soon as possible using any of the following methods.**

## Voting Information

### How to Vote
Please vote using one of the following advance voting methods. In all cases, you should have your Internet Notice, or if you requested to receive printed proxy materials, your proxy card or voting instruction form, in hand and follow the instructions.

### Shareholders of Record
(shares registered on the books of the Company via Equiniti Trust Company (formerly American Stock Transfer))



**Via Internet**
Visit https://www.proxyvotenow.com/vtrs

**By phone**
Call 1-855-429-7917 or the telephone number on your proxy card

**By mail**
Sign, date and return your proxy card

### Beneficial Owners
(shares held through your bank or brokerage account)

**Via Internet**
visit www.proxyvote.com

**By phone**
Call 1-800-454-8683 or the telephone number on your voting instruction form

**By mail**
Sign, date and return your voting instruction form

All shareholders of record may vote in person at the 2024 Annual Meeting. Beneficial owners may vote in person at the 2024 Annual Meeting if they have a legal proxy, and follow the instructions described in the response to the question titled "How do I vote if I am a beneficial owner of shares of Viatris common stock and hold them in street name?" on page A-4. See "Important Meeting Information" below on how to attend the 2024 Annual Meeting.

**Table of Contents**

## Important Meeting Information

**If you plan to attend the 2024 Annual Meeting in person, you must register in advance. See the question titled "How can I attend the 2024 Annual Meeting?" on page A-2 for information about the location, format and how to register to attend the meeting.**

**For important information concerning the 2024 Annual Meeting, voting and other matters, please refer to Appendix A - Questions and Answers, beginning on page A-1.**

By Order of the Viatris Inc. Board of Directors,

Burt Park
Chief Governance Counsel and Corporate Secretary
October 25, 2024

**IMPORTANT NOTICE REGARDING THE AVAILABILITY OF PROXY MATERIALS FOR
THE 2024 ANNUAL MEETING OF SHAREHOLDERS TO BE HELD ON DECEMBER 6, 2024.
The Notice of Annual Meeting, Proxy Statement and 2023 Annual Report are available at
www.proxydocs.com/VTRSV. Information on our website is
not considered part of this Proxy Statement.**

# Table of Contents

**Message from the Chair of the Board, Melina Higgins**

**Message from Scott A. Smith, Chief Executive Officer**

**Notice of 2024 Annual Meeting of Shareholders**

**The Breadth and Power of the Viatris Business Model**                                                1
   Company Snapshot                                                                      1
   Our Commitment to Good Corporate Governance                                            6
   Building Sustainable Access to Medicine at Scale                                        8

**Viatris' Board of Directors**                                                                       12
   Item 1 - Election of Directors                                                         15
   How Our Board Governs and Is Governed                                                  25
   Board Refreshment and Succession Planning                                              31
   Annual Board and Committee Self-Evaluations                                            33
   Setting and Overseeing Strategy                                                        33
   Risk Oversight                                                                         35
   How Our Directors Are Selected and Evaluated                                           38
   Certain Relationships and Related Transactions                                         39
   How Non-Employee Directors Are Compensated                                             41

**Security Ownership**                                                                                43
   Security Ownership of Directors, Nominees, NEOs, and Executive Officers                43
   Security Ownership of Certain Beneficial Owners                                        44
   Delinquent Section 16(a) Reports                                                       44

**Executive Officers**                                                                                45

**Item 2 - Advisory Vote to Approve the 2023 Compensation of the Named Executive Officers of the
Company**                                                                                             47

**Compensation Discussion and Analysis**                                                              48
   Named Executive Officers                                                               48
   Executive Summary                                                                      49
   Executive Compensation Philosophy                                                      52
   2023 Performance-Based Compensation Program                                            53
   Elements of 2023 Compensation                                                          54
   Compensation Governance and Policies                                                   58

**Executive Compensation Tables**                                                                     64
   2023 Summary Compensation Table                                                        64
   Estimated Payments in Connection with a Termination of Employment or Change in Control 72
   CEO Pay Ratio                                                                          77
   Pay Versus Performance                                                                 78

**Item 3 - Ratification of the Selection of Deloitte & Touche LLP as the Company's Independent
Registered Public Accounting Firm for the Fiscal Year Ending December 31, 2024**                      84
   Principal Accounting Fees and Services                                                 85
   Audit Committee Pre-Approval Policy                                                     85
   Report of the Audit Committee of Viatris' Board                                        86

**Item 4 - Approval of an Amendment to the Viatris Inc. 2020 Stock Incentive Plan**                   87

**Appendix A - Questions and Answers**                                                                A-1

**Appendix B**                                                                                        B-1
   Forward-Looking Statements                                                             B-1
   Non-GAAP Financial Measures                                                            B-2

**Appendix C - Amendment to the Viatris Inc. 2020 Stock Incentive Plan**                              C-1



Table of Contents

# The Breadth and Power of the Viatris Business Model

## Company Snapshot

### Our Mission

As a global healthcare company that we believe is uniquely positioned to bridge the traditional divide between generics and brands, Viatris Inc. ("Viatris" or the "Company") combines the best of both to more holistically address healthcare needs globally.

Our mission is to empower people worldwide to live healthier at every stage of life, and it begins with our ability to sustainably deliver high-quality medicines to people, regardless of geography or circumstance.

We know that good health matters to everyone, everywhere. This universal truth is the inspiration behind our mission, and we believe that we are well-positioned to be a source of stability in a world of evolving healthcare needs.

### Who We Are - Core Vision

Four years ago, Viatris embarked on a journey to build a new kind of healthcare company. By combining Mylan N.V. ("Mylan") - a strong global generics company - and the Upjohn business - a division of Pfizer Inc. ("Pfizer") with 20 of the most iconic off-patent brands - our goal was to build a unique global pharmaceutical company with the scale to bring patients access to high-quality medicines worldwide.

We believe we have all the components necessary to continue to successfully execute our vision, including:

- An extensive global footprint that reaches approximately 1 billion patients annually.[1]

- A globally integrated company with deep capabilities across manufacturing, medical and regulatory affairs, and commercialization.

- A robust development engine across a number of therapeutic areas, technology platforms, and geographies.

- Significant cash flow generation from our base business to fund our growth and continue returning capital to shareholders.

- New leaders who bring new skills, capabilities and areas of expertise to our already strong team.

---

[1] The number of patients served is an estimate calculated using internal sales data (global volume of doses sold in 2023 in all markets as aligned with IQVIA standard units), divided by estimated per patient usage, which is based on treatment dose, treatment duration, and treatment adherence as estimated by Viatris Medical Affairs based on approved label indication and instructions for use, current international guideline recommendations, and common usage in clinical practice. Patients using multiple Viatris medicines may be counted as multiple patients. Certain adjustments were applied in consideration of now completed divestitures and to account for acceptable alternatives to the patient usage factors noted above and rounded to the nearest hundred million. Estimates may be subject to reassessment.



Table of Contents

Our business and operating model is deliberately designed and implemented to deliver on our strategy to build and sustain access to medicine at scale.

| Viatris at a Glance |
| --- |
| • Viatris currently has approximately 32,000 colleagues across almost 70 countries. |
| • We are headquartered in the U.S. with global centers in Pittsburgh, Shanghai and Hyderabad, India. |
| • We have a large and diversified portfolio of generics and off-patent brands across multiple markets and therapeutic areas. |
| • We have more than 250 medicines on the World Health Organization ("WHO") Essential Medicines List ("EML") and our broad global portfolio includes products that help treat the top 10 leading causes of death globally, as determined by the WHO. |
| • Our commercial reach extends to more than 165 countries and territories and is managed across four reportable segments: Developed Markets, Emerging Markets, Japan, Australia, New Zealand ("JANZ") and Greater China. |
| • In 2023, we delivered $15.4 billion in total revenues. |
| • We have 26 manufacturing and packaging facilities worldwide as of October 18, 2024. |
| • We have 10 development centers executing multiple technology platforms across therapeutic areas as of October 18, 2024. |
| • Our Global Healthcare Gateway® offers partners access to global infrastructure and expertise that connects people around the world to the high-quality medicines and health services they need. |
| • We are committed to maintaining quality in all that we do. Our current portfolio, industry leading commercial expertise, and scientific and manufacturing capabilities are deeply rooted in our dedication to quality and product safety. |

### Operational and Financial Highlights

We continued to deliver on our financial and strategic commitments and are progressing on our previously announced reshaping initiatives.

We believe our employees have done an outstanding job executing the strategic plan that was laid out in 2020. Among the many accomplishments, we have successfully:

• Integrated two global companies.

• Simplified and streamlined the business by completing several divestitures.

• Returned the base business to growth.

• Strengthened our balance sheet through significant debt paydown.

• Returned capital to shareholders through dividends and share repurchases.

• And importantly, we have already started to build our portfolio of innovative assets.



Table of Contents

**Strategic Priorities**

As we move forward, we will look to accelerate our growth by building on the strength of our base business with an expanding portfolio of innovative, best-in-class, patent-protected assets that have the potential for meaningful revenue growth and patient impact.

As of July 2024, we have completed our previously announced divestitures to simplify the business and put us in a position of further financial strength, including:

- Substantially all of our over-the-counter ("OTC") business.

- Our active pharmaceutical ingredient ("API") business in India (while retaining some selective development API capabilities).

- Our women's healthcare business, primarily related to our oral and injectable contraceptives. This does not include all of our women's healthcare related products; as an example, our Xulane® product in the U.S. was excluded.

- Our commercialization rights in select geographic markets that were part of the transaction pursuant to which Mylan combined with Pfizer's off-patent branded and generic established medicines business in a Reverse Morris Trust transaction to form Viatris (the "Combination") that are smaller in nature and in which we had no established infrastructure prior to or following the Combination ("Upjohn Distributor Markets").

As we move forward, we will focus on three strategic pillars:

- Our **Diversified and Growing Base Business:** Our extensive global footprint already reaches approximately 1 billion patients every year.[1] We believe our continued success in our base business will come from our large and diversified portfolio of generics and off-patent brands that extends across markets and therapeutic areas. Here we have a clear legacy of deep product knowledge and extensive commercialization and development expertise.

- Our **Financial Strength & Significant Cash Flow:** Our strong balance sheet and significant cash flow generation differentiate us from our peers. We expect to continue to deliver on our financial commitments including debt reduction and returning capital to shareholders through dividends and share repurchases. With the divestiture proceeds now in hand, we believe we have a clear line of sight to meet our long-term gross leverage target[2] by the end of 2024, an important indication of financial health.

- Our **Expanding Innovative Portfolio:** This area represents an increasing focus on efforts to identify, vet and secure innovative, best-in-class, patent-protected assets targeting significant unmet medical need in areas in which our Company can be successful. By expanding our innovative portfolio we expect to have the potential to drive accelerated and durable revenue growth.

**Global Reach**

Our strong commercial infrastructure enables us to serve patients in almost every corner of the globe through retail and pharmacy establishments, wholesalers, governments, institutions, physicians and other customers.

---

[2] The Company has not quantified future amounts to develop this target, which does not reflect Company guidance, but has stated its goal to manage notional gross debt and adjusted EBITDA over time in order to generally maintain or reach the target. See Appendix B - "Non-GAAP Financial Measures" for more information.



Table of Contents

We provide unique reach across North America, Europe, the Asia Pacific region and emerging markets. Through our four reportable segments - Developed Markets, Emerging Markets, JANZ and Greater China - we sold more than 80 billion doses of medicine in 2023 across more than 165 countries and territories.

### Diversified and Growing Base Business

Our legacy generics and brand portfolio is a diverse collection of global, iconic off-patent medicines. Our extensive global footprint already reaches approximately 1 billion patients every year.[1] We believe our continued success in this part of our business will come from our large and diversified portfolio of generics and off-patent brands that extends across markets and more than 10 therapeutic areas.

Our base business pipeline provides Viatris with a diverse and resilient engine to generate continued strong cash flows. We anticipate a steady flow of core generics approvals and an increasing flow of complex generics and novel 505(b)(2)-like products.

We currently have more than 500 products in development or under regulatory review, including a number of first-to-market opportunities. These include:

- Approximately 250 core generics.

- Approximately 250 complex generics.

- More than 70 novel products, which are 505(b)(2)-like products.

This strong pipeline gives us confidence in continuing to generate strong new product revenues. We believe our product diversity combined with our global scale, local approach and deep understanding of our markets allows for better access to customers and patients, further delivering on our mission.

### Expanding Our Innovative Portfolio

This area represents an increasing focus on efforts to identify, vet and secure innovative, best-in-class, patent-protected assets. By expanding our innovative portfolio, we believe we have the potential to drive accelerated and durable revenue growth.

We have already made disciplined investments in innovative assets in cardiovascular disease and immunology with selatogrel and cenerimod and are making significant progress in accelerating the development of these assets.

Our research and development ("R&D") strategy is driven by our deep in-house development capabilities. We have core competencies and talent that are especially critical as we expand our innovative portfolio, in particular:

- Our strong pre-clinical, clinical development and medical affairs teams across multiple therapeutic areas.

- Our experienced manufacturing and device teams over a wide range of dosage forms.

- And our proven regulatory, pharmacovigilance, legal and intellectual property skills.

We are identifying assets where we can leverage our expertise and global network and are assessing each opportunity based on specific criteria. We are looking for de-risked innovative assets that address significant unmet medical need - this includes having a validated mechanism of action, a strong clinical proof of concept, and a clear path to regulatory approval.

Our newest assets - selatogrel and cenerimod - are examples from our growing innovative portfolio. Selatogrel has the potential to relieve the high disease burden of acute myocardial infarction and specifically address the dire



Table of Contents

need for early intervention at the crucial time between symptom onset and first medical attention. Cenerimod, a novel immunology asset that has the potential to be a first-in-class oral therapy for the treatment of systemic lupus erythematosus ("SLE"), also has the potential to address a significant unmet medical need. SLE is a chronic and progressive autoimmune disease with a significant impact on patients and limited treatment options.

We anticipate that the additional leadership and scientific expertise we have recently brought in along with our impressive core competencies in key areas such as global manufacturing, medical affairs, regulatory, legal and commercialization will drive the success of this innovative portfolio.

### Quality and Safety

Our global operations are supported by companywide quality systems, standards and processes which are designed to ensure product quality and patient safety. From product development to making or sourcing raw materials to producing finished dosage forms, every step of our development, manufacturing and monitoring processes is grounded in our commitment to good manufacturing practices and the quality and safety of our products.

### One-of-a-Kind Global Supply Chain

We have worked diligently to be considered a trusted partner, and will continue to do so, as we work to help close gaps to equal access to care, build more resilient healthcare systems, and uphold a reliable global supply of medicines.

Thanks to our interconnected global supply chain, in 2023, we are proud to have supplied high-quality medicines to approximately 1 billion patients around the world,[1] while we mitigated disruptions and maintained supply of critical medicines, achieving a global customer service level of 90%.

Our Global Supply Chain consists of:

- **Global** sites that are qualified to supply globally and locally;

- **Regional** manufacturing and packaging sites that enable the benefits of centralization, while allowing rapid regional supply;

- **Local** manufacturing in markets that have unique in-country requirements (e.g., Greater China, Africa, etc.); and

- **"Last mile" distribution** presence in more than 60 countries with approximately 190 distribution centers to ensure access to medicines - to the point the medicine arrives at our patients' homes.

### Global Healthcare Gateway®

As the world's healthcare needs evolve, our Global Healthcare Gateway® offers partners access to markets worldwide through our unmatched global infrastructure and expertise that connects people around the world to the high-quality medicines and health services they need.

This platform is powered by our expert operational and commercial services with unique reach, allowing our partners to expand their assets through our many strengths.



Table of Contents

### Achieving Success

Achieving success in our mission would not be possible without our hardworking, dedicated colleagues. As an employer of choice, our culture remains performance-driven, highly engaging and inclusive. Ensuring the engagement of our approximately 32,000 colleagues located in almost 70 countries and investing in talent management, workplace health and safety, and organizational excellence, keeps Viatris at the forefront of growth and performance.

Since our formation, we have consistently executed against our operational priorities.

The resilience of our business model continues to withstand a very complex and dynamic environment. The strong performance of the business and the execution of our underlying plan, focused on our strategic pillars, gives us the confidence that we will continue to achieve success. We have built a strong foundation, we have a bold vision for our future, and we have the key ingredients we need to be successful to deliver on our goals.

## Our Commitment to Good Corporate Governance

### Robust Shareholder Engagement

Our shareholder-centric model is rooted in our Board of Directors' ("Board") and management's commitment to on-going, robust dialogue with shareholders to discuss and solicit shareholder feedback on key strategic, operational, financial, governance, and executive compensation topics, and to address other topics of importance to shareholders. Since October 2023, we met with 25 of our 50 largest shareholders representing approximately 40% of the outstanding shares (in each case based on June 30, 2024 shareholder data). In these meetings, various members of our management and, as appropriate or where requested, our Board, met with institutional investor executives, governance and stewardship team leads, and portfolio managers. Our leadership has also met with the analyst community, participated in seven investor conferences, and held informal direct shareholder discussions since October 2023.

### Shareholder Discussion Highlights

**R&D Event**: At our R&D event in March 2024, we outlined how our R&D strategy has evolved to further our goal of building innovative, best-in-class, patent-protected assets on the foundation of our strong base business. We welcomed investors as our management team provided an in-person overview of our collaboration with Idorsia Ltd ("Idorsia") and key elements of our pipeline.

**Strategic Pillars to Accelerate Growth and Shareholder Return:** On our second quarter 2024 earnings call, Chief Executive Officer ("CEO") Scott A. Smith discussed our three strategic pillars: our diversified and growing base business, financial strength and significant cash flow, and expanding innovative portfolio. We expect our focus in these areas to accelerate growth and shareholder return both in the near term and into the future.

Executive Compensation: We discussed our simplified compensation program and how our metrics align with our key strategic priorities, in addition to the conclusion of certain legacy programs and arrangements. Our shareholders expressed strong support for our compensation programs at our 2023 annual meeting of shareholders (the "2023 Annual Meeting"), as we received 86% approval for our shareholder advisory vote regarding executive compensation. We believe this result is an endorsement of our compensation philosophy and our focus on a performance-based, shareholder-value-focused business model that is intended to help ensure that Viatris continues to attract and retain high-performing executives. Feedback was discussed with the Compensation Committee and Board, and we will continue to engage with shareholders in this area.

**Corporate Social Responsibility**: We discussed our 2023 Sustainability Report, including our goals related to access to medicine; diversity, equity, and inclusion ("DEI"); and the environment. Shareholders expressed support

