# EXHIBIT 35

EXHIBIT
35



## India Operations

We have a vast manufacturing and R&D platform that caters to a number of markets around the world.

Many of our manufacturing facilities are located in India making it a hub for producing oral solid doses and injectables across a broad range of therapeutic areas.

## Oral Solid Doses

Viatris has four operational state-of-the-art finished dosage form facilities in India that manufacture Oral Solid Doses (OSD) like tablets and capsules, across a wide range of therapeutic categories, such as antibacterials, antidiabetics, antiretrovirals, cardiovascular therapies and central nervous system agents. These sites are in Nashik, Aurangabad, Indore and Jadcherla.

Viatris manufactures and supplies generic and branded generic OSD products from India to various markets including the U.S., Australia, Canada, Europe, Japan, New Zealand, and Emerging Markets. The sites are routinely inspected by health authorities around the world like the U.S. Food and Drug Administration, European regulatory authorities, the World Health Organization, and many others. We also manufacture our OSD antiretroviral products for markets in India and Emerging Markets.



"With a wide range of manufacturing and packaging capabilities in India, we produce various oral solid dosage forms like tablets, capsules, granules etc. Globally, Viatris operates 18 OSD manufacturing and packaging facilities, which, coupled with our diversified global supply chain and strategic partnerships, help better meet patient and customer needs and supply markets of varying sizes."

Abhijit Deshmukh, Head of Global OSD Operations

## Injectables

Viatris operates three injectables facilities in India. The company offers a robust portfolio of high-quality specialty and generic injectables in a variety of important therapeutic categories, such as oncology, anti-infective fand cardiovascular. Viatris sells these products around the world including the U.S., Canada, Europe, Japan, and Emerging Markets.

Our technological capabilities have been enhanced significantly with our industry-leading sterile manufacturing, state-of-the-art lyophilization process and diverse delivery systems.

 **VIATRIS**     About Us     Products     Careers     Newsroom     Investors     IN

## Environment, Health, and Safety



The EHS team in India has experienced environmental, safety, sustainability and fire specialists. The team drives EHS and sustainability initiatives for manufacturing sites in India, Japan, South Africa, Zambia, Australia, and New Zealand. Major initiatives taken in the direction of resource conservation and sustainability are in the areas of carbon footprint reduction, zero-waste-to-landfill, repurposing waste disposal methods to reduce greenhouse gases and recovery and recycling of wastewater.

India houses the Zero Liquid Discharge (ZLD) sites in the Viatris network. These Six ZLD manufacturing facilities are spread across OSD and Injectable verticals and recover and recycle all the wastewater for plant utility operations, thereby reducing freshwater intake. The Viatris Process Safety Laboratory in Hyderabad is equipped with state-of-the-art process safety instrumentation and caters to chemical and dust hazards. The laboratory is capable of identifying hazards related to products and processes for both API & Formulations.

These EHS and sustainability initiatives are further backed up by globally recognized certifications like ISO 14001 (Environmental Management System) and ISO 45001 (Occupational Safety and Health Management System). All our Injectable and three out of four OSD manufacturing facilities are certified to these standards.

-3-

 **VIATRIS**    About Us    Products    Careers    Newsroom    Investors



## Scientific Affairs

Our R&D facilities have capabilities and infrastructure to provide end-to-end pharmaceutical services from formulation development to technology transfer.

## Scientific Affairs at Viatris includes portfolio management, R&D, regulatory affairs, product safety and risk management and clinical research.

The scope and capabilities of the Scientific Affairs function includes product development, analytical development, packaging development, clinical development, bioanalytical development, technology transfer, new product launches, regulatory, intellectual property and life cycle management of products.

The company's R&D facilities in India focus on global development programs for markets around the world with core expertise in APIs, antiretrovirals, injectables, ophthalmics, OSDs and transdermals and topical products.

Viatris makes significant investments in R&D each year and has two global R&D centers of excellence that serve markets around the world, one of which is based in Hyderabad, where a team of highly qualified scientists and regulatory affairs professionals research APIs and OSDs.

Another team of scientists located at an R&D center in Bangalore focus solely on researching injectables. In addition, Viatris' packaging-development team in India identifies, characterizes, and designs packaging components to develop suitable container and closure systems for all products in Viatris' R&D portfolio.



**VIATRIS**   About Us    Products    Careers    Newsroom    Investors    🔍 IN 🇮🇳



"Today, the onus is more on research and development for producing new complex generic injectables to increase access to patients worldwide as the global generic injectables market grows rapidly."

Ajay Singla, Head of Global Injectables R&D and Scientific Affairs



"Majority of active pharmaceutical ingredients and finished dosage forms are developed in India to cater to Viatris markets worldwide. Products for different therapeutic areas are developed using various technology platforms, which support Viatris' global and differentiated portfolio that includes brands, generics, and complex medicines."

Amit Antarkar, Head of Global OSD, Derm (Topical) and API Scientific Affairs

India is home to our integral regulatory team that supports and works closely with the R&D teams and other cross functional teams. The regulatory team is responsible for new product submissions and lifecycle management in the U.S., Australia, Europe, Japan, New Zealand, South Africa, and Emerging Markets like Africa, Latin America, the Middle East, North Africa, and Southeast Asia. The team also manages the maintenance of global submissions originating from global Viatris manufacturing sites and manages the change control management and regulatory compliance as well as provides support to third-party manufacturing sites.

We also have a clinical research facility in Hyderabad that develops and validates bioanalytical methods required to estimate drug/metabolite interactions in biological matrices for bioequivalence studies.