**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re Viatris Inc. 2025 Securities Litigation | Civil Action No. 2:25-cv-00466-MJH |

**ORDER GRANTING STIPULATION
REGARDING PAGE LIMITATION AND BRIEFING SCHEDULE
FOR DEFENDANTS' RESPONSE TO LEAD PLAINTIFFS' MOTION TO STRIKE**

Upon consideration of the Parties' Stipulation Regarding Page Limitation and Briefing Schedule for Defendants' Response to Lead Plaintiffs' Motion to Strike, and for good cause appearing, the Stipulation is GRANTED and it is HEREBY ORDERED that:

1. Defendants shall be permitted up to fifteen (15) pages, exclusive of any caption, tables, and signature blocks, in their response to Lead Plaintiffs' Motion to Strike Exhibits Submitted in Support of Defendants' Motion to Dismiss and accompanying Memorandum (ECF Nos. 84-85; the "Motion to Strike");

2. Defendants shall file their response to the Motion to Strike on or before September 17, 2026;

3. Nothing in the Stipulation shall be construed as a waiver by any Party of any right, claim, or defense not expressly addressed herein, including without limitation any Party's right to seek further modification of the briefing schedule or page limitations for good cause shown.

SO ORDERED.

Dated: _____August 7_____, 2026

_____
MARILYN J. HORAN
UNITED STATES DISTRICT COURT JUDGE